```
PARR LAW GROUP
SHAWN R. PARR (SBN 206616)
KATHLEEN CARD (SBN 164083)
NATALIA LITCHEV (SBN 230775)
SUJATA T. REUTER (SBN 232148)
150 Almaden Blvd., Ste. 1380
San Jose, CA 95113
Telephone: (408) 267-4500
Facsimile: (408) 267-4535

Attorney for Plaintiff and
Proposed Class
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anita Hunter<br>　　　Plaintiff(s),<br>　　v.<br>Edward H. Okun, et al.<br><br>　　　Defendant(s). | No. C 07-02795 RS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 5/31/07

Signature _[signature]_

Counsel for  Plaintiff
(Plaintiff, Defendant, or indicate "pro se")