**PARR LAW GROUP**
SHAWN R. PARR (SBN 206616)
KATHLEEN CARD (SBN 164083)
NATALIA LITCHEV (SBN 230775)
SUJATA T. REUTER (SBN 232148)
150 Almaden Boulevard, Suite 1380
San Jose, California 95113
Telephone: (408) 267-4500
Facsimile: (408) 267-4535

Attorney for Plaintiff and Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, RICHARD B. SIMRING, and DOES 1 through DOES 50, inclusive,<br><br>Defendants. | CASE NO.  C 07-02795 RS<br><br>**CERTIFICATE OF SERVICE** |

Parr Law Group
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

*CERTIFICATE OF SERVICE – Hunter v. Okun, et al.*
Case No. C 07- 02795 RS                                   1

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in Santa Clara County, California. I am over the age of 18 years and not a party to the within action; my business address is 150 Almaden Boulevard, Suite 1380, San Jose, California 95113.

On June 6, 2007, I served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the party or parties named below, as follows:

[ X ]   BY U.S MAIL [Fed. Rule Civ. Proc. Rule 5(b)]: by placing a true copy of thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Parr Law Group, 150 Almaden Boulevard, Suite 1380, San Jose, California 95113 in accordance with Parr Law Group's ordinary business practices.

I am readily familiar with Parr Law Group's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Parr Law Group's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Parr Law Group with postage thereon fully prepaid for collection and mailing.

| | |
|---|---|
| INVESTMENT PROPERTIES OF AMERICA, LLC<br>10 South Jefferson Street, Suite 1400<br>Roanoke, Virginia 24011 | EDWARD H. OKUN<br>394 South Hibiscus Drive<br>Miami, Florida 33139 |
| RICHARD B. SIMRING<br>5400 LaGorce Drive<br>Miami, Florida 33013 | OKUN HOLDING, INC.<br>1710 East Franklin Street, Suite 200<br>Richmond, Virginia 23225 |

Executed on June 6, 2007, at Santa Clara County, California. I declare under penalty of perjury that the above is true and correct.

/S/
MARTHA LOPEZ

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/S/
SHAWN R. PARR

Parr Law Group
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

*CERTIFICATE OF SERVICE – Hunter v. Okun, et al.*
Case No. C 07- 02795 RS                    2