UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, | C 07-02795 RS |
| Plaintiff(s), | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| VS. | |
| EDWARD H. OKUN, ET AL, Defendant(s). | |

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

    PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for September 12, 2007 before the Honorable Judge Richard Seeborg has been continued to **September 17, 2007 @ 10:00 a.m.,** before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on September 7, 2007.

    If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356 to take this matter off calendar.

Dated: June 7, 2007                            RICHARD W. WIEKING,
                                                            Clerk of Court

                                                               /s/_____
                                                               Martha Parker Brown
                                                               Deputy Clerk