1  **PARR LAW GROUP**
   SHAWN R. PARR (SBN 206616)
2  KATHLEEN CARD (SBN 164083)
   NATALIA LITCHEV (SBN 230775)
3  SUJATA T. REUTER (SBN 232148)
   150 Almaden Boulevard, Suite 1380
4  San Jose, California 95113
   Telephone: (408) 267-4500
5  Facsimile:  (408) 267-4535

6  Attorney for Plaintiff and Proposed Class

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11 | ANITA HUNTER,                              | CASE NO. C07 02795 JW
12 |                                            | **AFFIDAVIT OF SERVICE**
   |                    Plaintiff,              |
13 |                                            |
14 |          v.                                |
15 | EDWARD H. OKUN, OKUN HOLDINGS,             |
   | INC., INVESTMENT PROPERTIES OF             |
16 | AMERICA, LLC, RICHARD B. SIMRING,          |
17 | and DOES 1 through DOES 50, inclusive,     |
18 |                    Defendants.             |
19

20

21

22

23

24

25

26

27

28

Parr Law Group
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

*AFFIDAVIT OF SERVICE – Hunter v. Okun, et al.*
*Case No. C07 02795 JW*                               1

## AFFIDAVIT OF SERVICE

**United States District Court**
**Northern District of California**

Case No.: C07 02795

Plaintiff:
**Anita Hunter**
vs.
Defendant:
**Edward H. Okun, Okun Holdings, Inc., Investment Properties of America, LLC; Richard B. Simring, and Does 1 through Does 50, Inclusive**

Received by Virginia Court Services, Inc. to be served on **Robert R. Kaplan r/a for Okun Holding, Inc. at 1710 East Franklin Street, Richmond, VA 23225.** I, Kenneth V. Condrey being duly sworn, depose and say that on the _1st_ day of _June_, 2007 At _11:30 A_.m., executed service by delivering a copy of **Summons; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order Regarding initial Case Management; Standing Order Regarding Contents of Joint Case Management Statement; Standing Ordere Regarding Case Management in Civil Cases; United States District Court for The Northern District of California, San Jose Division Clerks Office's Welcome Guidelins and Schedules; General Order No. 40 Prohibition of Bias; Notice of Electronic Availability of case File Information; ECF Registration Information Handout; Order of the Chief Judge Regarding Electronic Filing in cases with unrepresented Parties; Consent to proceed before a United States Magistrate Judge; Declination to proceed before a United States Magistrate Judge; Instruction for Completion of ADR Forms Regarding Selection of an ADR Process; Dispute Resolution Procedures Handbook** in accordance with state statutes in the manner marked below:

( ) PERSONAL SERVICE ON:_____

( ) SUBSTITUTE SERVICE: By Serving _____ as _____

(✓) CORPORATE SERVICE: By Serving _Ana Johnson_ as _Authorized Agent for Robert R. Kaplan_.

COMMENTS:_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_Kenneth V. Condrey_

Subscribed and sworn to before me on the _4th_ day
Of _June_, 2007 by the affiant who is
Personally known to me.

_Karen C Rice_
NOTARY PUBLIC

PROCESS SERVER#_____
Appointed in accordance
with state statutes.

Virginia Court Services, Inc.
P.O. Box 1
Roanoke, VA 24002-0001
800-216-6517