1  **PARR LAW GROUP**
   SHAWN R. PARR (SBN 206616)
2  KATHLEEN CARD (SBN 164083)
   NATALIA LITCHEV (SBN 230775)
3  SUJATA T. REUTER (SBN 232148)
   150 Almaden Boulevard, Suite 1380
4  San Jose, California 95113
   Telephone: (408) 267-4500
5  Facsimile: (408) 267-4535

6  Attorney for Plaintiff and Proposed Class

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11 ANITA HUNTER,                    CASE NO. C07 02795 JW

12                                  **AFFIDAVIT OF SERVICE**
                  Plaintiff,
13
14         v.

15 EDWARD H. OKUN, OKUN HOLDINGS,
   INC., INVESTMENT PROPERTIES OF
16 AMERICA, LLC, RICHARD B. SIMRING,
   and DOES 1 through DOES 50, inclusive,
17
18                Defendants.

19
20
21
22
23
24
25
26
27
28

Parr Law Group
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

*AFFIDAVIT OF SERVICE – Hunter v. Okun, et al.*
*Case No. C07 02795 JW*                     1

# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## Nothern District of Connecticut

Case Number: C07-02795

Plaintiff:
**ANITA HUNTER**

vs.

Defendant:
**EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, RICHARD B. SIMRING, AND DOES 1 THROUGH DOES 50, INCLUSIVE**

For:
Shawn R. Parr
PARR LAW GROUP, INC.
150 Almaden Blvd.
Suite1380
San Jose, CA  95113

Received by Rock Legal Services & Investigations Inc on the 1st day of June, 2007 at 10:48 am to be served on **Richard B. Simring, 777 Brickell Ave Suite 500, Miami, FL 33131**.

I, Joseph Greco, do hereby affirm that on the **6th day of June, 2007** at **6:45 pm, I:**

**SUBSTITUTE - RESIDENTIAL:** served by delivering a true copy of the **SUMMONS, COMPLAINT, CIVIL COVER SHEET; ORDER SETTLING INTIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER REGARDING INITIAL CASE MANAGEMENT; STANDING ORDER REGARDING CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASE; UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION CLERKS OFFICE WILCOME GUIDELINES AND SCHEDULES; GENERAL ORDER NO. 40 PROHIBITION OF BIAS; NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION; ECF REGISTRATION INFORMATION HAND OUT; ORDER OF THE CHIEF JUDGE REGARDING ELECTRIC FILING IN CASES WITH UNREPRESENTED PARTIES; CONSENT TO PROCEED BEFORE A UNTIED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS; DISPUTE RESOLUTION PROCEDURES HANDBOOK** with the date and hour of service endorsed thereon by me, to: **ISAAC JIMENEZ** as **CO-TENANT**, at **5400 LAGORCE DRIVE, MIAMI BEACH, FL 33013,** the within named person's usual place of abode, who resides therein and who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

PDF created with pdfFactory trial version www.pdffactory.com

## RETURN OF SERVICE for C07-02795

I hereby certify I have read the foregoing and the facts stated are true and correct, I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the county in which service was effected in accordance with State Statutes.

Joseph Greco
Process Server #2755

Rock Legal Services & Investigations Inc
809 North Dixie Highway
Suite 101
West Palm Beach, FL 33401
(561) 296-7574
Our Job Serial Number: 2007011558
Ref: HUNTER VS. OKUN

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.1a

PDF created with pdfFactory trial version www.pdffactory.com