**PARR LAW GROUP**
SHAWN R. PARR (SBN 206616)
KATHLEEN CARD (SBN 164083)
NATALIA LITCHEV (SBN 230775)
SUJATA T. REUTER (SBN 232148)
150 Almaden Boulevard, Suite 1380
San Jose, California 95113
Telephone: (408) 267-4500
Facsimile: (408) 267-4535

Attorney for Plaintiff and Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, | CASE NO. C07 02795 JW |
| Plaintiff, | **AFFIDAVIT OF SERVICE** |
| v. | |
| EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, RICHARD B. SIMRING, and DOES 1 through DOES 50, inclusive, | |
| Defendants. | |

Parr Law Group
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

*AFFIDAVIT OF SERVICE – Hunter v. Okun, et al.*
*Case No. C07 02795 JW*         1

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE 6-1-07 |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER  Jeff Spar | TITLE  USDC  SPS |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:

  See Attachment

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/2/07
           Date

Don Sutts

DONALD SUTTLES
Notary Public
Commonwealth of Virginia
My Commission Expires Aug. 31, 20__

Signature of Server

PO Box 1
Address of Server
Roanoke, VA 24002

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of California

Case Number: C07-02795

Plaintiff:
Anita Hunter

vs.

Defendant:
Edward H Okun, Okun Holdings, Inc., Investment Properties of America, LLC Richard B Simring, and Does 1-50 Inclusive

For:
Shawn Parr
Parr Law Group
150 Almaden Blvd
Ste 1380
San Jose, CA 95113

Received by VIRGINIA COURT SERVICES on the 1st day of June, 2007 at 10:20 am to be served on Investment Properties Of America Llc by R/A Capitol Corporate Services Inc, 10 S Jefferson St, Suite 1400, Roanoke, VA.

I, Jeff Spar, being duly sworn, depose and say that on the 1st day of June, 2007 at 1:50 pm, I:

Substitute Served by leaving a true copy of this Summons & Complaint, Civil Cover Sheet, Order setting Initial Case Managment Conference and ADR Deadlines, Standing Order Regarding Initial Case Managment with the date and hour of service endorsed thereon by me, at the within named person's usual place of business, to a person employed therein to wit: Glenda Howell as Auth AGent and informing said person of the contents thereof.

Additional Information pertaining to this Service:
Glenda Howell accepted papers on belahf of Registered AGent ATTY Dan Layman. Ms Howell called Investment Properties and recieved auth to accept.
Continued list of Documents Served _____
Standing ORder regarding Contents of Joint Case Managment Statement; Standing ORder Regarding Case Mgmt in Civil Cases; USDC for the Northern Dist of California, San Jose Division Clerks Office Welcome Guidliens and Schedules; General Order No 40 Prohibition of Bias; Notice of Electronic Availability of Case File Inf; ECF Registration Info Handout; Ortder of the CHief Judge regarding EF in Cases with Unpresented PArties; Consent to Proceed beforea US MAgistrate Judge; Decdlination to proceed before a US Magistrate Judge; Instructions for Completion of ADR Forms regarding Selection of an ADR Process; DisputeResolution Procedures HAndbook

## AFFIDAVIT OF SERVICE for C07-02795

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, I am not a party to, or otherwise interested in, the subject matter in controversy in this case. I served, as shown above, the above named person upon whom service of process was to be made with   copies described above.

*Intentionally Left Blank*

Subscribed and Sworn to before me on the the 2nd day of June, 2007 by the affiant who is personally known to me.

Don Sutt
Notary Public

DONALD SUTTLES
Notary Public
Commonwealth of Virginia
My Commission Expires Aug. 31, 20__

Jeff Spar
Process Server

VIRGINIA COURT SERVICES
P.O. Box 1
Roanoke, VA  24002-0001
(540) 772-4559

Our Job Serial Number: 2007000770

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA


E-FILING

SUMMONS IN A CIVIL CASE

ANITA HUNTER

V.

EDWARD H. OKUN, OKUN HOLDINGS, INC.,
INVESTMENT PROPERTIES OF AMERICA, LLC,
RICHARD B. SIMRING, and DOES 1 through
DOES 50, inclusive

CASE NUMBER:

C07 02795 RS

TO: (Name and address of defendant)

(SEE ATTACHMENT)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SHAWN R. PARR, ESQ.
KATHLEEN CARD, ESQ.
NATALIA LITCHEV, ESQ.
SUJATA T. REUTER, ESQ.
PARR LAW GROUP
150 Almaden Boulevard, Suite 1380
San Jose, California 95113

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 5-30-07

Sandy Morris

_____
(BY) DEPUTY CLERK