LAW OFFICES OF BRANDON A. BLOCK
Brandon A. Block (State Bar No. 215888)
6535 Wilshire Boulevard
Suite 203
Los Angeles, California 90048
Telephone: 310.562.7749
Facsimile: 310.496.1420

Attorneys Appearing Specially for Defendants
EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, and RICHARD B. SIMRING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LCC, RICHARD B. SIMRING, and DOES 1 through DOES 50, inclusive,<br><br>　　　　Defendants. | CASE NO. C07 02795 JW<br><br>**DECLARATION OF SPECIALLY-APPEARING DEFENDANT EDWARD H. OKUN IN SUPPORT OF SPECIALLY-APPEARING DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:　　　　September 17, 2007<br>Time:　　　　9:00 a.m.<br>Courtroom:　8, 4th Floor<br>Judge:　　　Hon. James Ware<br><br>[Notice of Motion, Motion to Dismiss, Declaration of Richard B. Simring and [Proposed] Order filed concurrently herewith] |

**DECLARATION OF SPECIALLY-APPEARING DEFENDANT EDWARD H. OKUN**

I, Edward H. Okun, hereby declare:

1. I am the sole shareholder and an officer of specially-appearing defendant Okun Holdings, Inc. ("Holdings"). I also am the sole member of specially-appearing defendant Investment Properties of America, LLC ("IPofA"). I am authorized to testify on behalf of Holdings and IPofA. I am specially appearing to submit this declaration in support of the Motion to Dismiss plaintiff Anita Hunter's Complaint for Lack of Personal Jurisdiction filed by myself, Holdings, IPofA and specially-appearing defendant Richard B. Simring in this action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to these facts.

Holdings' Lack Of Contacts With California

2. Holdings is incorporated under Virginia law and it maintains its headquarters in Richmond, Virginia. It is qualified to do business only in Virginia. While Holdings was formed to be a holding company, it never has maintained any ownership interest in any subsidiary company, never has had any assets, and never has operated, conducted, engaged in or carried on any business.

3. Holdings never has had an office or business agent in California.

4. Holdings never has had a mailing address, telephone number or bank account in California.

5. Holdings has never owned any real or personal property in California.

6. Holdings never has advertised in California.

7. Holdings never has made or sold goods or services to residents of California.

8. Holdings never has designated an agent for service of process in California.

9. Holdings never has paid or been assessed any taxes by the State of California.

10. Holdings never has commenced a legal action in a court located in California.

IPofA's Lack Of Contacts With California

11. IPofA is a real estate investment and management company organized under Virginia law, and it maintains its headquarters in Richmond, Virginia. It is qualified to do business

1  only in Virginia and Indiana. IPofA never has operated, conducted, engaged in or carried on any
2  business in California.
3      12.    IPofA never has had an office or business agent in California.
4      13.    IPofA never has had a mailing address, telephone number or bank account in
5  California.
6      14.    IPofA has never owned any real or personal property in California.
7      15.    IPofA never has advertised in California.
8      16.    IPofA never has made or sold goods or services to residents of California.
9      17.    IPofA never has designated an agent for service of process in California.
10     18.    IPofA never has paid or been assessed any taxes by the State of California.
11     19.    IPofA never has commenced a legal action in a court located in California.

My Lack Of Contacts With California

13     20.    I am a resident of Miami-Dade County, State of Florida.
14     21.    I do not have a residence, mailing address, telephone number, bank account,
15 investment account, office, agents or a place of business in California.
16     22.    I do not operate, conduct, engage in or carry on any business in California.
17     23.    I do not own, lease or possess any real property in California.
18     24.    I do not pay income or property taxes to the State of California.
19     25.    I never have commenced a legal action in a court located in California.

Tax Group And 1031 Advance, Inc. ("Advance")

21     26.    Tax Group is organized under Delaware law and it maintains its headquarters in
22 Richmond, Virginia. It is the parent company of Advance.
23     27.    Holdings is not a parent or subsidiary company of Tax Group or Advance. IPofA is
24 not a parent or subsidiary company of Tax Group or Advance. Neither Holdings nor IPofA has ever
25 controlled Advance's day-to-day operations
26     28.    Advance was previously operating as a qualified intermediary when it was acquired
27 by my interests in 2005. The prior owners were retained as management.
28

- 2 -
DECLARATION OF SPECIALLY-APPEARING DEFENDANT OKUN—CASE NO. C07 02795 JW

29. I am the sole owner and officer of Advance, but, since acquiring Advance, I have never run or operated it, nor have I ever been involved in its day-to-day operations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of June 2007 at Hialeah, Florida.

/s/<br>Edward H. Okun

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

/s/<br>Brandon A. Block