1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER,<br><br>    Plaintiff,<br><br>vs.<br><br>EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LCC, RICHARD B. SIMRING, and DOES 1 through DOES 50, inclusive,<br><br>    Defendants. | CASE NO. C07 02795 JW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:        September 17, 2007<br>Time:       9:00 a.m.<br>Courtroom:  8, 4th Floor<br>Judge:      Hon. James Ware |

**[PROPOSED] ORDER**

The Motion of specially-appearing defendants Okun Holdings, Inc., Investment Properties of America, LLC, Edward H. Okun and Richard B. Simring (collectively, "Defendants") to Dismiss plaintiff Anita Hunter's Complaint (the "Motion") came on for hearing in the above-entitled Court, The Honorable James Ware, presiding. After full consideration of the briefs and arguments presented, and all other matters presented to the Court, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** on the grounds that Defendants do not have sufficient contacts with California—either generally or with respect to the subject matter of the Complaint—to subject them to jurisdiction before this Court. Accordingly, the Complaint is dismissed without leave to amend.

**IT IS SO ORDERED**.

DATED: _____, 2007

_____
JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Respectfully submitted by:

LAW OFFICES OF BRANDON A. BLOCK

By:_____/s/_____
    Brandon A. Block

Attorneys Appearing Specially for Defendants
EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, and RICHARD B. SIMRING