| | |
|---|---|
| 1 | LAW OFFICES OF BRANDON A. BLOCK |
| | Brandon A. Block (State Bar No. 215888) |
| 2 | 6535 Wilshire Boulevard |
| | Suite 203 |
| 3 | Los Angeles, California 90048 |
| | Telephone: 310.562.7749 |
| 4 | Facsimile: 310.496.1420 |

Attorneys Appearing Specially for Defendants
EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, and RICHARD B. SIMRING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, | CASE NO. C07 02795 JW |
| Plaintiff, | |
| vs. | **SPECIALLY-APPEARING DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LCC, RICHARD B. SIMRING, and DOES 1 through DOES 50, inclusive, | |
| Defendants. | [N.D. Cal. L.R. 3-16] |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 29, 2007

Respectfully submitted,

**LAW OFFICES OF BRANDON A. BLOCK**

By: _____/s/_____
       Brandon A. Block

Attorneys Appearing Specially for Defendants EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, and RICHARD B. SIMRING