United States District Court

For the Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7   ANITA HUNTER,                                    No. C 07-02795 JW

8          Plaintiff(s),
                                                     CLERK'S NOTICE
9       v.

10  EDWARD H. OKUN, ET AL,

11         Defendant(s).

12  _____/

13  TO ALL PARTIES AND COUNSEL OF RECORD:

14
15  YOU ARE NOTIFIED THAT the Defendant's Motion to Dismiss for Lack of Jurisdiction before

16  Judge James Ware previously noticed for September 17, 2007 at 9:00 AM, has been reset to

17  **September 24, 2007 at 9:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

18
19  Dated: July 2, 2007

20                                         FOR THE COURT,
                                           Richard W. Wieking, Clerk
21
22
23                                         by:  _____/s/_____
                                                Elizabeth Garcia
24                                              Courtroom Deputy
25
26
27
28