**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA HUNTER,<br><br>        Plaintiff(s),<br><br>  v.<br><br>EDWARD H. OKUN, ET AL,<br><br>        Defendant(s).<br>_____/ | No. C 07-02795 JW<br><br>CLERK'S NOTICE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware previously noticed for September 17, 2007 at 10:00 AM has been vacated pending the current hearing set for September 24, 2007 at 9:00 AM. The Court will set another date in its Order regarding the Motion, if necessary.

Dated: August 15, 2007

                                            FOR THE COURT,

                                            Richard W. Wieking, Clerk

                                            by: _____/s/_____

                                                Elizabeth Garcia

                                                Courtroom Deputy