**PARR LAW GROUP**
SHAWN R. PARR (SBN 206616)
KATHLEEN CARD (SBN 164083)
NATALIA LITCHEV (SBN 230775)
SUJATA T. REUTER (SBN 232148)
150 Almaden Boulevard, Suite 1380
San Jose, California 95113
Telephone: (408) 267-4500
Facsimile: (408) 267-4535

Attorney for Plaintiff and Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, | CASE NO. C07 02795 JW |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE** |
| v. | |
| EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, RICHARD B. SIMRING, and DOES 1 through DOES 50, inclusive, | |
| Defendants. | |

Plaintiff ANITA HUNTER, by and through her attorney, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following: all documents filed and orders or decisions entered in the United States Bankruptcy Court for the Southern District of New York Case No. 07-11448 (MG), which case number is the bankruptcy filing of The 1031 Tax Group, Debtor.

DATE: September 4, 2007

_____
SHAWN R PARR

Parr Law Group
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

REQUEST FOR JUDICIAL NOTICE    1