**PARR LAW GROUP**
SHAWN R. PARR (SBN 206616)
KATHLEEN CARD (SBN 164083)
NATALIA LITCHEV (SBN 230775)
SUJATA T. REUTER (SBN 232148)
150 Almaden Boulevard, Suite 1380
San Jose, California 95113
Telephone: (408) 267-4500
Facsimile: (408) 267-4535

Attorney for Plaintiff and Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ANITA HUNTER, | CASE NO. C07 02795 JW |
|---|---|
| Plaintiff, | **DECLARATION OF SHAWN R. PARR IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS, OR ALTERNATIVELY, REQUEST FOR CONTINUANCE AND DISCOVERY** |
| v. | |
| EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, RICHARD B. SIMRING, and DOES 1 through DOES 50, inclusive, | Date: September 24, 2007<br>Time: 9:00 A.M.<br>Courtroom: 8, 4th Floor<br>Judge: Hon. James Ware |
| Defendants. | |

I, SHAWN R. PARR, declare as follows:

1.  I am an attorney duly licensed to practice law before the United States District Court for the Northern District of California, and I am the principal of PARR LAW GROUP, attorneys for Plaintiff ANITA HUNTER in this matter. I have personal knowledge of the matters contained herein except those matters alleged on information and belief, and those I believe to be true. If called as a witness, I could and would testify competently thereto.

Parr Law Group
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

1

ATTORNEY DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

2. On September 4, 2007, I accessed the website of the United States Bankruptcy Court for the Southern District of New York, and, using my PACER password, reviewed and printed the document filings in Case No. 07-11448 (MG) in re The 1031 Tax Group, Debtor.

3. I am informed and believe that James M. Lukenda filed a declaration in Case No. 07-11448 (MG), and I have reviewed the declaration ("Declaration of Lukenda"). I am informed and believe and thereon allege that that James M. Lukenda was appointed as the Chief Restructuring Officer of The 1031 Tax Group, LLC ("Tax Group"). Attached hereto as Exhibit 1 and incorporated herewith by reference is a true and correct copy of the Lukenda Declaration.

4. Based on my review of the Lukenda Declaration, I understand and believe that:

   a. Defendant EDWARD H. OKUN ("OKUN") is a sole member of Tax Group, which did business in multiple states, California being one of them, through multiple "wholly owned subsidiaries." (Decl. of Lukenda ¶10);

   b. Defendant INVESTMENT PROPERTIES OF AMERICA ("IPofA") borrowed the total amount of approximately $132,000,000.00 from Tax Group, as unsecured debt, in order to place long term investments in OKUN's other interests, which eventually caused the collapse of the Tax Group. (Decl. of Lukenda ¶18)

5. I am informed and believe that Andrew D. Velez-Rivera, the United States Trustee's counsel, filed with the United States Bankruptcy Court for the Southern District of New York, Case No. 07-11448 (MG), a Declaration in Support of the Motion by the U.S. Trustee for Order Directing the Appointment of Chapter 11 Trustee ("Velez-Rivera Declaration"). I have reviewed the declaration. A true and correct copy of the Declaration of Velez-Rivera is attached hereto as Exhibit 2 and incorporated by reference with relevant exhibits.

6. I am informed and believe that the *modus operandi* of OKUN was to direct his employees or agents to invest tax deferred 1031 exchange funds from various companies, wholly owned by him, into his other enterprises, wholly owned by him, all without the owners' consent or knowledge. I am informed and believe that one of the enterprises that received these funds was HOLDINGS and IPofA. (Decl. of Velez-Rivera ¶15)

7. I am informed and believe that Tax Group accepted several unsecured promissory notes

Parr Law Group
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

2

ATTORNEY DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

1. ("Notes") executed by OKUN, personally, and by Defendant OKUN HOLDINGS ("HOLDINGS"), a company wholly owned by OKUN, for the total amount of $26,100,000.00. (Decl. of Velez-Rivera, Exhibit I)

8. I am informed and believe that OKUN executed a personal guarantee of the Notes. (Decl. of Lukenda ¶20)

9. I am informed and believe that Tax Group and/or one or more of its companies obtained a fidelity bond through its broker, Lockton Insurance Brokers, Inc., a San Francisco, California, based company. I am informed and believe that Tax Group and/or one or more of its companies displayed its bond information, evidence of insurance and insurance broker's name and address in California on the internet to the general public. (Decl. of Velez-Rivera, Exhibit J)

10. I am informed and believe that a Statement of Financial Affairs (the "Statement") was filed with the United States Bankruptcy Court for the Southern District of New York, Case No. 07-11448 (MG). Attached hereto as Exhibit 3 and incorporated herewith by this reference is a true and correct copy of the Statement with relevant Attachments.

11. I have reviewed the Statement and understand that it discloses that "[t]he Debtors report for tax purposes through their ultimate member/owner, Edward H. Okun, on his personal tax return." (Statement of Financial Affairs, Page 9)

12. I am informed and believe that Tax Group paid certain California vendors, including, but not limited to, ASAP Printing in Campbell, California, AT&T in Sacramento, California, Covad Communications in San Francisco, California, KTS Services in Mountain View, California, Valley Management Services in Los Osos, California, Verizon Northwest in Mission Hills, California, and Virtual Market Enterprises in Davis, California. (Statement of Financial Affairs, Attachment 3b)

13. Prior to, and on or about August 24, 2007, I accessed the website of the California Secretary of State and conducted a search for 1031 Advance, Inc. The information that I retrieved listed the corporate address as 10800 Midlothian TNPIK #300, Richmond, Virginia. I printed the webpage showing the information from the California Secretary of State. A true and correct copy of the printout is attached hereto as Exhibit 4 and incorporated by reference.

14. I have reviewed the Voluntary Bankruptcy Petition filed in the United States Bankruptcy

Parr Law Group
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

3

ATTORNEY DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

Court for the Southern District of New York, Case No. 07-11448 (MG). I am informed and believe that the address of 10800 Midlothian TNPIK #300, Richmond, Virginia, is listed on the Voluntary Bankruptcy Petition of The 1031 Tax Group, LLC, as Debtor, as their address. A true and correct copy of the Bankruptcy Petition with relevant schedules is attached hereto as Exhibit 5 and incorporated by reference.

15. I am informed and believe that the addresses for IPofA and HOLDINGS are 10800 Midlothian TNPIK #300, Richmond, Virginia, as is listed on the Statement. (Statement of Financial Affairs, Attachment 3c, Pages 2 and 4)

16. Upon my review of the documents filed in the United States Bankruptcy Court for the Southern District of New York, Case No. 07-11448 (MG), and other preliminary evidence, I believe that Defendants OKUN, HOLDINGS, and IPOfA are alter egos of one another and the Debtor, Tax Group, and its associated companies, that they have such unity of interest so as to disregard their separate existence, and that not to disregard the same would cause injustice.

17. I also am informed and believed that Tax Group and Defendant IPOfA had such systematic and pervasive contacts with California so as to permit the exercise of general personal jurisdiction over the Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in San Jose, California.

DATE:       September 4, 2007

_____
SHAWN R. PARR

Parr Law Group
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535