# EXHIBIT 4

# California Business Portal

Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

## Corporations

**Business Search Corporations**
- Printer Friendly Page
- New Search
- Search Tips
- Field Definitions
- Status Definitions
- Name Availability
- Corporate Records
- Business Entities Records Order Form
  - Certificates
  - Copies
  - Status Reports
- FAQS
- Corporations Main Page
- Site Search

The information displayed here is current as of "AUG 31, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| 1031 ADVANCE, INC. |
| **Number:** C2820839　**Date Filed:** 12/1/2005　**Status:** active |
| **Jurisdiction:** California |
| Address |
| 10800 MIDLOTHIAN TNPIK #300 |
| RICHMOND, VA 23235 |
| Agent for Service of Process |
| CAPITOL CORPORA TE SERVICES, IN C. |
| 455 CAPITOL MALL STE 217 |
| SACRAMENTO, CA 95814    P    e |

**New Search**

additional corporate information, please refer to **Corporate Records**.
Blank fields indicate the information is not contained in the computer

Corporations Code **Section 2114**

Copyright ©2001 California Secretary of State. **Privacy Statement.**

# EXHIBIT 5

Official Form 1 (4/07) Thomson West, Rochester, NY

## United States Bankruptcy Court
### SOUTHERN DISTRICT OF NEW YORK

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**THE 1031 TAX GROUP, LLC** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **20-3983379** | Last four digits of Soc. Sec./Compete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**10800 Midlothian Tnpk #300<br>Richmond VA**<br>ZIPCODE **23235** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**805 Third Avenue, 10th Floor<br>New York NY**<br>ZIPCODE **10022** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **SAME** | ZIPCODE |

**Type of Debtor** (Form of organization)
(Check one box.)
- [ ] Individual (includes Joint Debtors)
  See Exhibit D on page 2 of this form.
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**
(Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $10,000 | $10,000 to $100,000 | $100,001 to $1 million | $1 million to $100 million | Over $100 million |
|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ |

| Estimated Liabilities | $0 to $50,000 | $50,000 to $100,000 | $100,001 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ |

Official Form 1 (4/07) Thomson West, Rochester, NY                                                                                                    FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**THE 1031 TAX GROUP, LLC** | | |
|---|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | | |
| Location Where Filed:<br>***NONE*** | Case Number: | | Date Filed: |
| Location Where Filed: | Case Number: | | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>***SEE ATTACHED LIST*** | Case Number: | | Date Filed: |
| District: | Relationship: | | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)           Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07) Thomson West, Rochester, NY | FORM B1, Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> THE 1031 TAX GROUP, LLC |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney

X /s/ Norman N. Kinel
Signature of Attorney for Debtor(s)

Norman N. Kinel  NK 0474
Printed Name of Attorney for Debtor(s)

DREIER LLP
Firm Name

499 Park Avenue
Address

New York NY  10022

(212) 328-6100
Telephone Number

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address
_____

X _____

_____
Date
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ James M. Lukenda
Signature of Authorized Individual

James M. Lukenda
Printed Name of Authorized Individual

Chief Restr. Officer
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER OR AFFILIATE OF THIS DEBTOR**

| Name of Debtor: Security 1031 Services, LLC | Case Number: | Dated Filed: |
|---|---|---|
| District: | Relationship: Affiliate | Judge: |

| Name of Debtor: Atlantic Exchange Company, Inc. | Case Number: | Dated Filed: |
|---|---|---|
| District: | Relationship: Affiliate | Judge: |

| Name of Debtor: Real Estate Exchange Services, Inc. | Case Number: | Dated Filed: |
|---|---|---|
| District: | Relationship: Affiliate | Judge: |

| Name of Debtor: Investment Exchange Group, LLC | Case Number: | Dated Filed: |
|---|---|---|
| District: | Relationship: Affiliate | Judge: |

| Name of Debtor: 1031 Advance, Inc. | Case Number: | Dated Filed: |
|---|---|---|
| District: | Relationship: Affiliate | Judge: |

| Name of Debtor: Atlantic Exchange Company, LLC | Case Number: | Dated Filed: |
|---|---|---|
| District: | Relationship: Affiliate | Judge: |

| Name of Debtor: National Exchange Services QI, Ltd. | Case Number: | Dated Filed: |
|---|---|---|
| District: | Relationship: Affiliate | Judge: |

| Name of Debtor: NRC 1031, LLC | Case Number: | Dated Filed: |
|---|---|---|
| District: | Relationship: Affiliate | Judge: |

| Name of Debtor: Exchange Management, LLC | Case Number: | Dated Filed: |
|---|---|---|
| District: | Relationship: Affiliate | Judge: |

| Name of Debtor: National Exchange Accommodators, LLC | Case Number: | Dated Filed: |
|---|---|---|
| District: | Relationship: Affiliate | Judge: |

| Name of Debtor: Shamrock Holdings Group, LLC | Case Number: | Dated Filed: |
|---|---|---|
| District: | Relationship: Affiliate | Judge: |

| Name of Debtor: Rutherford Investment LLC | Case Number: | Dated Filed: |
|---|---|---|
| District: | Relationship: Affiliate | Judge: |

| Name of Debtor: 1031 TG Oak Harbor LLC | Case Number: | Dated Filed: |
|---|---|---|
| District: | Relationship: Affiliate | Judge: |

| Name of Debtor: 1031 Advance 132 LLC | Case Number: | Dated Filed: |
|---|---|---|
| District: | Relationship: Affiliate | Judge: |

| Name of Debtor: National Intermediary, Ltd. | Case Number: | Dated Filed: |
|---|---|---|
| District: | Relationship: Affiliate | Judge: |

## SCHEDULE I

## CORPORATE OWNERSHIP STATEMENT

Including the Debtor in this chapter 11 case, the following affiliated debtors simultaneously have filed voluntary chapter 11 petitions in this Court. Contemporaneously with the filing of these petitions, such entities have filed a motion requesting that their individual chapter 11 cases be consolidated for procedural purposes only and be jointly administered.

The Debtors are:

> The 1031 Tax Group, LLC;
> 1031 Advance 132 LLC;
> 1031 Advance, Inc.;
> 1031 TG Oak Harbor LLC;
> Atlantic Exchange Company, Inc.;
> Atlantic Exchange Company LLC;
> Exchange Management, LLC;
> Investment Exchange Group, LLC;
> National Exchange Accommodators, LLC;
> National Exchange Services QI, Ltd.;
> National Intermediary, Ltd.;
> NRC 1031, LLC;
> Real Estate Exchange Services, Inc.;
> Rutherford Investment LLC;
> Security 1031 Services, LLC; and
> Shamrock Holdings Group, LLC

{00255911.DOC;}

## WRITTEN CONSENT IN LIEU OF
## MEETING OF THE SOLE MEMBER
## OF THE 1031 TAX GROUP, LLC

The undersigned, the sole member (the "Sole Member") of The 1031 Tax Group, LLC (the "Company"), a Delaware limited liability company, hereby adopt the following resolutions, as the action of the Company this 12th day of May 2007.

WHEREAS, the Sole Member has considered the financial and operational aspects of the Company's business;

WHEREAS, the Sole Member has reviewed the historical performance of the Company, and the current and long-term liabilities of the Company;

NOW, THEREFORE, BE IT RESOLVED: That in the judgment of the Sole Member, it is desirable and in the best interests of this Company, its creditors, and other interested parties, that a voluntary petition be filed by the Company under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code");

BE IT FURTHER RESOLVED: That in connection with the restructuring efforts of the Company, the Company be, and it hereby is, authorized and directed to enter into an engagement letter agreement with Huron Consulting (the "Huron Engagement Agreement"), substantially in the form presented to the Sole Member, with such changes thereto as the officer executing the same on behalf of the Company may deem necessary or appropriate, the execution and delivery thereof by such officer to be conclusive evidence that the same were so authorized hereby;

BE IT FURTHER RESOLVED: That James M. Lukenda, be, and hereby is, appointed Chief Restructuring Officer of the Company effective upon execution and delivery of the Huron Engagement Agreement, and that he shall serve as Chief Restructuring Officer until the earlier of his resignation or removal or election and qualification of his successor, and that Mr. Lukenda shall be indemnified to the fully extent provided in the applicable governing documents of the Company;

BE IT FURTHER RESOLVED: That the Chief Restructuring Officer, be, and hereby is, authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents and to take any and all action which they deem necessary or proper to obtain such relief;

{00253896.DOC;}

BE IT FURTHER RESOLVED: That the Chief Restructuring Officer, be, and hereby is, authorized and directed to employ the law firm of Dreier LLP as general counsel to the Company to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including the hiring of local counsel (where necessary) and the filing of pleadings, and in connection therewith, the Chief Restructuring Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Dreier LLP (and where appropriate suitable local counsel as may later be determined);

BE IT FURTHER RESOLVED: That the Chief Restructuring Officer, be, and hereby is, authorized and empowered for, in the name of, and on behalf of the Company to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

BE IT FURTHER RESOLVED: That all of the acts and transactions relating to matters contemplated by the foregoing resolutions of the Sole Member of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

{00253896.DOC;}2

C:\DOCUMENTS AND SETTINGS\ED_OKUN\LOCAL SETTINGS\TEMPORARY INTERNET FILES\CONTENT.IE5\W52Z4LUP\1031_TAX_GROUP_-_SOLE_MEMBER_CONSENT_(00253896)[2].DOC

## CERTIFICATE

The undersigned, Edward H. Okun, as sole member of The 1031 Tax Group, LLC (the "Company"), a Delaware limited liability company, hereby certifies as follows:

1. I am the sole member of the Company and, as such, I am familiar with the facts herein certified and I am duly authorized to certify same on behalf of the Company.

2. Attached hereto is a true, complete and correct copy of the written consent in lieu of meeting and resolutions of the sole member of the Company, duly adopted on May 12, 2007 in accordance with the applicable governing documents of the Company.

3. Such resolutions have not been amended, altered, annulled, rescinded or revoked and are in full force and effect as of the date hereof. There exist no other resolutions of the sole member of the Company relating to the matters set forth in the resolutions attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 12th day of May 2007.

The 1031 Tax Group, LLC<br>
By: Edward H. Okun<br>
Its Sole Member<br>
<br>
_____<br>
Name: Edward H. Okun<br>
As: Its Sole Member

{00253896.DOC;}3

C:\DOCUMENTS AND SETTINGS\ED OKUN\LOCAL SETTINGS\TEMPORARY INTERNET FILES\CONTENT.IE5\W52Z4LUF\1031_TAX_GROUP_-_SOLE_MEMBER_CONSENT_(00253896)(2).DOC

# United States Bankruptcy Court
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:

THE 1031 TAX GROUP, LLC,
1031 Advance 132 LLC,
1031 Advance, Inc.,
1031 TG Oak Harbor LLC,
Atlantic Exchange Company, Inc.,
Atlantic Exchange Company, LLC,
Exchange Management, LLC,
Investment Exchange Group, LLC,
National Exchange Accommodators, LLC,
National Exchange Services QI, Ltd.,
National Intermediary, Ltd.,
NRC 1031, LLC
Real Estate Exchange Services, Inc.,
Rutherford Investment LLC,
Security 1031 Services, LLC,
Shamrock Holdings Group,

     Debtors.
---------------------------------------------------------------x

Chapter 11

Case No. _____ (___)

Jointly Administered

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtors' creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112: Fed. R. Bankr. P. 1007(m).

{00255879.DOC;2}

| Name of creditor and complete mailing address including zip code | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| Dr. and Mrs. Bordoni<br>478 Sequoia Way<br>Los Altos, CA 94024 | Trade Debt | | $ 10,645,330.31 |
| Capitol Aggregates, Ltd.<br>Gaydos, J.<br>P.O. Box 33240<br>San Antonio, TX 78265 | Trade Debt | | $ 8,115,800.55 |
| Newton Bayard Limited Partnership<br>75 Second Ave<br>Needham, MA 02494 | Trade Debt | | $ 4,358,265.58 |
| Siox Realty Corp<br>212-07 33rd Road<br>Bayside, NY 11361 | Trade Debt | | $ 3,945,904.51 |
| William Newton<br>405 Country Lane<br>San Antonio, TX 78209 | Trade Debt | | $ 3,362,954.89 |
| Red Bird Ranch, Ltd; Reeves Hollimon<br>Hollimon, R.<br>300 Austin Hwy. Suite 200<br>San Antonio, TX 78209 | Trade Debt | | $ 3,354,493.99 |
| 409 Sherman Way, LLC<br>Ms. Candace Graham<br>1 Applewood Lane<br>Portolo Valley, CA 94028 | Trade Debt | | $3,325,777.96 |
| LJ Ambassador, Ltd.<br>Mr. Andy Hull<br>P.O. Box 6051<br>San Antonio, TX 78209 | Trade Debt | | $ 3,175,439.52 |
| LJ 904 West Ave, Ltd., LJ Castle Hill Ventures, Ltd., and LJ Villa Marquis, Ltd.<br>Hull, Andy<br>P.O. Box 6051<br>San Antonio, TX 78209 | Trade Debt | | $ 3,052,462.70 |

| Name of creditor and complete mailing address including zip code | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|
| Joyce Green<br>86 Beach Lane<br>Westhampton Beach, NY 11979 | Trade Debt | | $2,842,423.57 |
| Mr. and Mrs. DonKonics<br>926 Deer Creek Rd<br>Martinez, CA 94553 | Trade Debt | | $2,817,123.03 |
| NP 1300, LLC<br>76 South Orange Ave<br>South Orange, NJ 07079 | Trade Debt | | $2,481,026.56 |
| Vista Enclave LTd.<br>1117 Eldridge Parkway<br>Houston, TX 77077 | Trade Debt | | $2,365,496.47 |
| Huber, G./CellTex<br>Huber, Greg<br>2230 Pipestone Drive<br>San Antonio, TX 78232 | Trade Debt | | $2,139,316.37 |
| Quirk Infiniti, Inc.<br>442 Quincy Avenue<br>Braintree, MA 02184 | Trade Debt | | $2,077,437.99 |
| Charles & Maria Sourmaidas<br>P.O. Box 351<br>Adamsville, RI 02801 | Trade Debt | | $1,970,200.11 |
| James Collins<br>5602 Grape Street<br>Houston, TX 77096 | Trade Debt | | $1,919,652.65 |
| Ward Enterprises, LLC<br>c/o Peter Gosch<br>32 Dawn Heath Drive<br>Littleton, CO 80127 | Trade Debt | | $1,900,028.81 |
| Cody Dutton, Trustee<br>Cody Dutton Testamentary Trust<br>1499 S. Main Street<br>Boerne, TX 78006 | Trade Debt | | $1,772,384.44 |
| Myane, G.<br>Myane, Geoffrey<br>PO Box 1876<br>Uvalde, TX 78820 | Trade Debt | | $1,649,822.22 |

| Name of creditor and complete mailing address including zip code | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| Garson<br>Nona A Garson<br>51 Bissell Rd<br>Lebanon, NJ 08833 | Trade Debt | | $ 1,647,544.66 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION

I, James M. Lukenda, Chief Restructuring Officer of the companies named as debtors in these cases, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Dated: May 13, 2007           Signature /s/ *James M. Lukenda*
                              James M. Lukenda
                              Chief Restructuring Officer