# EXHIBIT 3

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:

THE 1031 TAX GROUP, LLC, et al.,                  Chapter 11

                      Debtors.         Case No. 07-11448 (MG)
                                        Jointly Administered

------------------------------------------------------------x

## STATEMENT OF FINANCIAL AFFAIRS[1]

---

[1] This Statement of Financial Affairs (the "Statement") is filed on a consolidated basis for the following debtors in possession: The 1031 Tax Group, LLC; 1031 Advance 132 LLC; 1031 Advance, Inc.; 1031 TG Oak Harbor LLC; Atlantic Exchange Company, Inc.; Atlantic Exchange Company LLC; Investment Exchange Group, LLC; National Exchange Accommodators, LLC; National Exchange Services QI, Ltd.; NRC 1031, LLC; Real Estate Exchange Services, Inc.; Rutherford Investment LLC; Security 1031 Services, LLC; Shamrock Holdings Group, LLC; and AEC Exchange Company LLC. To the extent information identified to a specific debtor is currently available, it is so noted in the Statement. The accompanying Global Notes and Statements of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs is an integral part of the Statement and should be read in conjunction with reading the Statement.

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS,
METHODOLOGY, AND DISCLAIMER REGARDING DEBTORS'
SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT
OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs

(the "Statement", together with the Schedules, the "Statement and Schedules") filed by The 1031 Tax

Group, LLC and the related debtors[1] (the "Debtors") in the above captioned case, were prepared

pursuant to 11 U.S.C. section 521 and Federal Rule of Bankruptcy Procedure 1007 by current

management of the Debtors and are unaudited.  The Statement and Schedules remain subject to further

review and verification by the Debtors.  Subsequent information may result in material changes in the

financial and other data contained in the Statement and Schedules.  The Debtors reserve their rights to

amend the Statement and Schedules from time to time as may be necessary and appropriate in

accordance with applicable provisions of the Bankruptcy Code and Bankruptcy Rules.  These Global

Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules of

Assets and Liabilities and Statement of Financial Affairs (the "Global Notes") are incorporated by

reference herein, and comprise an integral part of the Statement and Schedules filed by the Debtors, and

should be referred to in connection with any review of the Statement and Schedules. These Global

Notes are in addition to the specific notes contained in the Statement and Schedules.  The fact that the

Debtors have prepared a Global Note with respect to a particular Schedule or Statement and not to

others does not reflect and should not be interpreted as a decision by the Debtors to exclude the

---

1 The Debtors are: The 1031 Tax Group, LLC; 1031 Advance 132 LLC; 1031 Advance, Inc.; 1031 TG Oak Harbor LLC; Atlantic
Exchange Company, Inc.; Atlantic Exchange Company LLC; Investment Exchange Group, LLC; National Exchange
Accommodators, LLC; National Exchange Services QI, Ltd.; NRC 1031, LLC; Real Estate Exchange Services, Inc.; Rutherford
Investment LLC; Security 1031 Services, LLC; Shamrock Holdings Group, LLC; and AEC Exchange Company LLC.

applicability of such Global Note to any or all of the Debtors' remaining Schedules or Statement, as appropriate.

As of the filing of the Statement and Schedules, the Debtors have not been able to close their books for the period ended May 14, 2007 (the "Petition Date"). The Debtors' inability to close their books for the Statement and Schedules has been caused by a variety of factors, many of which were precipitating factors to the Debtors' decision to seek Bankruptcy Court protection.

Upon information and belief, the Debtors represent a group of affiliated companies which were assembled as subsidiaries or under common ownership beginning in August 2005 and extending through December 2006. The books and records of the Debtors were not centralized in any meaningful manner from the commencement of the acquisitions. The business groups did not use a common accounting system. No financial statements had been prepared for the year ending December 31, 2006, either by Debtor or on a consolidated basis.

Upon information and belief, for some period of time, the Debtors were operated largely independently but certain functions were transitioned to a centralized basis, primarily cash management. This program to centralize administrative functions, including accounting and record keeping was cut short by management and personnel changes and other factors resulting in the Bankruptcy filings. As a result, the books and records that are currently available are not constructed in a consistent manner readily analyzed and in some cases appear to have not been maintained.

Accordingly, the Statement and Schedules are presented on a consolidated basis, with individual Debtor information identified where it has been found to be available.

On April 27th, 2007, representatives of the Office of the United States Postal Inspector physically seized records from the Debtors' location at 10800 Midlothian Turnpike, Richmond, VA. These records have not yet been made available to the Debtors subsequent to the seizure, although the

Debtors believe that all material records will soon be made available for their review.  As and when these records may be made available to the Debtors, adjustments and amendments to the Statement and Schedules may be required.

Prior to and through the acquisition period, the Debtors utilized a very large number of bank accounts for transacting business.  Bank accounts were opened and closed regularly.  The Debtors have worked diligently to identify the universe of open and closed bank accounts in order to track transactions, reconstruct books and records, and establish control over open accounts.  While the Debtors believe that all open accounts have been identified, the Debtors may not have all information as of the filing of the Statement and Schedules from the accounts necessary to complete the preparation of comprehensive financial statements.

On or about April 27th, 2007, the employment of a majority of the personnel of the Debtors terminated either voluntarily or involuntarily.  Accordingly, with respect to some matter, there is insufficient historical knowledge available to the Debtors' current management.


BASIS OF PRESENTATION

The Statement and Schedules have been prepared from a variety of sources available to the Debtors.  These sources include original customer files and documents, copies of the same, bank statements, wire transfer details, work performed by parties hired to analyze the Debtors cash records prior to the Bankruptcy filings, and transaction information.  As noted above, as a result of the seizure of records by the Office of the United States Postal Inspector, accounting and transaction source records that may be necessary to provide relevant information for the completion of the Statement and Schedules has not been available.  The Statement and Schedules do not purport to represent financial statements in accordance with Generally Accepted Accounting Principles in the United States.

4

1.    **Book Value.**  Unless otherwise noted, the value presented for each asset and liability

listed on the Statement and Schedules represents cost or book value as presented in the

Debtors' books and records where available. The values presented are not and should

not be deemed as admissions, representations, or waivers with respect to actual value

of the assets.  The actual realizable values and/or fair market values for assets may differ

significantly from the values reflected.

2.    **Causes of Action.**  The Debtors have not set forth causes of action against third

parties as assets in their Schedules.  The Debtors reserve all of their rights with respect

to any causes of action (whether known or inchoate) that they may have and neither

these Global Notes nor the Statement or Schedules shall be deemed a waiver of any

such causes of action.

3.    **Estimates.**  As noted above, due to the Debtors' inability to close its books prior to

the filing of the Statement and Schedules, current management has been required to

make estimates and assumptions that affect the reported amounts of assets and liabilities

as of the Petition Date.

4.    **Pre-Petition Claims.**  The Debtors have obtained certain orders of the Bankruptcy

Court that authorize the Debtors to pay prepetition obligations to specific creditors.

The amount for which any claim listed on the Schedules may be allowed for any

purpose in these chapter 11 cases shall be net of any postpetition payments authorized

by the Bankruptcy Court.

5.    **Disputed, Contingent, and/or Unliquidated Claims.**  Schedules D, E, and F permit

the Debtors to designate a claim as disputed, contingent, and/or unliquidated.  A failure

to designate a claim on any of these Schedules as disputed, contingent, and/or

5

unliquidated does not constitute an admission that such claim is not subject to objection.
The Debtors reserve the right to dispute or assert offsets or other defenses to any claim
reflected on the Schedules as to amount, liability, or status.

6. **Interest on Customer Funds.** It had been the Debtors' practice to calculate interest
due to customers either at the final closing (if no balance would remain in the customer's
account) or at the end of the 180 day "safe harbor" period if a balance remained in the
customer's account. Accordingly, interest due customers had not been
comprehensively calculated for the open exchange contracts, of which there are over
three hundred, nor had it been calculated for recently closed transactions.

7. **Claims for Damages.** The Debtors' lack of liquidity before and after the bankruptcy
filing and resulting inability to fund customer transactions have caused a number of
customers to fail to close transactions as scheduled. Damages to customers as a result
of failed closings could include, among other things, the loss of their deposit or earnest
money, interest costs to borrow replacement funds, and the loss of the tax-deferred
status of the transaction. Management has not attempted to quantify the potential dollar
claims of damages to such customers. Accordingly, no such amount is included in
amounts due customers as listed in Schedule F. The Debtors reserve the right to
dispute or assert offsets or other defenses to any such claims.

8. **Undetermined Amounts.** The description of an amount as "unknown" or
"undetermined" is not intended to reflect upon the materiality of such amount.

9.    **Lack of Purchase Accounting.**  The Debtors have acquired six businesses with few "hard" assets.  Management has found no evidence of purchase accounting and therefore there is no value placed on goodwill, customer lists or other intangibles for the purposes of the Statement and Schedules.

10.    **Classifications.**  Listing a claim (i) on Schedule D as "secured," (ii) on Schedule E as "priority" or (iii) on Schedule F as "unsecured nonpriority," or listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.  In particular, the Debtors reserve the right to amend the Statement and Schedules to recharacterize or reclassify any such contract or claim.

11.    **Capital Structure.**  Current management has identified over two hundred subsidiaries and affiliates of the Debtors. As of the filing of the Statement and Schedules efforts to identify all of the specific interrelationships of these various subsidiaries and affiliates is ongoing.

12.    **Notes Receivable.**  Non-debtor affiliates engaged in various transfers of cash to and from the Debtors, resulting in a net borrowing position for the non-debtor affiliates and a net lending position for the Debtors.  The borrowings were documented in the form of a series of unsecured promissory notes (the "Notes").  These Notes are the Debtors' primary asset and source of recovery.  Based on the Notes that have been made available for examination, the Notes are in writing, provide for what appears to be

7

market rates of interest, contain maturity dates, and, in some cases, in the event of non-payment, penalty interest provisions. For the majority of the Notes, the maturity is one hundred and eighty (180) days, although more recent Notes are payable upon demand. Based on reconstruction accounting to date, management has been able to match the majority of, but not all, cash outflows to particular Notes. Although the Notes called for the accrual of interest, management is unable to find evidence of any such accrual. However, management understands that the non-Debtor affiliates made certain payments and repayments to, and payments for expenses on behalf of the Debtors, with the intent that such payments would approximate "interest." However, as of the date of the filing of the Statement and Schedules, management is unable to match such payments to calculations of accrued interest due. Under these circumstances, management has been able to calculate a total dollar amount of Notes Receivable and accrued interest, but not allocate the result on a Note-by-Note or Debtor-by-Debtor basis.

13.     **Intercompany Accounts.** In connection with the cash outflows to non-Debtor affiliates, the stated lender under a particular Note cannot, in every case, be matched to a cash outflow from that particular lender (Debtor) but may be matched to a different Debtor. As of the filing of the Statement and Schedules, management's effort to replicate the intercompany accounts that these transactions would seem to indicate is ongoing. Therefore, no intercompany amounts due to or from Debtors are reported in the Statement and Schedules.

FORM 7 (9/00)

# FORM 7 - STATEMENT OF FINANCIAL AFFAIRS
## UNITED STATES BANKRUPTCY COURT
### Southern District of New York

In re: The 1031 Tax Group, LLC, et al.                              Case No. 07-11448(MG)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. §112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | AMOUNT | SOURCE |
|---|---|---|
| | | See Attached SOFA 1 |

*Other information has not been available. No additional tax returns or financial statements have been available.*

**2. Income other than from employment or operation of business**
State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | AMOUNT | SOURCE |
|---|---|---|
| X | | |

### 3. Payment to creditors

*Complete a . or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600.

Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|------|------------------------------|------------------|-------------|--------------------|
| X | | | | |

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5475. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|------|------------------------------|------------------|-------------|--------------------|
| | See Attached SOFA 3b | | | |

*The accompanying SOFA 3b schedule has been prepared from the Debtors' identified cash records. As a result of the acquisitions and efforts to centralize cash management discussed in the Global Notes, there was significant inter and intra entity cash activity prior to the Debtors' chapter 11 filings. The data presented represents as comprehensive a schedule as is available as of the filing of the Statement and includes inter and intra entity cash activity.*

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed.)

| NONE | NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|------|------------------------------|------------------|-------------|--------------------|
| | See Attached SOFA 3c | | | |

*Investment Exchange Group, LLC, 1031 Advance, Inc., National Exchange Services QI, Ltd., and Real Estate Exchange Services, Inc. and related companies were acquired during the one year look-back period from the petition date. Current management has not been able to obtain or identify complete information on insiders and payments to insiders for pre-acquisition periods within the one year look-back as of the filing of the Statement.*

### 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|------|----------------------------------|----------------------|------------------------------|-----------------------|
| | See Attached SOFA 4a | | | |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| | See Attached SOFA 4b | | |

**5. Repossessions, foreclosures and returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| X | | | |

**6. Assignments and receiverships**

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|---|
| X | | | |

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|---|
| X | | | | |

**7. Gifts**

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|---|
| X | | | | |

**8. Losses**

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCE AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|---|
| X | | | |

*Insurance for the Debtors was negotiated and purchased through non-debtor affiliate Investment Properties of America. Loss runs provided by the insurance broker represent claims paid to the entire affiliated group of insured companies. At this time, the Debtors cannot isolate claims filed by and/or paid to the Debtors, if any, based on the loss runs provided. The Debtors will continue to work to identify claims filed by and/or paid to the Debtors, if any.*

**9. Payments related to debt counseling or bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NONE | NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| | Dreier LLP 499 Park Ave New York, NY 10022 | 5/9/2007 Okun Holdings, Inc. | $120,000.00 |

*$60,000 of this $120,000 transfer to Dreier was intended to and was immediately transferred by Dreier to Huron in payment of fees earned by Huron.*

| | Dreier LLP 499 Park Ave New York, NY 10022 | 5/7/2007 Okun Holdings, Inc. | $100,000.00 |
|---|---|---|---|
| | Dreier LLP 499 Park Ave New York, NY 10022 | 5/11/2007 Okun Holdings, Inc | $210,000.00 |
| | Huron Consulting Services, LLC 1120 Ave of the Americas 8th Fl New York, NY 10036 | 5/9/2007 Dreier LLP | $60,000.00 |
| | Huron Consulting Services, LLC 1120 Ave of the Americas 8th Fl New York, NY 10036 | 5/7/2007 Okun Holdings, Inc | $25,000.00 |
| | Huron Consulting Services, LLC 1120 Ave of the Americas 8th Fl New York, NY 10036 | 5/11/2007 Okun Holdings, Inc | $100,000.00 |

**10. Payment to creditors**

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF TRANSFERREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|---|
| X | | | |

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NONE | NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|------|-------------------------------|------------------------|-----------------|
| X    |                               |                        |                 |

## 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)

| NONE | NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|------|---------------------------------|---------------------------------|------------------|
|      | See Attached SOFA 11            |                                 |                  |

## 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO THE BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY. |
|------|---------------------------------|---------------------------------|-------------|-------------|
| X    |                                 |                                 |             |             |

*None have been identified as of the filing of the Statement.*

## 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|------|------------------------------|----------------|------------------|
| X    |                              |                |                  |

*Colorado Capital Bank has asserted potential setoff rights against the Debtors' funds that currently remain in accounts at Colorado Capital Bank.*

## 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

| NONE | NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|------|---------------------------|-----------------------------------|----------------------|
|      | See Attached SOFA 14      |                                   |                      |

**15. Prior address of debtor**

If the debtor has moved within the **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| NONE | ADDRESS | NAME USED | DATES OF OCCUPANCY |
|------|---------|-----------|--------------------|
|      | See Attached SOFA 15 |  |  |

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

| NONE | NAME |
|------|------|
| X    |      |

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| NONE | SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|------|-----------------------|---------------------------------------|----------------|-------------------|
| X    |                       |                                       |                |                   |

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| NONE | SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|------|-----------------------|---------------------------------------|----------------|-------------------|
| X    |                       |                                       |                |                   |

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NONE | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|------|---------------------------------------|---------------|-----------------------|
| X    |                                       |               |                       |

**18. Nature, location and name of business**

a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation , partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full – or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NONE | NAME AND ADDRESS | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION |
|---|---|---|---|---|
| | See Attached SOFA 18a | | | |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NONE | NAME | ADDRESS |
|---|---|---|
| X | None Identified | |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NONE | NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|---|
| | See Attached SOFA 19a | | |

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| | | |
|---|---|---|
| X | None Identified | |

*The Debtors have not closed their books for 2006. Analyses to accomplish this and analyze income and expense data for 2007 were underway and discontinued when the Debtors filed for chapter 11 protection due to an inability to retain the outside consultant assisting with this effort.*

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NONE | NAME | ADDRESS |
|------|------|---------|
| | Investment Properties of America | 10800 Midlothian Turnpike Ste 309<br>Richmond, VA 23235 |
| | PENTA Advisory Services, LLC | 1051 E Cary St Ste 602<br>Richmond, VA 23219 |
| | US Postal Inspection Service | Washington, DC<br>Records seized 4/27/07 |

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NONE | NAME AND ADDRESS | DATE ISSUED |
|------|------------------|-------------|
| | Unknown | |

## 20. Inventories

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| NONE | DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|------|-------------------|----------------------|------------------------------------------------------------------|
| X | | | |

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| NONE | DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|------|-------------------|----------------------------------------------------|
| X | | |

## 21 . Current Partners, Officers, Directors and Shareholders

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NONE | NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------|------------------|--------------------|------------------------|
| | National Exchange Services QI Ltd.<br>10800 Midlothian Turnpike Ste 300<br>Richmond, VA 23235<br>Member of the Partnership: N.R.C.<br>1031 LLC | General Partnership | 100% |

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NONE | NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------|------------------|-------|------------------------------------------|
| | See Attached SOFA 21b | | |

*See SOFA 18a for the ownership of each of the other Debtors.  The ultimate owner of each Debtor (other than The 1031 Tax Group, LLC) is The 1031 Tax Group, LLC.*

**22 . Former partners, officers, directors and shareholders**
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NONE | NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|------|---------|--------------------|
|      | National Intermediary, Ltd. | 16500 Pedro Ave Ste 150<br>San Antonio, TX 78232 | 6/22/2006 |

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NONE | NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------|------------------|-------|---------------------|
|      | See Attached SOFA 22b | | |

**23 . Withdrawals from a partnership or distributions by a corporation**
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NONE | NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|-------------------------------------------------------|--------------------------------|------------------------------------------------------|
|      | See Attached SOFA 3C | | |

**24. Tax Consolidation Group.**
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NONE | NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER(EIN) |
|------|----------------------------|-------------------------------------|
|      | Edward H. Okun | |

*The Debtors report for tax purposes through their ultimate member/owner, Edward H. Okun, on his personal tax return. At present, the Debtors do not have information relating to any tax consolidation groups prior to the acquisitions.*

**25. Pension Funds**
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

| NONE | NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER(EIN) |
|------|----------------------|-------------------------------------|
| X    |                      |                                     |

*Employees of the Debtors participated in a profit sharing 401(k) plan. The Debtors have no economic interest in this plan.*

In Re: The 1031 Tax Group, LLC
Case No. 07-11448
Attachment 3b
Payments to creditors

| Name of creditor/bank name | Account# | Address 1/Bank Description | Address 2 | City | State | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|---|---|
| 1435 Pearl Street Apartments LLP-10s-0710454 | | 9202 S. Rockport Lane | | Highlands Ranch | CO | 80126 | 04/02/2007 | $1,230.52 |
| 300 Main Street, LLC-10s-061026SR | | 800 Westchester Avenue | | Rye Brook | NY | 10573 | 04/02/2007 | $70.73 |
| 399 Crosswest of New York, LLC-10s-061027OR | | 800 Westchester Avenue | | Rye Brook | NY | 10573 | | $344.90 |
| A. W. Perry, Inc | | 20 Winthrop Square, Suite 500 | | Boston | MA | 02110 | 02/23/2007 | $12,665.70 |
| A. W. Perry, Inc | | 20 Winthrop Square, Suite 500 | | Boston | MA | 02110 | 03/19/2007 | $21,914.99 |
| Accountemps | | 12000 Collections Center Drice | | Chicago | IL | 60693 | 02/23/2007 | $3,086.72 |
| Accountemps | | 12000 Collections Center Drice | | Chicago | IL | 60693 | 03/07/2007 | $4,246.80 |
| AdvantEdge Business Centers | | 450 South Forth Ave. | | Brighton | CO | 80601 | 03/00/2007 | $52.00 |
| AIA Corporation | | 7 Admiral Lane | | Norwalk | CT | 06851 | | |
| Adkisson Family Clerk & Recorder | | Lonnie Adkisson | | Trinidad | CO | 81082 | 04/02/2007 | $161.39 |
| ADP-061006S | | Financial Services Division | 282 Culver Avenue | Owings Mill | MD | 21117 | 02/27/2007 | $156.25 |
| ADP | | Financial Services Division | 11411 Red Run Blvd | Owings Mill | MD | 21117 | 03/07/2007 | $156.25 |
| ADP | | Financial Services Division | 11411 Red Run Blvd | Owings Mill | MD | 21117 | 03/16/2007 | $149.27 |
| ADP | | Financial Services Division | 11411 Red Run Blvd | Owings Mill | MD | 21117 | 03/07/2007 | $1,176.49 |
| AdvantEdge Business Centers | | 5335 Wisclbsub /ave, N. W. | Suite 440 | Washington | DC | 20015 | 03/19/2007 | $16,212.63 |
| Akin Gump Strauss Hauer & Feld LLP | Dept 2086 | | | Carol Stream | IL | 60132-2086 | 03/21/2007 | $3,262.70 |
| Allen Revocable Trust:10s-0610092 | | Robert Allen | | Friday Harbor | WA | 98250 | 04/06/2007 | $374.67 |
| Allen Revocable Trust:10s-0610093 | | Robert Allen | 282 Culver Avenue | Friday Harbor | WA | 98250 | | $3,906.01 |
| Alpha Contract Services, LLC. | | 13777 Belcher Road S. | | Largo | FL | 33771 | 03/19/2007 | $190.00 |
| Alphagraphics | | 189 Main Street | | White Plains | NY | 10601 | 03/19/2007 | $10,283.46 |
| Alvarez, Armando:50s-0710495 | | 11775 S. State Street | | Draper | UT | 84020 | 04/04/2007 | $106.95 |
| Amanda Tiplino | | 3001 N. Rocky Point Drive | Suite 200 | Tampa | FL | 33607 | 02/23/2007 | $47.94 |
| American Express | | P. O. Box 360002 | | FL Lauderdale | FL | 33336-0001 | 02/22/2007 | $257.64 |
| American Express | | P. O. Box 360002 | | FL Lauderdale | FL | 33336-0001 | 03/07/2007 | $970.04 |
| American Express | | P.O. Box 360001 | | FL Lauderdale | FL | 34695-1716 | 03/07/2007 | $989.98 |
| American Express Card - Blue  327-141772-31007 | 567744560 | | | Dallas | TX | 75285-0448 | 03/13/2007 | $90,090.00 |
| American Express Card - Blue | 567743734 | | | Dallas | TX | 75285-0448 | 02/21/2007 | $15.00 |
| American Express Card - Blue | 567743734 | | | Dallas | TX | 75285-0448 | 02/28/2007 | $33.13 |
| American Express Card - Blue | 567743734 | | | Dallas | TX | 75285-0448 | 03/23/2007 | $144,492.00 |
| American Express Card - Blue | 567743734 | | | Dallas | TX | 75285-0448 | 03/16/2007 | $1,016,649.43 |
| American Express Card - Gold | 567743734 | | | Dallas | TX | 75285-0448 | 02/21/2007 | $48.13 |
| American Express Card - Gold | 567743734 | | | Dallas | TX | 75285-0448 | 03/23/2007 | $4,650.92 |
| American Express Card - Gold | 567743734 | | | Dallas | TX | 75285-0448 | 03/16/2007 | $128,590.00 |
| American Express Card - Gold | 567743734 | | | Dallas | TX | 75285-0448 | 03/23/2007 | $5,596.48 |
| AmSouth | 567744560 | P.O. Box 660448 | | Dallas | TX | 75285-0448 | 03/26/2007 | $346,031.45 |
| AmSouth | 567743742 | | | | | | 02/26/2007 | $109,340.00 |
| AmSouth | 5874303742 | | | | | | 02/26/2007 | $740,283.42 |
| AmSouth | 567744560 | | | | | | 05/11/2007 | $15.23 |
| AmSouth | 567744560 | | | | | | 03/22/2007 | $126,117.38 |
| AmSouth | 567744560 | | | | | | 03/26/2007 | $383,508.18 |
| AmSouth | 567744560 | | | | | | 03/29/2007 | $152,190.97 |
| AmSouth | 567744560 | | | | | | 03/30/2007 | $502,479.95 |

In Re: The 1031 Tax Group, LLC
Case No. 07-11448
Attachment 3b
Payments to creditors

| Name of creditor/bank name | Account# | Address 1/Bank Description | Address 2 | City | State | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|---|---|
| AmSouth | 0056744560 | | | | | | 04/05/2007 | $14,179.30 |
| AmSouth | 0056744560 | | | | | | 04/05/2007 | $319,881.18 |
| AmSouth | 0056744560 | | | | | | 04/05/2007 | $147,611.18 |
| AmSouth | 0056744560 | | | | | | 04/09/2007 | $398,618.56 |
| AmSouth | 0056744560 | | | | | | 04/12/2007 | $15.23 |
| AmSouth | 0056744560 | | | | | | 04/12/2007 | $85,905.84 |
| AmSouth | 0056744560 | | | | | | 04/17/2007 | $1,000.00 |
| AmSouth | 0056744560 | | | | | | 04/18/2007 | $157,152.61 |
| AmSouth | 0056744560 | | | | | | 04/18/2007 | $252,420.90 |
| AmSouth | 0056744560 | | | | | | 04/19/2007 | $277,121.49 |
| AmSouth | 0056744560 | | | | | | 04/24/2007 | $551,734.19 |
| AmSouth | 0056744560 | | | | | | 04/30/2007 | $288,754.89 |
| AmSouth | 567744560 | | | | | | 05/10/2007 | $15.23 |
| AmSouth | 567744560 | | | | | | 05/11/2007 | $15.23 |
| Annie Torchia | | 25 Bank St, Apt 209B | | White Plains | NY | 10606 | 06/11/2007 | $31.75 |
| Another 8 | | 777 Old Saw Mill River Road | | Tarrytown | NY | 10591 | 06/02/2007 | $1,860.00 |
| Another 9 | | 777 Old Saw Mill River Road | | Tarrytown | NY | 10591 | 03/19/2007 | $1,860.00 |
| Anthony Law Group | | Centennial Tower, Suite 3115 | 101 Marietta Street | Atlanta | GA | 30303-2744 | 03/07/2007 | $1,860.00 |
| Archilect Studios | | | | | | | 03/19/2007 | $1,150.00 |
| Argyle Management, Inc. | | P.O. Box 413 | | Safety Harbor | FL | 34695 | 03/28/2007 | $2,003.04 |
| Argyle Management, Inc. | | P.O. Box 413 | | Safety Harbor | FL | 34695 | 03/30/2007 | $1,001.52 |
| Arrow Oak Electrical | | | | | | | 03/19/2007 | $1,205.50 |
| Atherton Cutter Jr. | | | | | | | 03/26/2007 | $8,896.27 |
| Asher Azim | | | | | | | 04/17/2007 | $607.16 |
| ASAP Printing | | 2959 S. Winchester #100 | | Campbell | CA | 95008 | 04/05/2007 | $1,017.11 |
| AT&T | | AT&T Payment Center | | | | | 03/12/2007 | $1,319.00 |
| AT&T 020 722-7710 | | P.O. Box 2969 | | Sacramento | CA | 95887 | 03/07/2007 | $23.59 |
| AT&T 020 464-7450 | | P.O. Box 2969 | | Omaha | NE | 68103-2969 | 02/20/2007 | $29.84 |
| AT&T 030 598-4862 | | P.O. Box 2969 | | Omaha | NE | 68103-2969 | 02/20/2007 | $54.11 |
| AT&T 030 599-0019 | | P.O. Box 2969 | | Omaha | NE | 68103-2969 | 02/20/2007 | $14.50 |
| AT&T 050 170 0951 001 | | PO Box 2971 | | Omaha | NE | 68103-2971 | 02/20/2007 | $46.58 |
| AT&T 050 170 0951 001 | | PO Box 2971 | | Omaha | NE | 68103-2971 | 03/19/2007 | $585.00 |
| AT&T 203 459-0095 | | P.O. Box 8110 | | Aurora | IL | 60507-8110 | 03/19/2007 | $598.90 |
| AT&T 203 459-0095 | | P.O. Box 8110 | | Aurora | IL | 60507-8110 | 04/24/2007 | $443.29 |
| AT&T 841599593 | | P. O. Box 650688 | | Dallas | TX | 75266-0688 | 03/07/2007 | $581.85 |
| AT&T 918 487-2186 | | P. O. Box 650688 | | Dallas | TX | 75266-0688 | 03/07/2007 | $18.80 |
| AT&T Long Distance | | Payment Center | | Sacramento | CA | 95887-0001 | 02/23/2007 | $18.80 |
| AT&T Long Distance | | P.O. Box 5020 | | Des Plaines | IL | 60017 | 02/23/2007 | $150.90 |
| AT&T Long Distance | | P.O. Box 5020 | | Des Plaines | IL | 60017 | 03/07/2007 | $23.25 |
| Atlantic Plumbing | | | | | | | 04/03/2007 | $3,000.00 |
| Atlantic Skyline | | 4716 Richnell Road | | Richmond | VA | 23231 | 02/20/2007 | $1,542.81 |
| Banterra Bank | 0649-504-4 | | | | | | 03/14/2007 | $10,726.00 |
| Banterra Bank | 0649-504-4 | | | | | | 03/14/2007 | $10,491.00 |
| Banterra Bank | 0649-504-4 | | | | | | 03/16/2007 | $39,530.00 |
| Banterra Bank | 0649-504-4 | | | | | | 03/20/2007 | $10,808.03 |
| Banterra Bank | 0649-504-4 | | | | | | 03/22/2007 | $10,450.00 |
| Banterra Bank | 0649-504-4 | | | | | | 03/28/2007 | $80,356.00 |
| Banterra Bank | 0649-504-4 | | | | | | 03/30/2007 | $179,182.00 |
| Banterra Bank | 0649-504-4 | | | | | | 04/05/2007 | $10,287.00 |

In Re: The 1031 Tax Group, LLC
Case No. 07-11448
Attachment 3b
Payments to creditors

| Name of creditor/bank name | Account# | Address 1/Bank Description | Address 2 | City | State | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|---|---|
| Banterra Bank | 0649-504-4 | P. O. Box 70529 | | Charlotte | NC | 28272-0529 | 04/17/2007 | $9,834.00 |
| Banterra Bank | 0649-504-4 | P. O. Box 70529 | | Charlotte | NC | 28272-0529 | 04/19/2007 | $21,809.00 |
| Banterra Bank | 0649-504-4 | P. O. Box 70529 | | Charlotte | NC | 28272-0529 | 04/25/2007 | $9,654.00 |
| Banterra Bank | 0649-504-4 | P. O. Box 70529 | | Charlotte | NC | 28272-0529 | 04/26/2007 | $11,985.00 |
| Bell South | | P. O. Box 70529 | | Charlotte | NC | 28272-0529 | 02/20/2007 | $171.41 |
| Bell South | | P. O. Box 70529 | | Charlotte | NC | 28272-0529 | 03/07/2007 | $210.38 |
| Bell South | | P. O. Box 70529 | | Charlotte | NC | 28272-0529 | 04/03/2007 | $309.55 |
| Bell South | | PO Box 70529 | | Charlotte | NC | 28272-0529 | 03/08/2007 | $156.60 |
| Bell South 850 936-9810 | | PO Box 70529 | | Charlotte | NC | 28272-0529 | 03/19/2007 | $173.87 |
| Bell South 850 936-9810 | | PO Box 70529 | | Charlotte | NC | 28272-0529 | 03/21/2007 | $42,411.98 |
| Bertha Salwen Trust | | | | | | | 03/05/2007 | $1,532.57 |
| Bob Rose | | | | | | | 03/14/2007 | $30,000.00 |
| Bocen, Inc. | | c/o Shannon Boyles | | Junction | TX | 76849 | 04/17/2007 | $5,000.00 |
| Bradley Contracting, Inc. | | 1920 Nacogdoches, Suite 201 | | San Antonio | TX | 78209 | 04/25/2007 | $1,232.88 |
| Brian Brady Company | | P. O. Box 9243 | | Uniondale | NY | 11555-9243 | 03/07/2007 | $357.19 |
| Bridge Com | | P. O. Box 9243 | | Uniondale | NY | 11555-9243 | 03/19/2007 | $383.77 |
| Bridget Silka | | | | | | | 02/26/2007 | $550.00 |
| Bright House Networks | | P. O. Box 30765 | | Tampa | FL | 33630-3765 | 02/20/2007 | $94.95 |
| Bright House Networks | | P. O. Box 30765 | | Tampa | FL | 33630-3765 | 03/19/2007 | $94.95 |
| Brinks Home Security | | P. O. Box 70834 | | Charlotte | NC | 28272-0834 | 03/07/2007 | $37.44 |
| Broker Agent Magazine, LLC | | 1606 E Bell Rd., Ste 106 | | Phoenix | AZ | 85022-2836 | 03/07/2007 | $1,730.00 |
| Bryan Cherwinski | | C/O Keim & Martin | | Boerne | TX | 78006 | 02/27/2007 | $5,511.93 |
| California Franchise Tax Board | | | | | | | 03/09/2007 | $4,748.75 |
| California Secretary of State | | Statement of Information Unit | P.O. Box 944230 | Sacramento | CA | 94244-2300 | 02/22/2007 | $20.00 |
| California Secretary of State | | Statement of Information Unit | P.O. Box 944230 | Sacramento | CA | 94244-2300 | 02/22/2007 | $20.00 |
| California Secretary of State | | Statement of Information Unit | P.O. Box 944230 | Sacramento | CA | 94244-2300 | 02/22/2007 | $20.00 |
| California Secretary of State | | Statement of Information Unit | P.O. Box 944230 | Sacramento | CA | 94244-2300 | 02/22/2007 | $20.00 |
| California Secretary of State | | Statement of Information Unit | P.O. Box 944230 | Sacramento | CA | 94244-2300 | 02/22/2007 | $20.00 |
| Capewide Enterprises, LLC | | | | | | | 03/21/2007 | $722.50 |
| Capewide Enterprises, LLC | | | | | | | 03/30/2007 | $600.00 |
| Capitol Services | | P. O. Box 1831 | | Austin | TX | 78767 | 02/20/2007 | $541.50 |
| Capitol Services | | P. O. Box 1831 | | Austin | TX | 78767 | 03/07/2007 | $1,285.08 |
| Capitol Services | | 1355 Jerry Creek Road | P.O. Box 104 | Wise River | MT | 59762 | 03/20/2007 | $27,474.00 |
| Carasilla, Dominic:10s-0610013R | | 2701 Fortune Circle E. | Suite G | Indianapolis | IN | 46241 | 03/19/2007 | $580.00 |
| Carey Digital Inc. | | P.O. Box 247 | | Eastlake | CO | 80614 | 04/16/2007 | $7,876.50 |
| Carlson, Clay:10s-0610388 | | P.O. Box 247 | | Eastlake | CO | 80614 | 04/16/2007 | $7,876.50 |
| Carlson, Kent:10s-0610390 | | P.O. Box 247 | | | | | 04/16/2007 | $7,876.50 |
| Carlson, Scott:10s-0610391 | | 50 Main St. | | White Plains | NY | 10606 | 05/02/2007 | $261.00 |
| Carol J Absher | | | | | | | 04/12/2007 | $10,000.00 |
| Century 21 Ambassador | | 111 Express Street | | Plainview | NY | 11803 | 03/13/2007 | $3,528.78 |
| CBS Coverage Group, Inc. | | 111 Express Street | | Plainview | NY | 11803 | 04/12/2007 | $31,141.00 |
| CBS Coverage Group, Inc. | | 1621 18th Street, Ste. 40 | | Denver | CO | 80202 | 02/14/2007 | $2,875.00 |
| CCIntellect | | 1621 18th Street, Ste. 40 | | Denver | CO | 80202 | 04/20/2007 | $3,633.75 |
| CCIntellect | | 1621 18th Street, Ste. 40 | | Denver | CO | 80202 | 03/07/2007 | $1,123.50 |
| CCIntellect | | 1621 18th Street, Ste. 40 | | Denver | CO | 80202 | 04/20/2007 | $5,742.00 |
| Cesar Gonzalez Painting | | 1634 Santa Monica | | San Antonio | TX | 78201 | 03/21/2007 | $2,875.00 |
| Charter Communications | | P. O. Box 630034 | | Baltimore | MD | 21283-0034 | 04/03/2007 | $123.90 |
| Cheryl M Dosh | | | | | | | 05/02/2007 | $3,368.47 |
| Childers, Jeanene:10s-0610377 | | 8834 N. Hillside Way | | Parker | CO | 80134 | 03/06/2007 | $48,817.67 |

In Re: The 1031 Tax Group, LLC
Case No. 07-11448
Attachment 3b
Payments to creditors

| Name of creditor/bank name | Account# | Address 1/Bank Description | Address 2 | City | State | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|---|---|
| Cingular | | P.O. Box 650574 | | Dallas | TX | 75265-0574 | 03/07/2007 | $69.33 |
| Cingular | | P.O. Box 650574 | | | TX | 75265-0574 | 02/07/2007 | $62.82 |
| Cingular Wireless | | P.O. 6017 | | Los Angeles | CA | 90060-0017 | 03/08/2007 | $893.89 |
| Cingular Wireless | | P.O. 6017 | | Los Angeles | CA | 90060-0017 | 04/02/2007 | $226.47 |
| Citibank | | 95717978-c | | | | | 04/27/2007 | $53,771.91 |
| CitiBank | | 95717978-s | | | | | 04/27/2007 | $6,481.79 |
| CitiBank | | 95717978-s | | | | | 04/27/2007 | $21,000.00 |
| CitiBank | | 95718540-c | | | | | 04/22/2007 | $100,000.00 |
| CitiBank | | 95718540-s | | | | | 04/27/2007 | $29,000.00 |
| CitiBank | | 95718540-s | | | | | 04/14/2007 | $1,209.98 |
| CitiBank | 52451622 | | | | | | 02/14/2007 | $1,100.00 |
| CitiBank | 53451657 | | | | | | 02/14/2007 | $4,070.00 |
| CitiBank | 53451657 | | | | | | 02/15/2007 | $650.00 |
| CitiBank | 53451657 | | | | | | 02/15/2007 | $750.00 |
| CitiBank | 53451657 | | | | | | 02/20/2007 | $10,000.00 |
| CitiBank | 53451657 | | | | | | 02/20/2007 | $10,000.00 |
| CitiBank | 53451657 | | | | | | 02/20/2007 | $29,000.00 |
| CitiBank | 53451657 | | | | | | 02/16/2007 | $46.45 |
| CitiBank | 53451657 | | | | | | 02/23/2007 | $500.00 |
| CitiBank | 52472007 | | | | | | 03/05/2007 | $5,237.45 |
| CitiBank | 53451657 | | | | | | 03/05/2007 | $5,537.45 |
| CitiBank | 53451657 | | | | | | 03/08/2007 | $32,447.70 |
| CitiBank | 53451657 | | | | | | 04/27/2007 | $4,017.52 |
| CitiBank | 53451681 | | | | | | 04/27/2007 | $205,650.13 |
| CitiBank | 53599925 | | | | | | 04/27/2007 | $205,650.17 |
| CitiBank | 52237264 | | | | | | 04/27/2007 | $2,023.38 |
| CitiBank | 52237336 | | | | | | 04/27/2007 | $1,059.61 |
| CitiBank | 52237483 | | | | | | 04/27/2007 | $1,066.32 |
| CitiBank | 68376764 | | | | | | 04/27/2007 | $1,097.05 |
| CitiBank | 986 1564930 | | | | | | 03/23/2007 | $320,377.03 |
| CitiBank | 986 1565052 | | | | | | 03/23/2007 | $0.01 |
| CitiBank | 982232125Z | | | | | | 03/23/2007 | $0.01 |
| CitiBank | 98641249306 | | | | | | 03/23/2007 | $0.01 |
| CitiBank | 98641249655 | | | | | | 03/28/2007 | $1,910,930.47 |
| CitiBank | 98641240073 | | | | | | 03/23/2007 | $0.01 |
| CitiBank | 99641150581 | | | | | | 03/23/2007 | $0.01 |
| CitiBank | 99641179901 | | | | | | 04/27/2007 | $122,994.00 |
| CitiBank | 99641178031 | | | | | | 03/23/2007 | $956.36 |
| CitiBank | 99642032102 | | | | | | 03/23/2007 | $0.01 |
| CitiBank | 996460303 | | | | | | 03/23/2007 | $0.01 |
| CitiBank | 996460303 | | | | | | 03/23/2007 | $0.01 |
| CitiBank | 996460303 | | | | | | 03/23/2007 | $0.01 |
| CitiBank | 996460362 | | | | | | 03/23/2007 | $0.01 |
| CitiBank | 996460434 | | | | | | 03/28/2007 | $0.01 |
| CitiBank | 996548206 | | | | | | 03/28/2007 | $3,880,835.48 |
| CitiBank | 99654821131 | | | | | | 03/28/2007 | $302,622.48 |
| CitiBank | 99655413954 | | | | | | 04/17/2007 | $21.43 |
| CitiBank | 99655413954 | | | | | | 03/08/2007 | $9.25 |
| CitiBank | 99655536689 | | | | | | 03/28/2007 | $3,878,401.06 |
| Citibank | | | | | | | 04/27/2007 | $2,371.25 |

In Re: The 1031 Tax Group, LLC
Case No. 07-11448
Attachment 3b
Payments to creditors

| Name of creditor/bank name | Account# | Address 1/Bank Description | Address 2 | City | State | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|---|---|
| Citibank | 9965536689 | | | | | | 04/27/2007 | $2,371.25 |
| Citibank | 9965536697 | | | | | | 04/30/2007 | $6,256.71 |
| Citibank | 9965536806 | | | | | | 03/23/2007 | $0.01 |
| Citibank | 9965536873 | | | | | | 04/09/2007 | $282,523.84 |
| Citibank | 9967518759 | | | | | | 04/27/2007 | $26.38 |
| Citibank | 9967518767 | | | | | | 02/13/2007 | $964.54 |
| Citibank | 9967518767 | | | | | | 02/13/2007 | $12,906.70 |
| Citibank | 9967518767 | | | | | | 02/21/2007 | $3,797.50 |
| Citibank | 9967518767 | | | | | | 02/21/2007 | $160,000.00 |
| Citibank | 9967518767 | | | | | | 03/09/2007 | $8,180.00 |
| Citibank | 9967518767 | | | | | | 04/11/2007 | $1,063.64 |
| Citibank | 9967518767 | | | | | | 04/11/2007 | $1,063.64 |
| Citibank | 9967518781 | | | | | | 04/18/2007 | $3.46 |
| Citibank | 9967518820 | | | | | | 02/13/2007 | $6,000.00 |
| Citibank | 9967518820 | | | | | | 02/20/2007 | $2,000.00 |
| Citibank | 9967518820 | | | | | | 02/21/2007 | $9,000.00 |
| Citibank | 9967518820 | | | | | | 02/21/2007 | $1,880,000.00 |
| Citibank | 9967518820 | | | | | | 02/27/2007 | $105,000.00 |
| Citibank | 9967518820 | | | | | | 02/27/2007 | $10,000.00 |
| Citibank | 9967518820 | | | | | | 03/06/2007 | $100.00 |
| Citibank | 9967518820 | | | | | | 03/26/2007 | $5,000.00 |
| Citibank | 9967518820 | | | | | | 03/26/2007 | $6,000.00 |
| Citibank | 9967518820 | | | | | | 03/26/2007 | $44,569.82 |
| Citibank | 9967518820 | | | | | | 03/26/2007 | $44,979.82 |
| Citibank | 9967518820 | | | | | | 03/26/2007 | $48,256.62 |
| Citibank | 9967518820 | | | | | | 03/26/2007 | $106,411.91 |
| Citibank | 9967518820 | | | | | | 03/26/2007 | $180,394.00 |
| Citibank | 9967518820 | | | | | | 03/26/2007 | $705,612.71 |
| Citibank | 9967518820 | | | | | | 04/05/2007 | $11,295.11 |
| Citibank | 9967518820 | | | | | | 04/05/2007 | $11,295.11 |
| Citibank | 9967518820 | | | | | | 04/09/2007 | $3,210,491.43 |
| Citibank | 9967518820 | | | | | | 04/09/2007 | $3,210,491.43 |
| Citibank | 9967518820 | | | | | | 04/10/2007 | $123.10 |
| Citibank | 9967518820 | | | | | | 04/10/2007 | $452,927.34 |
| Citibank | 9967518820 | | | | | | 04/10/2007 | $452,927.34 |
| Citibank | 9967518820 | | | | | | 04/10/2007 | $395,369.90 |
| Citibank | 9967518820 | | | | | | 04/11/2007 | $395,369.90 |
| Citibank | 9967518820 | | | | | | 04/12/2007 | $323,570.61 |
| Citibank | 9967518820 | | | | | | 04/12/2007 | $323,570.61 |
| Citibank | 9967518820 | | | | | | 04/20/2007 | $441,206.00 |
| Citibank | 9967518820 | | | | | | 04/22/2007 | $441,206.00 |
| Citibank | 9967518820 | | | | | | 04/22/2007 | $465,192.45 |
| Citibank | 9967518820 | | | | | | 04/19/2007 | $465,192.45 |
| Citibank | 9967518820 | | | | | | 04/19/2007 | $2,000.00 |
| Citibank | 9967518847 | | | | | | 02/23/2007 | $2,000.00 |
| Citibank | 9967518847 | | | | | | 04/11/2007 | $1,903.87 |
| Citibank | 9967518855 | | | | | | 04/03/2007 | $50.00 |
| Citibank | 9967518855 | | | | | | 04/10/2007 | $723.10 |
| Citibank | 9967518855 | | | | | | 04/12/2007 | $67,318.99 |
| Citibank | 9967518871 | | | | | | 04/18/2007 | $1.87 |

6/28/2007 5:05 PM
00042980

In Re: The 1031 Tax Group, LLC
Case No. 07-11448
Attachment 3b
Payments to creditors

| Name of creditor/bank name | Account# | Address 1/Bank Description | Address 2 | City | State | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|---|---|
| Citibank | 9967519827 | | | | | | 04/18/2007 | $52.84 |
| Citibank | 9967519851 | | | | | | 02/13/2007 | $62,500.00 |
| Citibank | 9967519851 | | | | | | 02/14/2007 | $537.50 |
| Citibank | 9967519851 | | | | | | 02/14/2007 | $13,261.71 |
| Citibank | 9967519851 | | | | | | 02/16/2007 | $89,381.53 |
| Citibank | 9967519851 | | | | | | 02/16/2007 | $2,000.00 |
| Citibank | 9967519851 | | | | | | 02/20/2007 | $3,700.00 |
| Citibank | 9967519851 | | | | | | 02/20/2007 | $237,200.00 |
| Citibank | 9967519851 | | | | | | 02/20/2007 | $281,642.04 |
| Citibank | 9967519851 | | | | | | 02/21/2007 | $7,850.00 |
| Citibank | 9967519851 | | | | | | 02/21/2007 | $10,000.00 |
| Citibank | 9967519851 | | | | | | 02/21/2007 | $500,000.00 |
| Citibank | 9967519851 | | | | | | 02/23/2007 | $27,000.00 |
| Citibank | 9967519851 | | | | | | 02/28/2007 | $6,833.00 |
| Citibank | 9967519851 | | | | | | 03/01/2007 | $390,000.00 |
| Citibank | 9967519851 | | | | | | 03/02/2007 | $40,000.00 |
| Citibank | 9967519851 | | | | | | 03/02/2007 | $102,500.00 |
| Citibank | 9967519851 | | | | | | 03/02/2007 | $103,728.47 |
| Citibank | 9967519851 | | | | | | 03/02/2007 | $124,110.68 |
| Citibank | 9967519851 | | | | | | 03/02/2007 | $290,000.00 |
| Citibank | 9967519851 | | | | | | 03/02/2007 | $304,500.00 |
| Citibank | 9967519851 | | | | | | 03/06/2007 | $3,218.91 |
| Citibank | 9967519851 | | | | | | 03/06/2007 | $10,000.00 |
| Citibank | 9967519851 | | | | | | 03/07/2007 | $500.00 |
| Citibank | 9967519851 | | | | | | 03/15/2007 | $3,762,751.00 |
| Citibank | 9967519851 | | | | | | 03/20/2007 | $200.00 |
| Citibank | 9967519851 | | | | | | 03/20/2007 | $1,000.00 |
| Citibank | 9967519851 | | | | | | 03/20/2007 | $1,500.00 |
| Citibank | 9967519851 | | | | | | 03/20/2007 | $1,500.00 |
| Citibank | 9967519851 | | | | | | 03/20/2007 | $1,548.63 |
| Citibank | 9967519851 | | | | | | 03/20/2007 | $1,950.71 |
| Citibank | 9967519851 | | | | | | 03/20/2007 | $3,097.26 |
| Citibank | 9967519851 | | | | | | 03/20/2007 | $3,901.42 |
| Citibank | 9967519851 | | | | | | 03/20/2007 | $95,162.69 |
| Citibank | 9967519851 | | | | | | 03/20/2007 | $1,245,888.00 |
| Citibank | 9967519851 | | | | | | 03/20/2007 | $86,571.87 |
| Citibank | 9967519851 | | | | | | 03/20/2007 | $2,447,652.78 |
| Citibank | 9967519851 | | | | | | 03/23/2007 | $2,719,073.23 |
| Citibank | 9967519851 | | | | | | 03/23/2007 | $15,000.00 |
| Citibank | 9967519851 | | | | | | 03/23/2007 | $23,828.00 |
| Citibank | 9967519851 | | | | | | 04/11/2007 | $1,444.82 |
| Citibank | 9967519851 | | | | | | 04/11/2007 | $1,444.82 |
| Citibank | 9967547656 | | | | | | 04/11/2007 | $95.00 |
| Citibank | 9967547658 | | | | | | 04/11/2007 | $7.60 |
| Citibank | 9967547664 | | | | | | 04/18/2007 | $22.85 |
| Citibank | 9967547680 | | | | | | 03/28/2007 | $1,536,956.48 |
| Citibank | 9967547701 | | | | | | 02/21/2007 | $60,000.00 |
| Citibank | 9967547744 | | | | | | 04/05/2007 | $3,461.81 |

In Re: The 1031 Tax Group, LLC
Case No. 07-11448
Attachment 3b
Payments to creditors

| Name of creditor/bank name | Account # | Address 1/Bank Description | Address 2 | City | State | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|---|---|
| Citibank | 9967547760 | | | | | | 04/11/2007 | $1,414.20 |
| Citibank | 9967547779 | | | | | | 04/18/2007 | $1.54 |
| Citibank | 9967547796 | | | | | | 04/18/2007 | $1.22 |
| Citibank | 9967567489 | | | | | | 03/26/2007 | $5,429,746.62 |
| Citibank | 9967567489 | | | | | | 03/27/2007 | $4,723,880.93 |
| Citibank | 9967567489 | | | | | | 04/18/2007 | $15,412.20 |
| Citibank | 9967567442 | | | | | | 04/18/2007 | $47,938,472.24 |
| Citibank | 9967567489 | | | | | | 03/23/2007 | $15,412.20 |
| Citibank | 99670148138 | | | | | | 03/14/2007 | $0.01 |
| Citibank | 99670148146 | | | | | | 03/14/2007 | $0.01 |
| Citibank | 99670148154 | | | | | | 03/23/2007 | $47,919,384.97 |
| Citibank | 99670148154 | | | | | | 03/27/2007 | $722,000.00 |
| Citibank | 99670148154 | | | | | | 03/27/2007 | $466,550.00 |
| Citibank | 99670148154 | | | | | | 03/27/2007 | $433,738.53 |
| Citibank | 99670148154 | | | | | | 03/27/2007 | $249,945.00 |
| Citibank | 99670148154 | | | | | | 03/27/2007 | $208,978.49 |
| Citibank | 99670148154 | | | | | | 03/27/2007 | $141,988.58 |
| Citibank | 99670148154 | | | | | | 03/27/2007 | $101,996.91 |
| Citibank | 99670148154 | | | | | | 03/27/2007 | $977,907.65 |
| Citibank | 99670148154 | | | | | | 03/27/2007 | $25,000.00 |
| Citibank | 99670148154 | | | | | | 03/27/2007 | $83,887.65 |
| Citibank | 99670148154 | | | | | | 03/27/2007 | $100.00 |
| Citibank | 99670148154 | | | | | | 03/28/2007 | $1,000.00 |
| Citibank | 99670148154 | | | | | | 03/27/2007 | $3,447,897.14 |
| Citibank | 99670148154 | | | | | | 03/28/2007 | $3,000.00 |
| Citibank | 99670148154 | | | | | | 03/28/2007 | $11,145.45 |
| Citibank | 99670148154 | | | | | | 03/28/2007 | $20,000.00 |
| Citibank | 99670148154 | | | | | | 03/28/2007 | $30,471.21 |
| Citibank | 99670148154 | | | | | | 03/28/2007 | $46,500.00 |
| Citibank | 99670148154 | | | | | | 03/28/2007 | $91,984.06 |
| Citibank | 99670148154 | | | | | | 03/28/2007 | $100,000.00 |
| Citibank | 99670148154 | | | | | | 03/28/2007 | $177,758.40 |
| Citibank | 99670148154 | | | | | | 03/28/2007 | $181,733.53 |
| Citibank | 99670148154 | | | | | | 03/28/2007 | $210,000.00 |
| Citibank | 99670148154 | | | | | | 03/28/2007 | $356,013.97 |
| Citibank | 99670148154 | | | | | | 03/28/2007 | $484,100.00 |
| Citibank | 99670148154 | | | | | | 03/28/2007 | $1,242,650.00 |
| Citibank | 99670148154 | | | | | | 03/29/2007 | $2,317.68 |
| Citibank | 99670148154 | | | | | | 03/29/2007 | $3,422.25 |
| Citibank | 99670148154 | | | | | | 03/29/2007 | $3,422.25 |
| Citibank | 99670148154 | | | | | | 03/29/2007 | $59,885.84 |
| Citibank | 99670148154 | | | | | | 03/29/2007 | $64,137.22 |
| Citibank | 99670148154 | | | | | | 03/29/2007 | $105,817.62 |
| Citibank | 99670148154 | | | | | | 03/29/2007 | $110,098.30 |
| Citibank | 99670148154 | | | | | | 03/29/2007 | $140,738.85 |
| Citibank | 99670148154 | | | | | | 03/29/2007 | $272,378.16 |
| Citibank | 99670148154 | | | | | | 03/29/2007 | $385,180.93 |
| Citibank | 99670148154 | | | | | | 03/29/2007 | $400,154.77 |
| Citibank | 99670148154 | | | | | | 03/29/2007 | $474,081.20 |
| Citibank | 99670148154 | | | | | | 03/29/2007 | $504,813.57 |

In Re: The 1031 Tax Group, LLC
Case No. 07-11448
Attachment 3b
Payments to creditors

| Name of creditor/bank name | Account # | Address 1/Bank Description | Address 2 | City | State | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|---|---|
| Citibank | 997014B154 | | | | | | 03/29/2007 | $500,023.59 |
| Citibank | 997014B154 | | | | | | 03/29/2007 | $7,500,000.00 |
| Citibank | 997014B154 | | | | | | 03/30/2007 | $24,711.75 |
| Citibank | 997014B154 | | | | | | 03/30/2007 | $54,060.20 |
| Citibank | 997014B154 | | | | | | 03/30/2007 | $128,455.74 |
| Citibank | 997014B154 | | | | | | 03/30/2007 | $128,464.55 |
| Citibank | 997014B154 | | | | | | 03/30/2007 | $381,165.86 |
| Citibank | 997014B154 | | | | | | 03/30/2007 | $1,434,083.00 |
| Citibank | 997014B154 | | | | | | 03/30/2007 | $2,001,095.00 |
| Citibank | 997014B154 | | | | | | 03/30/2007 | $4,485,271.60 |
| Citibank | 997014B154 | | | | | | 03/30/2007 | $10,000.00 |
| Citibank | 997014B154 | | | | | | 04/02/2007 | $14,329.46 |
| Citibank | 997014B154 | | | | | | 04/02/2007 | $20,051.14 |
| Citibank | 997014B154 | | | | | | 04/02/2007 | $46,000.00 |
| Citibank | 997014B154 | | | | | | 04/02/2007 | $64,573.97 |
| Citibank | 997014B154 | | | | | | 04/02/2007 | $83,168.20 |
| Citibank | 997014B154 | | | | | | 04/02/2007 | $120,960.96 |
| Citibank | 997014B154 | | | | | | 04/02/2007 | $141,084.76 |
| Citibank | 997014B154 | | | | | | 04/02/2007 | $186,663.73 |
| Citibank | 997014B154 | | | | | | 04/02/2007 | $621,325.00 |
| Citibank | 997014B154 | | | | | | 04/02/2007 | $750,870.87 |
| Citibank | 997014B154 | | | | | | 04/03/2007 | $1,000.00 |
| Citibank | 997014B154 | | | | | | 04/03/2007 | $2,537.10 |
| Citibank | 997014B154 | | | | | | 04/03/2007 | $8,020.57 |
| Citibank | 997014B154 | | | | | | 04/03/2007 | $12,337.49 |
| Citibank | 997014B154 | | | | | | 04/03/2007 | $24,815.89 |
| Citibank | 997014B154 | | | | | | 04/03/2007 | $103,161.73 |
| Citibank | 997014B154 | | | | | | 04/03/2007 | $1,318,874.74 |
| Citibank | 997014B154 | | | | | | 04/03/2007 | $63,132.38 |
| Citibank | 997014B154 | | | | | | 04/04/2007 | $1,463,764.55 |
| Citibank | 997014B154 | | | | | | 04/04/2007 | $148,292.64 |
| Citibank | 997014B154 | | | | | | 04/04/2007 | $165,000.00 |
| Citibank | 997014B154 | | | | | | 04/04/2007 | $244,286.21 |
| Citibank | 997014B154 | | | | | | 04/04/2007 | $319,184.86 |
| Citibank | 997014B154 | | | | | | 04/04/2007 | $2,633,600.60 |
| Citibank | 997014B154 | | | | | | 04/05/2007 | $500.00 |
| Citibank | 997014B154 | | | | | | 04/05/2007 | $3,000.00 |
| Citibank | 997014B154 | | | | | | 04/05/2007 | $242,150.53 |
| Citibank | 997014B154 | | | | | | 04/05/2007 | $299,999.75 |
| Citibank | 997014B154 | | | | | | 04/05/2007 | $1,352,797.29 |
| Citibank | 997014B154 | | | | | | 04/09/2007 | $10,586.33 |
| Citibank | 997014B154 | | | | | | 04/09/2007 | $25,000.00 |
| Citibank | 997014B154 | | | | | | 04/09/2007 | $138,098.04 |
| Citibank | 997014B154 | | | | | | 04/09/2007 | $184,857.36 |
| Citibank | 997014B154 | | | | | | 04/10/2007 | $220,164.92 |
| Citibank | 997014B154 | | | | | | 04/10/2007 | $20,338.58 |
| Citibank | 997014B154 | | | | | | 04/10/2007 | $21,121.47 |
| Citibank | 997014B154 | | | | | | 04/10/2007 | $279,626.48 |

In Re: The 1031 Tax Group, LLC
Case No. 07-11448
Attachment 3b
Payments to creditors

| Name of creditor/bank name | Account# | Address 1/Bank Description | Address 2 | City | State | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|---|---|
| Citibank | 99701481S4 | | | | | | 04/10/2007 | $370,183.29 |
| Citibank | 99701481S4 | | | | | | 04/10/2007 | $405,716.87 |
| Citibank | 99701481S4 | | | | | | 04/10/2007 | $438,900.00 |
| Citibank | 99701481S4 | | | | | | 04/10/2007 | $448,658.44 |
| Citibank | 99701481S4 | | | | | | 04/10/2007 | $1,110,906.06 |
| Citibank | 99701481S4 | | | | | | 04/10/2007 | $2,287,095.64 |
| Citibank | 99701481S4 | | | | | | 04/11/2007 | $1,040.00 |
| Citibank | 99701481S4 | | | | | | 04/11/2007 | $52,900.60 |
| Citibank | 99701481S4 | | | | | | 04/11/2007 | $54,834.06 |
| Citibank | 99701481S4 | | | | | | 04/11/2007 | $231,143.50 |
| Citibank | 99701481S4 | | | | | | 04/11/2007 | $381,240.78 |
| Citibank | 99701481S4 | | | | | | 04/12/2007 | $331,143.50 |
| Citibank | 99701481S4 | | | | | | 04/12/2007 | $459,397.79 |
| Citibank | 99701481S4 | | | | | | 04/12/2007 | $459,397.79 |
| Citibank | 99701481S4 | | | | | | 04/22/2007 | $778,083.88 |
| Citibank | 99701481S4 | | | | | | 04/18/2007 | $778,083.88 |
| Citibank | 99701481S4 | | | | | | 04/19/2007 | $466,250.01 |
| Citibank | 99701481S4 | | | | | | 04/13/2007 | $466,250.01 |
| Citibank | 99701481S4 | | | | | | 04/13/2007 | $249,273.98 |
| Citibank | 99701481S4 | | | | | | 04/13/2007 | $249,273.98 |
| Cleartel | 99701481S2 | | | | | | 04/20/2007 | $465,250.01 |
| Citizens Bank | 13047607763 | Check No. 1110 | | | | | 05/07/2007 | $108.54 |
| Clearwater Regional Chamber of Commerce | | 1130 Cleveland Street | | Clearwater | FL | 33755 | 02/20/2007 | $100.00 |
| Clifford M. Cohen | | 5535 Wisconsin Ave., NW | Suite 440 | Washington | DC | 20015 | 03/20/2007 | $755.26 |
| DMRS | | P. O. Box 7247-0217 | | Philadelphia | PA | 19170-0217 | 02/21/2007 | $400.00 |
| Coastal Engineering Co., Inc. | | 8490 East Crescent Pkwy. #250 | | Greenwood Village | CO | 80111 | 03/21/2007 | $2,000.00 |
| Coldwell Banker | | Millennium Garfield, LLC | | Wheat Ridge | CO | 80033 | 04/26/2007 | $500.00 |
| Colorado Capital Bank | 85000419 | Stovall, John10s-0616044 | | Denver | CO | 80231 | 04/26/2007 | $1,040,699.76 |
| Colorado Capital Bank | 85000419 | Investment Exchange Group | | Denver | CO | 80246 | 03/20/2007 | $191,971.50 |
| Colorado Capital Bank | 85000419 | Investment Exchange Group | | Denver | CO | 80246 | 02/21/2007 | $250.00 |
| Colorado Capital Bank | 85000419 | Investment Exchange Group | | Denver | CO | 80246 | 02/23/2007 | $250.00 |
| Colorado Capital Bank | 85000419 | Investment Exchange Group | | Denver | CO | 80246 | 02/27/2007 | $250.00 |
| Colorado Capital Bank | 85000419 | Investment Exchange Group | | Denver | CO | 80246 | 02/28/2007 | $500.00 |
| Colorado Capital Bank | 85000419 | Investment Exchange Group | | Denver | CO | 80246 | 03/02/2007 | $2,502.58 |
| Colorado Capital Bank | 85000419 | Investment Exchange Group | | Denver | CO | 80246 | 03/14/2007 | $500.00 |
| Colorado Capital Bank | 85000419 | Investment Exchange Group | | Denver | CO | 80246 | 03/15/2007 | $250.00 |
| Colorado Capital Bank | 85000419 | Investment Exchange Group | | Denver | CO | 80246 | 04/27/2007 | $250.00 |
| Colorado Capital Bank | 85000419 | Investment Exchange Group | | Denver | CO | 80246 | 04/02/2007 | $1,860.00 |
| Colorado Capital Bank | 85000419 | Investment Exchange Group | | Denver | CO | 80246 | 04/03/2007 | $750.00 |
| Colorado Capital Bank | 85000419 | Investment Exchange Group | | Denver | CO | 80246 | 04/04/2007 | $20.00 |
| Colorado Capital Bank | 85000419 | Investment Exchange Group | | Denver | CO | 80246 | 04/04/2007 | $20.00 |

In Re: The 1031 Tax Group, LLC
Case No. 07-11448
Attachment 3b
Payments to creditors

| Name of creditor/bank name | Account# | Address 1/Bank Description | Address 2 | City | State | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|---|---|
| Colorado Capital Bank | 85000419 | Investment Exchange Group | | Denver | CO | 80246 | 04/04/2007 | $20.00 |
| Colorado Capital Bank | 85000419 | Investment Exchange Group | | Denver | CO | 80246 | 04/04/2007 | $20.00 |
| Colorado Capital Bank | 85000419 | Investment Exchange Group | | Denver | CO | 80246 | 04/04/2007 | $20.00 |
| Colorado Capital Bank | 85000419 | Investment Exchange Group | | Denver | CO | 80246 | 04/19/2007 | $400.00 |
| Colorado Capital Bank | 85000419 | Investment Exchange Group | | Denver | CO | 80246 | 04/19/2007 | $650.00 |
| Colorado Capital Bank | 85000419 | Investment Exchange Group | | Denver | CO | 80246 | 04/24/2007 | $750.00 |
| Colorado Capital Bank | 85000419 | Kompolt, Arthur-108-r061 10343 | | Ft. Collins | CO | 80528 | 03/15/2007 | $4,696.13 |
| Colorado Capital Bank | 85000419 | Butler Investment, LLC | | Carlson | KY | | 03/07/2007 | $1,174,889.95 |
| Colorado Capital Bank | 85000419 | Butler Investment, LLC | | Carlson | KY | | 03/07/2007 | $1,174,889.96 |
| Colorado Capital Bank | 85000419 | Butler Investment, LLC | | Carlson | KY | | 03/07/2007 | $1,174,889.95 |
| Colorado Capital Bank | 85000419 | Butler Investment, LLC | | Carlson | KY | | 04/10/2007 | $2,000,000.00 |
| Colorado Capital Bank | 85000419 | Butler Investment, LLC | | Carlson | KY | | 04/13/2007 | $38,704.23 |
| Colorado Capital Bank | 85000790 | 1031 Tax Group | | Denver | | | 04/16/2007 | $38,704.24 |
| Colorado Capital Bank | 85000790 | 1031 Tax Group | | Denver | | | 04/18/2007 | $38,704.25 |
| Colorado Capital Bank | 85000790 | 1031 Tax Group | | Denver | | | 04/17/2007 | $1,000,000.00 |
| Colorado Capital Bank | 85000790 | 1031 Tax Group | | Denver | | | 03/08/2007 | $741,555.74 |
| Colorado Capital Bank | 85000790 | 1031 Tax Group | | Denver | | | 04/26/2007 | $4,671.92 |
| Colorado Capital Bank | 85000419 | 1031 Tax Group, LLC | | Denver | | | 04/19/2007 | $8,414.90 |
| Colorado Capital Bank | 85000419 | 15 Trust Investment, LLC | | | | | 04/08/2007 | $250.00 |
| Colorado Capital Bank | 85000419 | 15 Trust Investment, LLC | | | | | 03/02/2007 | $2,000,000.00 |
| Colorado Capital Bank | 85000419 | 15 Trust Investment, LLC | | | | | 02/23/2007 | $5,826.88 |
| Colorado Capital Bank | 85000419 | 15 Trust Investment, LLC | | | | | 02/26/2007 | $73,317.87 |
| Colorado Capital Bank | 85000419 | 15 Trust Investment, LLC | | | | | 02/16/2007 | $503,172.59 |
| Colorado Capital Bank | 85000790 | AD Abstract Corporation | | | | | 02/23/2007 | $178,526.10 |
| Colorado Capital Bank | 85000790 | Alamo Title Comp | | | | | 04/25/2007 | $558,012.25 |
| Colorado Capital Bank | 85000794 | Axis Title & Escrow | | | | | 03/20/2007 | $3,500,000.00 |
| Colorado Capital Bank | 85000790 | Northern Nevada Title Company | | | | | 03/27/2007 | $3,500,000.00 |
| Colorado Capital Bank | 85000419 | Butler Investment, LLC | | | | | 02/14/2007 | $6,414.90 |
| Colorado Capital Bank | 85000556 | Check No. 1001 | | | | | 04/06/2007 | $250.00 |
| Colorado Capital Bank | 85000560 | Check No. 3001 | | | | | 02/14/2007 | $5,500.00 |
| Colorado Capital Bank | 85000584 | Check No. 3001 | | | | | 02/14/2007 | $4,500.00 |
| Colorado Capital Bank | 85000567 | Check No. 3001 | | | | | 02/18/2007 | $500.00 |
| Colorado Capital Bank | 85000571 | Check No. 3001 | | | | | 02/23/2007 | $3,500.00 |
| Colorado Capital Bank | 85000571 | Check No. 3001 | | | | | 02/23/2007 | $3,000.00 |
| Colorado Capital Bank | 85000675 | Check No. 3002 | | | | | 02/23/2007 | $2,700.00 |
| Colorado Capital Bank | 85000567 | Check No. 3002 | | | | | 02/27/2007 | $250.00 |
| Colorado Capital Bank | 85000675 | Check No. 3002 | | | | | 04/08/2007 | $500.00 |
| Colorado Capital Bank | 85000575 | Check No. 3002 | | | | | 03/02/2007 | $300.00 |
| Colorado Capital Bank | 85000575 | Check No. 3003 | | | | | 02/23/2007 | $600.00 |
| Colorado Capital Bank | 85000567 | Check No. 3003 | | | | | 04/11/2007 | $250.00 |
| Colorado Capital Bank | 85000419 | Check No. 3004 | | | | | 03/01/2007 | $150.00 |
| Colorado Capital Bank | 85000419 | Check No. 3004 | | | | | 03/01/2007 | $250,650.76 |
| Colorado Capital Bank | 85000790 | Colorado Capital Bank | | | CO | | 03/14/2007 | $55,490.97 |
| Colorado Capital Bank | 85000790 | Commerce Land Ti | | | | | 04/13/2007 | $37,935.06 |
| Colorado Capital Bank | 85000790 | Coryell County L | | | | | 04/26/2007 | $74,666.29 |
| Colorado Capital Bank | 85000419 | Fidelity Nationa | | | | | 04/23/2007 | $37,728.40 |
| Colorado Capital Bank | 85000419 | Fidelity National Title Escrow | | | | | 02/27/2007 | $497,728.40 |
| Colorado Capital Bank | 85000419 | Fidelity National Heritage Title Co. | | | CO | | 04/19/2007 | $20,000.00 |
| Colorado Capital Bank | 85000419 | First American Title Insurance Company | | | | | 04/28/2007 | $136,328.29 |

In Re: The 1031 Tax Group, LLC
Case No. 07-11448
Attachment 3b
Payments to creditors

| Name of creditor/bank name | Account# | Address 1/Bank Description | Address 2 | City | State | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|---|---|
| Colorado Capital Bank | 85000575 | Fred & Dianne GR | | | | | 04/08/2007 | $287,531.87 |
| Colorado Capital Bank | 85001076 | Inet Xfer 04-04 | | | | | 04/04/2007 | $20.00 |
| Colorado Capital Bank | 85001076 | Inet Xfer 04-04 | | | | | 03/23/2007 | $750.00 |
| Colorado Capital Bank | 85000790 | Inet Xfer 3-23 | | | | | 03/23/2007 | $20.00 |
| Colorado Capital Bank | 85001073 | Inet Xfer 4-04 | | | | | 04/04/2007 | $20.00 |
| Colorado Capital Bank | 85001080 | Inet Xfer 4-04 | | | | | 04/04/2007 | $20.00 |
| Colorado Capital Bank | 85001087 | Inet Xfer 4-04 | | | | | 04/04/2007 | $20.00 |
| Colorado Capital Bank | 85001081 | Inet Xfer 4-04 | | | | | 04/04/2007 | $20.00 |
| Colorado Capital Bank | 85001095 | Inet Xfer 4-04 | | | | | 04/12/2007 | $500.00 |
| Colorado Capital Bank | 85000794 | Inet Xfer 4-12 | | | | | 04/12/2007 | $750.00 |
| Colorado Capital Bank | 85000790 | Inet Xfer 4-13 | | | | | 04/13/2007 | $359,074.87 |
| Colorado Capital Bank | 85001091 | Inet Xfer 4-13 | | | | | 04/16/2007 | $1,135,647.98 |
| Colorado Capital Bank | 85000790 | Inet Xfer 4-16 | | | | | 04/17/2007 | $4,000.00 |
| Colorado Capital Bank | 85001095 | Inet Xfer 4-17 | | | | | 04/17/2007 | $750.00 |
| Colorado Capital Bank | 85001095 | Inet Xfer 4-19 | | | | | 04/19/2007 | $1,000.00 |
| Colorado Capital Bank | 85000790 | Inet Xfer 4-24 | | | | | 04/24/2007 | $74,706.99 |
| Colorado Capital Bank | 85000419 | Kelly J. Mosher, IOLA Trust Account | | | | | 04/19/2007 | $895.00 |
| Colorado Capital Bank | 85000790 | Land Title Guarantee Company | | | | | 04/17/2007 | $600,000.00 |
| Colorado Capital Bank | 85000419 | Land Title Guara | | | | | 04/17/2007 | $276,953.75 |
| Colorado Capital Bank | 85000419 | Mainstream Partners VI, LLC | | | | | 04/12/2007 | $1,950,460.00 |
| Colorado Capital Bank | 85000790 | Misty Lake Inves | | | | | 04/13/2007 | $29,170.36 |
| Colorado Capital Bank | 85000790 | Misty Lake Inves | | | | | 04/19/2007 | $4,671.42 |
| Colorado Capital Bank | 85000419 | Montadale Investment, LLC | 10-061579BR Carlson | | | | 02/14/2007 | $5,596.87 |
| Colorado Capital Bank | 85000419 | Montadale Investment, LLC | 10-061579BR Carlson | | | | 02/14/2007 | $5,596.87 |
| Colorado Capital Bank | 85000419 | Montadale Investment, LLC | 10-061579BR Carlson | | | | 03/05/2007 | $5,000.00 |
| Colorado Capital Bank | 85000419 | Montadale Investment, LLC | 10-061579BR Carlson | | | | 03/05/2007 | $5,000.00 |
| Colorado Capital Bank | 85000419 | Montadale Investment, LLC | 10-061579BR Carlson | | | | 03/05/2007 | $5,000.00 |
| Colorado Capital Bank | 85000419 | Montadale Investment, LLC | 10-061579BR Carlson | | | | 03/07/2007 | $5,000.00 |
| Colorado Capital Bank | 85000419 | Montadale Investment, LLC | 10-061579BR Carlson | | | | 03/07/2007 | $8,895.40 |
| Colorado Capital Bank | 85000419 | Montadale Investment, LLC | 10-061579BR Carlson | | | | 03/07/2007 | $8,895.40 |
| Colorado Capital Bank | 85000419 | Montadale Investment, LLC | 10-061579BR Carlson | | | | 03/07/2007 | $8,895.40 |
| Colorado Capital Bank | 85000419 | Montadale Investment, LLC | 10-061579BR Carlson | | | | 03/20/2007 | $1,660.66 |
| Colorado Capital Bank | 85000419 | Montadale Investment, LLC | 10-061579BR Carlson | | | | 03/20/2007 | $1,660.66 |
| Colorado Capital Bank | 85000419 | Montadale Investment, LLC | 10-061579BR Carlson | | | | 03/20/2007 | $1,660.66 |
| Colorado Capital Bank | 85000419 | Montadale Investment, LLC | 10-061579BR Carlson | | | | 03/28/2007 | $1,774.93 |
| Colorado Capital Bank | 85000419 | Montadale Investment, LLC | 10-061579BR Carlson | | | | 03/28/2007 | $1,774.93 |
| Colorado Capital Bank | 85000419 | Montadale Investment, LLC | 10-061579BR Carlson | | | | 03/28/2007 | $1,774.93 |
| Colorado Capital Bank | 85000419 | National Investment, LLC | 10-061579BR Carlson | | | | 02/16/2007 | $8,482.23 |
| Colorado Capital Bank | 85000419 | National Investment, LLC | 10-061579BR Carlson | | | | 02/16/2007 | $8,482.23 |
| Colorado Capital Bank | 85000419 | National Investment, LLC | 10-061579BR Carlson | | | | 02/16/2007 | $8,482.23 |
| Colorado Capital Bank | 85000419 | National Investment, LLC | 10-061579BR Carlson | | | | 02/16/2007 | $8,482.23 |
| Colorado Capital Bank | 85000419 | National Investment, LLC | 10-061579BR Carlson | | | | 02/22/2007 | $14,975.43 |
| Colorado Capital Bank | 85000419 | National Investment, LLC | 10-061579BR Carlson | | | | 02/22/2007 | $14,975.43 |
| Colorado Capital Bank | 85000419 | National Investment, LLC | 10-061579BR Carlson | | | | 02/22/2007 | $14,975.43 |
| Colorado Capital Bank | 85000419 | National Investment, LLC | 10-061579BR Carlson | | | | 02/22/2007 | $14,975.43 |
| Colorado Capital Bank | 85000419 | National Investment, LLC | 10-061579BR Carlson | | | | 03/01/2007 | $16,399.89 |
| Colorado Capital Bank | 85000419 | National Investment, LLC | 10-061579BR Carlson | | | | 03/01/2007 | $16,399.89 |
| Colorado Capital Bank | 85000419 | National Investment, LLC | 10-061579BR Carlson | | | | 03/01/2007 | $16,399.89 |
| Colorado Capital Bank | 85000419 | National Investment, LLC | 10-061579BR Carlson | | | | 03/01/2007 | $16,399.89 |
| Colorado Capital Bank | 85000419 | National Investment, LLC | | | | | 03/20/2007 | $4,249.38 |
| Colorado Capital Bank | 85000419 | National Investment, LLC | | | | | 03/20/2007 | $4,249.38 |
| Colorado Capital Bank | 85000419 | National Investment, LLC | | | | | 03/20/2007 | $4,249.38 |
| Colorado Capital Bank | 85000419 | National Investment, LLC | | | | | 03/27/2007 | $9,806.20 |
| Colorado Capital Bank | 85000419 | National Investment, LLC | | | | | 03/27/2007 | $9,806.20 |
| Colorado Capital Bank | 85000419 | National Investment, LLC | | | | | 03/27/2007 | $9,806.20 |

In Re: The 1031 Tax Group, LLC
Case No. 07-11448
Attachment 3b
Payments to creditors

| Name of creditor/bank name | Account# | Address 1/Bank Description | Address 2 | City | State | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|---|---|
| Colorado Capital Bank | 85000419 | National Investment, LLC | | | | | 03/27/2007 | $9,809.20 |
| Colorado Capital Bank | 85001184 | Nortern Nevada | | | | | 04/25/2007 | $588,012.25 |
| Colorado Capital Bank | 85000790 | Pass Creek Ranch | | | | | 04/26/2007 | $354,688.05 |
| Colorado Capital Bank | 85000790 | Rockport Abstrac | | | | | 04/13/2007 | $176,425.46 |
| Colorado Capital Bank | 85000790 | Security Title Guaranty Co. | | | | | 03/08/2007 | $7,000.00 |
| Colorado Capital Bank | 85000419 | Silver Plume, In | | | | | 04/12/2007 | $552,631.51 |
| Colorado Capital Bank | 85000790 | Southern Escrow and Title | | | | | 04/26/2007 | $298,331.35 |
| Colorado Capital Bank | 85000419 | Still Lake Iness | | | | | 04/26/2007 | $22,246.67 |
| Colorado Capital Bank | 85000790 | The Bank of Rive | | | | | 04/20/2007 | $494,324.93 |
| Colorado Capital Bank | 85000571 | Transfer to 0419 | | | | | 04/18/2007 | $947,928.00 |
| Colorado Capital Bank | 85001087 | Transfer to B5000528 | | | | | 04/17/2007 | $8,575.34 |
| Colorado Capital Bank | 85000790 | Transferred to Account 0112 | | | | | 03/01/2007 | $0.08 |
| Colorado Capital Bank | 85000558 | Transferred to Account 0112 | | | | | 03/01/2007 | $1.15 |
| Colorado Capital Bank | 85000560 | Transferred to Account 0112 | | | | | 03/01/2007 | $0.95 |
| Colorado Capital Bank | 85000560 | Transferred to Account 0112 | | | | | 03/01/2007 | $0.97 |
| Colorado Capital Bank | 85000564 | Transferred to Account 0112 | | | | | 04/02/2007 | $1.77 |
| Colorado Capital Bank | 85000567 | Transferred to Account 0112 | | | | | 03/01/2007 | $1.56 |
| Colorado Capital Bank | 85000571 | Transferred to Account 0112 | | | | | 03/01/2007 | $1.61 |
| Colorado Capital Bank | 85000571 | Transferred to Account 0112 | | | | | 04/02/2007 | $0.95 |
| Colorado Capital Bank | 85000575 | Transferred to Account 0112 | | | | | 03/01/2007 | $0.50 |
| Colorado Capital Bank | 85000575 | Transferred to Account 0112 | | | | | 04/02/2007 | $1.42 |
| Colorado Capital Bank | 85005575 | Transferred to Account 0112 | | | | | 04/17/2007 | $11,970,648.05 |
| Colorado Capital Bank | 85000790 | United Title of | | | | | 03/15/2007 | $25,000.00 |
| Colorado Capital Bank | 85000419 | Vintage Title | | | | | 04/02/2007 | $138,098.04 |
| Colorado Capital Bank | 85000564 | World Savings | | | | | 04/26/2007 | $138,098.04 |
| Colorado Capital Bank | 85000564 | World Savings | | | | | 03/05/2007 | $613,426.78 |
| Colorado Capital Bank | 85000419 | | | | | | 03/15/2007 | $456.00 |
| Commonwealth of Massachusetts | | | | | | | 02/27/2007 | $947.94 |
| Compuchecks.com | | 20D Robert Pitt Drive | | Monsey | NY | 10952 | 02/22/2007 | $5,000.00 |
| Conwall Lumber | | | | | | | 03/07/2007 | $1,000.00 |
| Corkill Legal Supplies | | 46 Taft Ave. | | Islip | NY | 11751 | 03/07/2007 | $60.00 |
| Corporate Drive Business Park | | 335 Ferry Boulevard | | Stratford | CT | 06615 | 03/19/2007 | $900.00 |
| Corporation Services Company | | PO Box 13397 | | Philadelphia | PA | 19101-3397 | 03/19/2007 | $892.05 |
| Corum Cherry Creek, LLC | | Corum Cherry Creek, LLC - PI | 600 S. Cherry St., Ste. 625 | Denver | CO | 80246 | 03/23/2007 | $16,462.00 |
| Corum Cherry Creek, LLC | | Corum Cherry Creek, LLC - PI | 600 S. Cherry St., Ste. 625 | Denver | CO | 80246 | 04/24/2007 | $8,333.06 |
| Countrywide | 423210 | 423806 Hunter - For March Int | | | | | 04/12/2007 | $403.97 |
| Countrywide | 423210 | 423814 Morley - For Mar Int | | | | | 04/01/2007 | $73.84 |
| Countrywide | 423210 | Int Adj 423822 Buono Mar Int | | | | | 04/01/2007 | $148.30 |
| Countrywide | 423210 | Int Adj Oconnor 423830 Mar Int | | | | | 04/01/2007 | $15.85 |
| Countrywide | 423210 | Rev Prev Entry - Wrong Tran Code Used | | | | | | |
| Countrywide | 423210 | Trns to 423210 O'Connor | | | | | 04/01/2007 | $35,725.14 |
| Countrywide | 423210 | Trns to 423806 Hunter | | | | | 04/01/2007 | $1,365,294.58 |
| Countrywide | 423210 | Trns 423814 Morley | | | | | 04/01/2007 | $249,551.56 |
| Countrywide | 423210 | Trns 423822 Buono | | | | | 04/01/2007 | $10,024,005.24 |
| Countrywide | 423210 | Trns to 423825 | | | | | 04/03/2007 | $185,212.22 |
| Countrywide | 423210 | Trns to 423848 - Hathaway | | | | | 04/05/2007 | $79,861.50 |
| Countrywide | 423210 | Wire Out, 1031 Advance | | | | | 04/26/2007 | $5,599,795.99 |
| Countrywide | 423806 | Wire Out, 1031 Advance | | | | | 04/26/2007 | $1,365,601.30 |
| Countrywide | 423822 | Wire Out, 1031 Advance | | | | | 04/26/2007 | $1,002,460.17 |

In Re: The 1031 Tax Group, LLC
Case No. 07-11448
Attachment 3b
Payments to creditors

| Name of creditor/bank name | Account# | Address 1/Bank Description | Address 2 | City | State | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|---|---|
| Countrywide | 423210 | Wire Out: 1031 Tax Group | | | | | 05/04/2007 | $250,000.00 |
| Countrywide | 423210 | Wire Out: 1031 Tax Group | | | | | 05/10/2007 | $16,171.78 |
| Countrywide | 423210 | Wire Out: Chicago Title Company | | | | | 04/17/2007 | $284,781.87 |
| Countrywide | 423210 | Wire Out: Domkonics | | | | | 04/17/2007 | $704,957.90 |
| Countrywide | 423210 | Wire Out: First American Title | | | | | 04/05/2007 | $4,444,523.18 |
| Countrywide | 423210 | Wire Out: Kendall Country Abstra | | | | | 04/17/2007 | $576,409.64 |
| Countrywide | 423210 | Wire Out: Landamerica | | | | | 04/05/2007 | $1,700,000.00 |
| Countrywide | 423210 | Wire Out: Landamerica | | | | | 04/24/2007 | $228,310.35 |
| Countrywide | 423210 | Wire Out: Martin Abstract Compa | | | | | 04/05/2007 | $168,935.75 |
| Countrywide | 423210 | Wire Out: Olympic Peninsula Tit | | | | | 05/01/2007 | $947,908.00 |
| Countrywide | 423210 | Wire Out: Portal Crossing, LLC | | | | | 04/05/2007 | $209.95 |
| Covad Communications | | Dept. 33408 | P. O. Box 39000 | San Francisco | CA | 94139-0001 | 02/20/2007 | $642.69 |
| Craig Sheehan | | 32 court Street | | Plymouth | MA | 02360 | 03/21/2007 | $10,638.25 |
| Curt & Tricia Zant | | | | | | | 04/23/2007 | |
| Cyrull Shanks & Zismor LLP, as agent | | P. O. Box 314 | | San Antonio | TX | 78292-0314 | 03/13/2007 | $173,000.00 |
| Dahill Industries | | 877 Harper Road | | Kerrville | TX | 78028 | 03/07/2007 | $166.51 |
| Dale Crenwelge | | | | | | | 03/15/2007 | $568.10 |
| Dale & Barbara Jo James | | | | | | | 03/16/2007 | $6.02 |
| Dallas W. Tourney, Inc.:10s-0710435 | | 7961 Shafter Pkwy #6 | | Littleton | CO | 80127 | 04/12/2007 | $8,705.74 |
| Dan C. & John H. Tuttle | | 781 Jenn Ann Lane | | Dacula | GA | 30019 | 03/21/2007 | $71,162.71 |
| Dan Mansolillo | | 51 Summit Drive | | Cranston | RI | 02920 | 04/12/2007 | $986.85 |
| Dan Mansolillo | | 51 Summit Drive | | Cranston | RI | 02920 | 04/22/2007 | $1,260.07 |
| Dan Mansolillo | | 51 Summit Drive | | Cranston | RI | 02920 | 04/18/2007 | $357.00 |
| Dan Mansolillo | | 51 Summit Drive | | Cranston | RI | 02820 | 02/28/2007 | $357.00 |
| Dana Larsen | | P.O. Box 1310 | | Hayden | ID | 83835 | 02/28/2007 | $569.50 |
| Dana Larsen | | P.O. Box 1310 | | Hayden | ID | 83835 | 03/26/2007 | $16.45 |
| Danni, Jerry & Cheryl:15s-0710429 | | 2288 Holly Court | | Golden | CO | 80401 | 02/20/2007 | $31.75 |
| David Field | | 10800 Midlothian Turnpike | Suite 300 | Richmond | VA | 23235 | 04/16/2007 | $140.00 |
| David Kuns | | c/o 1031 Advance, Inc. | | San Jose | CA | 95126 | 03/14/2007 | $863.39 |
| Delaware Secretary of State | | 401 Federal Street, Suite 4 | | Dover | DE | 19901 | 04/12/2007 | $140.00 |
| Department of State. | | Division of Corporations | 41 State Street | Albany | NY | 12231-0002 | 03/17/2007 | $22.72 |
| Dex Media West | | 3190 S. Vaughn Way 6 North | | Aurora | CO | 80014 | 03/08/2007 | $110,947.24 |
| DiDonna, Dennis:10s-0610084 | | 1817 Princess Court | | Naples | FL | 34110 | 04/18/2007 | $507.12 |
| DiRezza, Daniel & Katrena:10s-0710426 | | 31299 Road 5 1/2 | | Los Amosas | CO | 81054 | 02/13/2007 | $1,064.28 |
| Donald Zerbe and Janice Zerbe | | | | | | | 02/21/2007 | $17,288.77 |
| Doug Hyatt Ranch Construction | | C/O Athena Beauty Salon | 200 G Street South | Kerrville | TX | 78028 | 03/22/2007 | $7,938.76 |
| Doug Hyatt Ranch Construction | | C/O Athena Beauty Salon | 200 G Street South | Kerrville | TX | 78028 | 04/12/2007 | $16,275.85 |
| Doug Hyatt Ranch Construction | | C/O Athena Beauty Salon | 200 G Street South | Kerrville | TX | 78028 | 02/28/2007 | $63.00 |
| Downtown San Jose Rotary | | | | | | | 04/04/2007 | $587.81 |
| Dullard, Robert:26s-0610112 | | 2835 N. Dwight Road | | Morris | IL | 60450 | 02/26/2007 | $342.55 |
| Dullard, Robert:26s-0610112 | | 2835 N. Dwight Road | | Morris | IL | 60450 | 03/27/2007 | $1,700.00 |
| Dullard, Robert:26s-0610112 | | | | | | | 02/26/2007 | $1,700.00 |
| Durham & Associates | | | | | | | 02/14/2007 | $2,648.41 |
| Durham & Associates | | | | | | | 04/05/2007 | $570.57 |
| Eddings, Phil:10s-0610282 | | 602 Retreat Place - St. Clair SUBD. | | St. Simmons Island | GA | 31522 | 03/07/2007 | $56.03 |
| Ekstrom Family LTD Partnership:10-0615955 | | c/o Vicky Lange, ReMax Alliance | 3000 Youngfield | Lakewood | CO | 80215 | 04/04/2007 | $57.91 |
| Embarq | | P.O. Box 96064 | | Charlotte | NC | 28296-0064 | 04/26/2007 | $55.93 |
| Embarq | | P.O. Box 96064 | | Charlotte | NC | 28296-0064 | | |
| Embarq | | P.O. Box 96064 | | Charlotte | NC | 28296-0064 | | |

In Re: The 1031 Tax Group, LLC
Case No. 07-11448
Attachment 3b
Payments to creditors

| Name of creditor/bank name | Account# | Address 1/Bank Description | Address 2 | City | State | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|---|---|
| Employee - Chad Greenberg | | 12085 Hazy Hills Drive | | Parker | CO | 80138 | 03/07/2007 | $2,211.59 |
| Employee - Chad Greenberg | | 12085 Hazy Hills Drive | | Parker | CO | 80138 | 04/12/2007 | $2,511.32 |
| Employee - Daniel McCabe | | 11227 W. Ford Drive, | | Lakewood | CO | 80228 | 03/07/2007 | $650.00 |
| Employee - Daniel McCabe | | 11227 W. Ford Drive, | | Lakewood | CO | 80226 | 04/26/2007 | $200.00 |
| Employee - Jennifer Simpson | | 4900 S. Ulster St. | #18-202 | Denver | CO | 80237 | 02/21/2007 | $100.00 |
| Employee - Jennifer Simpson | | 4900 S. Ulster St. | #18-202 | Denver | CO | 80237 | 04/20/2007 | $16.96 |
| Employee - Jessica Parker | | 8230 Explorador Calle | | Denver | CO | 80229 | 04/13/2007 | $33.60 |
| Employee - Narissa Sanders | | 8991 W. Cooper Ave. | | Littleton | CO | 80128 | 02/14/2007 | $10.94 |
| Employee - Narissa Sanders | | 8991 W. Cooper Ave. | | Littleton | CO | 80128 | 04/13/2007 | $76.33 |
| Employee - Narissa Sanders | | 8991 W. Cooper Ave. | | Littleton | CO | 80128 | 04/13/2007 | $27.98 |
| Employee - Peter McCann | | 6439 N. Lakewind Cr. | | Parker | CO | 80134 | 03/07/2007 | $208.66 |
| Employee - Peter McCann | | 6439 N. Lakewind Cr. | | Parker | CO | 80134 | 04/13/2007 | $331.84 |
| Employee - Shirley L McCabe | | 11227 W. Ford Drive | | Lakewood | CO | 80226 | 03/07/2007 | $200.00 |
| Enos Realty Group | | 24 Washington Ave. | | Burlington | MA | 01803 | 04/05/2007 | $28,141.75 |
| Erma McCrory | | | | | | | 02/20/2007 | $3,724.67 |
| Eschelon | | Dept. 1966 | | Denver | CO | 80271-1966 | 02/16/2007 | $106.26 |
| Eschelon | | Dept. 1966 | | Denver | CO | 80271-1966 | 02/22/2007 | $481.02 |
| Eschelon | | Dept. 1966 | | Denver | CO | 80271-1966 | 03/08/2007 | $1,750.48 |
| Eschelon | | Dept. 1966 | | Denver | CO | 80271-1966 | 03/16/2007 | $354.75 |
| Eschelon | | Dept. 1966 | | Denver | CO | 80271-1966 | 03/23/2007 | $1,788.63 |
| Eschelon | | Dept. 1966 | | Denver | CO | 80271-1966 | 04/24/2007 | $1,810.97 |
| Escrow Association of Santa Clara County | | | | | | | 03/20/2007 | $60.00 |
| FAA Aircraft Registry | | Mike Monorey Aeronautical Center | P.O. Box 25504 | Oklahoma City | OK | 73125 | 02/16/2007 | $5.00 |
| FDN Communications | | P. O. Box 538852 | | Atlanta | GA | 30353-8852 | 03/08/2007 | $149.90 |
| FDN Communications | | P. O. Box 94515 | | Palatine | IL | 60094-4515 | 03/07/2007 | $715.28 |
| FEA | | 100 N. 20th Street, 4th Floor | | Philadelphia | PA | 19103 | 03/14/2007 | $466.27 |
| FedEx | | PO Box 371461 | | Pittsburgh | PA | 15250 | 03/02/2007 | $334.83 |
| FedEx | | PO Box 371461 | | Pittsburgh | PA | 15250 | 03/09/2007 | $495.00 |
| FedEx | | PO Box 371461 | | Pittsburgh | PA | 15250 | 02/20/2007 | $165.00 |
| FedEx | 1797-5657-9 | PO Box 371461 | | Pittsburgh | PA | 15250-7461 | 02/20/2007 | $592.38 |
| FedEx | 2257-9138-4 | PO Box 371461 | | Pittsburgh | PA | 15250-7461 | 02/26/2007 | $592.50 |
| FedEx | 2257-9138-4 | PO Box 371461 | | Pittsburgh | PA | 15250-7461 | 02/26/2007 | $463.94 |
| FedEx | 2257-9138-4 | PO Box 371461 | | Pittsburgh | PA | 15250-7461 | 03/05/2007 | $276.47 |
| Fedex | 3109-1346-4 | PO Box 371461 | | Pittsburgh | PA | 15250-7461 | 03/13/2007 | $377.85 |
| Fedex | 3109-1346-4 | PO Box 371461 | | Pittsburgh | PA | 15250-7461 | 03/19/2007 | $155.87 |
| FedEx | 3269-1516-5 | PO Box 371461 | | Pittsburgh | PA | 15250-7461 | 05/10/2007 | $47.18 |
| FedEx | 3269-1516-5 | PO Box 371461 | | Pittsburgh | PA | 15250-7461 | 02/20/2007 | $60.98 |
| FedEx | 3269-1516-5 | PO Box 371461 | | Pittsburgh | PA | 15250-7461 | 03/07/2007 | $70.76 |
| FedEx | 3361-9852-8 | PO Box 371461 | | Pittsburgh | PA | 15250-7461 | 03/19/2007 | $24.81 |
| FedEx | 3469-8516-6 | PO Box 371461 | | Pittsburgh | PA | 15250-7461 | 03/19/2007 | $57.66 |
| FedEx | 3469-8516-6 | PO Box 371461 | | Pittsburgh | PA | 15250-7461 | 05/10/2007 | $46.95 |
| FedEx | 3479-7262-2 | PO Box 371461 | | Pittsburgh | PA | 15250-7461 | 03/19/2007 | $165.00 |
| FedEx | 3479-7262-2 | PO Box 371461 | | Pittsburgh | PA | 15250-7461 | 02/20/2007 | $18.40 |
| FedEx | 3479-7262-2 | PO Box 371461 | | Pittsburgh | PA | 15250-7461 | 03/07/2007 | $348.57 |
| FedEx | 3479-7262-2 | PO Box 371461 | | Pittsburgh | PA | 15250-7461 | 03/19/2007 | $13.76 |
| FedEx | 3479-7262-2 | PO Box 371461 | | Pittsburgh | PA | 15250-7461 | 03/23/2007 | $206.59 |
| FedEx | 3479-7262-2 | PO Box 371461 | | Pittsburgh | PA | 15250-7461 | 05/10/2007 | $85.39 |
| FedEx | 3646-7528-3 | PO Box 371461 | | Pittsburgh | PA | 15250-7461 | 05/10/2007 | $15.73 |