UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANITA HUNTER,                                          No. C 07-02795 JW

        Plaintiff(s),
                                                       CLERK'S NOTICE
   v.

EDWARD H. OKUN, ET AL,

        Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Defendant's Motion to Dismiss before Judge James Ware previously noticed for September 24, 2007 at 9:00 AM, has been continued to **October 9, 2007 at 4:00 PM** Courtroom 8, 4th Floor S. 1st Street, San Jose, California, 95113.

Dated:  September 20, 2007

                                  FOR THE COURT,
                                  Richard W. Wieking, Clerk

                                by:  _____/s/_____
                                       Elizabeth Garcia
                                       Courtroom Deputy

**United States District Court**
For the Northern District of California