1  LAW OFFICES OF BRANDON A. BLOCK
Brandon A. Block (State Bar No. 215888)
2  6535 Wilshire Boulevard
Suite 203
3  Los Angeles, California 90048
Telephone: 310.562.7749
4  Facsimile: 310.496.1420

5  Attorneys Appearing Specially for Defendants
EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT
6  PROPERTIES OF AMERICA, LLC, and RICHARD B. SIMRING

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

10

11  ANITA HUNTER,                           )
                                            )  CASE NO. C07 02795 JW
              Plaintiff,                    )
12                                          )  **SPECIALLY-APPEARING
                                            )  DEFENDANTS' REQUEST FOR
13       vs.                                )  CONTINUANCE OF HEARING ON
                                            )  THEIR MOTION TO DISMISS AND
14  EDWARD H. OKUN, OKUN HOLDINGS,          )  CASE MANAGEMENT
    INC., INVESTMENT PROPERTIES OF          )  CONFERENCE**
15  AMERICA, LCC, RICHARD B. SIMRING,       )
    and DOES 1 through DOES 50, inclusive,  )
16                                          )  Date:       October 9, 2007
              Defendants.                   )  Time:       9:00 a.m.
17                                          )  Courtroom:  8, 4th Floor
                                            )  Judge:      Hon. James Ware
18                                          )
                                            )  [Declaration of Brandon A. Block filed
19                                          )  concurrently herewith]

20

21

22

23

24

25

26

27

28

---

SPECIALLY-APPEARING DEFENDANTS' REQUEST FOR CONTINUANCE—CASE NO. C07 02795 JW

LAW OFFICES OF BRANDON A. BLOCK
6535 WILSHIRE BOULEVARD, SUITE 203, LOS ANGELES, CALIFORNIA 90048

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

On September 21, 2007, the Clerk of this Court notified the parties that it continued the hearing on specially-appearing defendants' Motion to Dismiss for Lack of Personal Jurisdiction and the Case Management Conference from September 24, 2007 to October 9, 2007. See Docket, No. 28.[1] Specially-appearing defendants respectfully request that the Court further continue the hearing on the Motion to Dismiss and the Case Management Conference to the first available date convenient for the Court after November 12, 2007. Specially-appearing defendants make this request because their lead counsel, Brandon A. Block, has a trial scheduled to commence on October 1, 2007 in Los Angeles County Superior Court, which is estimated to last approximately 25 court days. Block Decl., ¶ 3.[2]

Dated: September 21, 2007

Respectfully submitted,

**LAW OFFICES OF BRANDON A. BLOCK**


By: _____/s/_____
          Brandon A. Block

Attorneys Appearing Specially for Defendants
EDWARD H. OKUN, OKUN HOLDINGS, INC.,
INVESTMENT PROPERTIES OF AMERICA,
LLC, and RICHARD B. SIMRING

---

[1] The Clerk's September 20, 2007 Notice stated that only the hearing on the Motion to Dismiss was continued until October 9, 2007. See Docket No. 28. Counsel for specially-appearing defendants believes that the Court nevertheless has continued both the hearing and the Case Management Conference because the Court's calendar on the Internet as of September 21, 2007 at 3:30 p.m. did not indicate that the Case Management Conference would proceed on September 24, 2007. Declaration of Brandon A. Block ("Block Decl."), ¶ 2.

[2] Mr. Block is informed and believes that Shawn Parr, lead counsel for plaintiff Anita Hunter, also has a trial commencing on October 1, 2007. Block Decl., ¶ 3.

- 1 -