LAW OFFICES OF BRANDON A. BLOCK
Brandon A. Block (State Bar No. 215888)
6535 Wilshire Boulevard
Suite 203
Los Angeles, California 90048
Telephone: 310.562.7749
Facsimile: 310.496.1420

Attorneys Appearing Specially for Defendants
EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, and RICHARD B. SIMRING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, | CASE NO. C07 02795 JW |
| Plaintiff, | |
| vs. | **DECLARATION OF BRANDON A. BLOCK IN SUPPORT OF SPECIALLY-APPEARING DEFENDANTS' REQUEST FOR CONTINUANCE OF HEARING ON THEIR MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |
| EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LCC, RICHARD B. SIMRING, and DOES 1 through DOES 50, inclusive, | |
| Defendants. | Date:   October 9, 2007<br>Time:   9:00 a.m.<br>Courtroom:   8, 4th Floor<br>Judge:   Hon. James Ware |
| | [Request for Continuance filed concurrently herewith] |

## DECLARATION OF BRANDON A. BLOCK

I, Brandon A. Block, declare as follows:

1. I am an attorney licensed to practice law before all the courts of the State of California and the United States District Court for the Northern District of California. I am the principal of Law Offices of Brandon A. Block, A Professional Corporation, counsel of record for specially-appearing defendants Okun Holdings, Inc., Investment Properties of America, LLC, Edward H. Okun and Richard B. Simring (collectively, "Defendants") in the above-captioned matter. I make this Declaration in support of Defendants' Request for Continuance of Hearing on Their Motion to Dismiss and Case Management Conference. The following facts are true of my own personal knowledge. If called upon to do so, I could and would competently testify to the truth thereof.

2. On September 21, 2007 at approximately 3:30 p.m., I accessed the Court's calendar on the Internet and it did not state that the Case Management Conference would proceed on September 24, 2007.

3. I currently am co-counsel in an action pending in the Los Angeles County Superior Court, West District, in which trial is scheduled to commence on October 1, 2007 and last approximately 25 court days. I am informed and believe that Shawn Parr, lead counsel for plaintiff Anita Hunter, also has a trial commencing on October 1, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 21, 2007 at Los Angeles, California.

/s/
Brandon A. Block

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

/s/
Brandon A. Block

- 1 -
DECLARATION OF BRANDON A. BLOCK—CASE NO. C07 02795 JW