IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Anita Hunter, | NO. C 07-02795 JW |
|       Plaintiff,<br>v. | **ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS** |
| Edward H. Okun, et al., | |
|       Defendants. | |

On the Court's own motion, the hearing on Defendants' Motion to Dismiss currently scheduled for October 9, 2007 is continued to **November 13, 2007 at 4 PM.** The Court will set a new case management conference date in its order addressing Defendants' motion. In light of this Order, Defendants' motion to continue the hearing is moot.

Dated:  September 27, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brandon Adam Block brandon@bblocklaw.com
Kathleen Card kathy@parrlawgroup.com
Natalia Litchev natasol@comcast.net
Shawn Robert Parr shawn@parrlawgroup.com
Sujata Trivedi Reuter sujata@parrlawgroup.com

Dated: September 27, 2007          Richard W. Wieking, Clerk

                                    By:  /s/ JW Chambers
                                         Elizabeth Garcia
                                         Courtroom Deputy