LAW OFFICES OF BRANDON A. BLOCK
BRANDON A. BLOCK (SBN 215888)
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 789-2482
Facsimile: (310) 496-1420
Email: brandon@bblocklaw.com

Attorneys Appearing Specially for Defendants
EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, and RICHARD B. SIMRING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER,<br><br>             Plaintiff,<br><br>   vs.<br><br>EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LCC, RICHARD B. SIMRING, and DOES 1 through DOES 50, inclusive,<br><br>             Defendants. | CASE NO. C07 02795 JW<br><br>**NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that as of October 8, 2007, the new address and telephone number for Law Offices of Brandon A. Block, counsel of record for specially-appearing defendants Okun Holdings, Inc., Investment Properties of America, LLC, Edward H. Okun and Richard B. Simring (collectively, "Specially-Appearing Defendants") in the above-entitled action, will be as follows: 1925 Century Park East, Suite 2300, Los Angeles, California 90067, (310) 789-2482. All other contact information for Specially-Appearing Defendants' counsel will remain the same.

Dated: October 4, 2007

**LAW OFFICES OF BRANDON A. BLOCK**

By: ____/s/____
Brandon A. Block

Attorneys Appearing Specially for Defendants
EDWARD H. OKUN, OKUN HOLDINGS, INC.,
INVESTMENT PROPERTIES OF AMERICA,
LLC, and RICHARD B. SIMRING