UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

\*E-FILED\*

## CIVIL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:** 11/13/2007  **Court Reporter:** Summer Clanton
**Case No:** C-07-02795 JW  **Interpreter:** N/A

## TITLE

**Anita Hunter v. Edward Okun et al**

**Attorney(s) for Plaintiff(s):** Shawn Parr
**Attorney(s) for Defendant(s):** Brandon Block

## PROCEEDINGS

**Defendant's Motion to Dismiss for Lack of Jurisdiction**

## ORDER AFTER HEARING

Hearing Held. The Court took this matter under submission after oral argument. The Court to issue further order on motion.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: