LAW OFFICES OF BRANDON A. BLOCK
BRANDON A. BLOCK (SBN 215888)
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 789-2482
Facsimile: (310) 496-1420
Email: brandon@bblocklaw.com

Attorneys Appearing Specially for Defendants
EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, and RICHARD B. SIMRING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, RICHARD B. SIMRING, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO. C07-02795 JW<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR SPECIALLY-APPEARING DEFENDANTS EDWARD H. OKUN, OKUN HOLDINGS, INC. AND INVESTMENT PROPERTIES OF AMERICA, LLC**<br><br>Date:　　　　February 4, 2008<br>Time:　　　　9:00 a.m.<br>Courtroom:　8, 4th Floor<br>Judge:　　　Hon. James Ware<br><br>[Declaration of Brandon A. Block and [Proposed] Order filed concurrently herewith] |

# NOTICE OF MOTION AND MOTION TO DISMISS

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on February 4, 2008, at 9:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 8 of the above-entitled Court located at 280 South 1st Street, San Jose, California 95113, Brandon A. Block, Esq. and Law Offices of Brandon A. Block, A Professional Corporation (together, "Attorneys") will, and hereby do, respectfully move this Court for the entry of an order relieving them as counsel of record for specially-appearing defendants Okun Holdings, Inc., Investment Properties of America, LLC and Edward H. Okun (collectively, "Specially-Appearing Defendants") in this action.

This Motion is made pursuant to Rule 11-5 of the Local Rules for the Northern District of California, Rule 3-700(C) of the California Rules of Professional Conduct and the federal common law on the grounds that Specially-Appearing Defendants have breached an agreement with or obligation to Attorneys as to expenses and fees, and other conduct by Specially-Appearing Defendants has made it unreasonably difficult for Attorneys to effectively carry out their representation.

This Motion is based upon this Notice of Motion and Motion to Dismiss, the attached Memorandum of Points and Authorities, the concurrently-filed Declaration of Brandon A. Block, the pleadings and records on filed herein, such further papers as may be filed in connection with this Motion and on such further evidence and argument as may be presented at the hearing on this Motion.

Dated: November 21, 2007

Respectfully submitted,

**LAW OFFICES OF BRANDON A. BLOCK**

By: _____/s/_____
      Brandon A. Block

Attorneys Appearing Specially for Defendants
EDWARD H. OKUN, OKUN HOLDINGS, INC.,
INVESTMENT PROPERTIES OF AMERICA,
LLC, and RICHARD B. SIMRING

- 1 -
MOTION TO WITHDRAW—CASE NO. 07-CV-02795-JW

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.  INTRODUCTION

Pursuant to Rule 11-5 of the Local Rules for the Northern District of California, Rule 3-700(C) of the California Rules of Professional Conduct and the federal common law, Brandon A. Block, Esq. and Law Offices of Brandon A. Block, A Professional Corporation (together, "Attorneys") file this Motion to withdraw as counsel of record for specially-appearing defendants Okun Holdings, Inc. ("Holdings"), Investment Properties of America, LLC ("IPofA") and Edward H. Okun (collectively, "Specially-Appearing Defendants"). Attorneys make this Motion on the grounds that Specially-Appearing Defendants have breached an agreement with or obligation to Attorneys as to expenses and fees, and other conduct by Specially-Appearing Defendants has made it unreasonably difficult for Attorneys to effectively carry out their representation. Under these circumstances, there are adequate grounds for Attorneys to withdraw as counsel of record for Specially-Appearing Defendants, and Attorneys respectfully request that the Court grant this Motion in its entirety.

## II.  FACTUAL BACKGROUND

### A.  Procedural Status

This action is in its early stages. Specially-Appearing Defendants and specially-appearing defendant Richard B. Simring have filed a Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion to Dismiss"). (Docket No. 11.)[1] On November 13, 2007, the Court held a hearing on the Motion to Dismiss. On November 14, 2007, the Court issued a Minute Entry taking the Motion to Dismiss under submission. (Docket No. 34.) As of the date of the filing of this Motion, the Court has not issued a ruling on the Motion to Dismiss, and given its pendency, there have been no other pre-trial events.

### B.  Attorneys' Grounds for Withdrawal

Specially-Appearing Defendants have breached and remain in breach of an agreement with or obligation to Attorneys as to expenses and fees. (Declaration of Brandon A. Block, ("Block Decl."), ¶ 2.) Additionally, it appears that Specially-Appearing Defendants lack sufficient financial

---

[1] Attorneys will remain counsel of record for Mr. Simring.

- 2 -
MOTION TO WITHDRAW—CASE NO. 07-CV-02795-JW

resources to pay such expenses and fees, and to pay the substantial legal expenses and fees that will be necessary for Attorneys to meaningfully defend them in this putative class action. Thus, continued representation of Specially-Appearing Defendants will present an unreasonable financial burden upon Attorneys, and it is and will be unreasonably difficult for them to effectively carry out their representation of Specially-Appearing Defendants. (Id.)

### C. Attorneys' Efforts to Avoid Prejudice to Specially-Appearing Defendants

Attorneys have taken reasonable steps to avoid foreseeable prejudice to Specially-Appearing Defendants. (Block Decl., ¶ 3.) Among other things, Attorneys (i) have given Specially-Appearing Defendants due notice of Attorneys' intent to file this Motion, (ii) have allowed time for Specially-Appearing Defendants' employment of other counsel, (iii) and have informed Specially-Appearing Defendants of the ramifications of Attorneys' withdrawal and the need to immediately retain successor counsel. (Id.)

### D. Service of the Motion

Concurrently with the filing of this Motion, Attorneys will serve this Motion and its supporting papers on all parties not registered with the Court's e-filing system. (Block Decl., ¶ 4.) Attorneys will serve these papers via overnight mail (signature required) on Specially-Appearing Defendants.[2] Before the hearing on this Motion, Attorneys will file a declaration with the Court further establishing proof of service of such documents. (Id.)

## III. ARGUMENT

Pursuant to Rule 3-700(C) of the California Rules of Professional Conduct, a lawyer may withdraw from representing a client where, among other things, (1) the client breaches an agreement with or obligation to the member as to expenses or fees, or (2) other conduct renders it unreasonably difficult for the lawyer to carry out the employment effectively. Federal common law similarly holds that a client's failure to pay agreed-upon attorney fees is a sufficient basis for an attorney to withdraw. See, e.g., Statue of Liberty–Ellis Island Found., Inc. v. International United

---

[2] Attorneys are informed and believe that no one is available to accept service of the Motion and supporting papers at the business addresses for Specially-Appearing Defendants Holdings and IPofA. (Block Decl., ¶ 5.) Thus, Attorneys will serve these papers on Mr. Okun, the sole owner of Holdings and IPofA, at his residential address. (Id.)

Indust., Inc., 110 F.R.D. 395, 397 (S.D. N.Y. 1986). Given the circumstances outlined above, sufficient good cause exists to permit Attorneys' requested withdrawal as counsel of record for Specially-Appearing Defendants.

## IV.　CONCLUSION

For the foregoing reasons, Attorneys respectfully request that the Court enter an order:

(a)　Granting this Motion;

(b)　Withdrawing Brandon A. Block, Esq. and Law Offices of Brandon A. Block, A Professional Corporation, as counsel of record for Specially-Appearing Defendants;

(c)　Relieving Brandon A. Block, Esq. and Law Offices of Brandon A. Block, A Professional Corporation of any and all further obligations on behalf of Specially-Appearing Defendants in this action;

(d)　Providing Specially-Appearing Defendants with at least 30 days to retain successor counsel before any additional pretrial deadlines are imposed upon them;

(e)　Directing that all future pleadings, motions, discovery, and any and all other communications concerning this matter be sent to Edward Okun, 394 South Hibiscus Drive, Miami Beach, Florida 33139, until such time as successor counsel enters an appearance; and

(f)　Awarding such other and further relief as this Court deems just and proper.

Dated: November 21, 2007

Respectfully submitted,

**LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION**

By: _____/s/_____
　　　Brandon A. Block

Attorneys Appearing Specially for Defendants
EDWARD H. OKUN, OKUN HOLDINGS, INC.,
INVESTMENT PROPERTIES OF AMERICA,
LLC, and RICHARD B. SIMRING