1  LAW OFFICES OF BRANDON A. BLOCK
   BRANDON A. BLOCK (SBN 215888)
2  1925 Century Park East, Suite 2300
   Los Angeles, California 90067
3  Telephone: (310) 789-2482
   Facsimile: (310) 496-1420
4  Email: brandon@bblocklaw.com

5  Attorneys Appearing Specially for Defendants
   EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT
6  PROPERTIES OF AMERICA, LLC, and RICHARD B. SIMRING

7                      UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10 | ANITA HUNTER,                                   | |
11 |                                                 | CASE NO. C07-02795 JW
   |           Plaintiff,                            |
12 |                                                 | **DECLARATION OF BRANDON A. BLOCK**
   |    vs.                                          | **IN SUPPORT OF MOTION TO**
13 |                                                 | **WITHDRAW AS COUNSEL OF RECORD**
   | EDWARD H. OKUN, OKUN HOLDINGS,                  | **FOR SPECIALLY-APPEARING**
14 | INC., INVESTMENT PROPERTIES OF                  | **DEFENDANTS EDWARD H. OKUN, OKUN**
   | AMERICA, LLC, RICHARD B. SIMRING,               | **HOLDINGS, INC. AND INVESTMENT**
15 | and DOES 1 through 50, inclusive,                | **PROPERTIES OF AMERICA, LLC**
16 |           Defendants.                           | Date:      February 4, 2008
   |                                                 | Time:      9:00 a.m.
17 |                                                 | Courtroom: 8, 4th Floor
   |                                                 | Judge:     Hon. James Ware
18 |                                                 |
   |                                                 | [Notice of Motion, Motion and [Proposed] Order
19 |                                                 | filed concurrently herewith]

20

21

22

23

24

25

26

27

28

BLOCK DECLARATION IN SUPPORT OF MOTION TO WITHDRAW—CASE NO. 07-CV-02795-JW

**DECLARATION OF BRANDON A. BLOCK**

I, Brandon A. Block, declare as follows:

1. I am an attorney licensed to practice law before all the courts of the State of California and the United States District Court for the Northern District of California. My firm, Law Offices of Brandon A. Block, A Professional Corporation, and I (together, "Attorneys") are counsel of record for specially-appearing defendants Okun Holdings, Inc. ("Holdings"), Investment Properties of America, LLC ("IPofA") and Edward H. Okun (collectively, "Specially-Appearing Defendants") in the above-captioned matter. I make this Declaration in support of Attorneys' Motion to Withdraw as Counsel of Record for Specially-Appearing Defendants (the "Motion"). The following facts are true of my own personal knowledge. If called upon to do so, I could and would competently testify to the truth thereof.

2. Specially-Appearing Defendants have breached and remain in breach of an agreement with or obligation to Attorneys as to expenses and fees. Additionally, it appears that Specially-Appearing Defendants lack sufficient financial resources to pay such expenses and fees, and to pay the substantial legal expenses and fees that will be necessary for Attorneys to meaningfully defend them in this putative class action. Thus, continued representation of Specially-Appearing Defendants will present an unreasonable financial burden upon Attorneys, and it is and will be unreasonably difficult for them to effectively carry out their representation of Specially-Appearing Defendants.

3. Attorneys have taken reasonable steps to avoid foreseeable prejudice to Specially-Appearing Defendants. Among other things, Attorneys (i) have given Specially-Appearing Defendants due notice of Attorneys' intent to file this Motion, (ii) have allowed time for Specially-Appearing Defendants' employment of other counsel, (iii) and have informed Specially-Appearing Defendants of the ramifications of Attorneys' withdrawal and the need to immediately retain successor counsel.

4. Concurrently with the filing of this Motion, Attorneys will serve this Motion and its supporting papers on all parties not registered with the Court's e-filing system. Attorneys will serve these papers via overnight mail (signature required) on Specially-Appearing Defendants. Before the

- 1 -

1 hearing on this Motion, Attorneys will file a declaration with the Court further establishing proof of
2 service of such documents.

3     5.    Attorneys are informed and believe that no one is available to accept service of the
4 Motion and supporting papers at the business addresses for Specially-Appearing Defendants
5 Holdings and IPofA. Thus, Attorneys will serve these papers on Mr. Okun, the sole owner of
6 Holdings and IPofA, at his residential address.

7     I declare under penalty of perjury under the laws of the United States of America that the
8 foregoing is true and correct.

9     Executed on November 21, 2007 at Los Angeles, California.

        /s/
    Brandon A. Block

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

        /s/
    Brandon A. Block