LAW OFFICES OF BRANDON A. BLOCK
BRANDON A. BLOCK (SBN 215888)
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 789-2482
Facsimile: (310) 496-1420
Email: brandon@bblocklaw.com

Attorneys Appearing Specially for Defendants
EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, and RICHARD B. SIMRING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER,<br><br>           Plaintiff,<br><br>vs.<br><br>EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, RICHARD B. SIMRING, and DOES 1 through 50, inclusive,<br><br>           Defendants. | CASE NO. C07-02795 JW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR SPECIALLY-APPEARING DEFENDANTS EDWARD H. OKUN, OKUN HOLDINGS, INC. AND INVESTMENT PROPERTIES OF AMERICA, LLC**<br><br>Date:         February 4, 2008<br>Time:        9:00 a.m.<br>Courtroom: 8, 4th Floor<br>Judge:       Hon. James Ware<br><br>[Notice of Motion, Motion and Declaration of Brandon A. Block filed concurrently herewith] |

**[PROPOSED] ORDER**

The Motion of Brandon A. Block, Esq. and Law Office of Brandon A. Block, A Professional Corporation (together, "Attorneys") to withdraw as counsel of record for specially-appearing defendants Okun Holdings, Inc., Investment Properties of America, LLC and Edward H. Okun (collectively, "Specially-Appearing Defendants") came on for hearing in the above entitled Court, The Honorable James Ware, presiding. After full consideration of the briefs and arguments presented, and all other matters presented to the Court, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Accordingly, the Court rules as follows:

(a) Brandon A. Block, Esq. and Law Offices of Brandon A. Block, A Professional Corporation are immediately withdrawn as counsel of record for Specially-Appearing Defendants;

(b) Brandon A. Block and Law Offices of Brandon A. Block, A Professional Corporation are relieved of any and all further obligations on behalf of Specially-Appearing Defendants in this action;

(c) Specially-Appearing Defendants have 30 days to retain successor counsel before any additional pretrial deadlines are imposed upon them;

(d) All future pleadings, motions, discovery, and any and all other communications concerning this matter will be sent to Edward Okun, 394 South Hibiscus Drive, Miami Beach, Florida 33139, until such time as successor counsel enters an appearance; and

**IT IS SO ORDERED**.

DATED: _____, 2008

JUDGE OF THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA