1  LAW OFFICES OF BRANDON A. BLOCK
   BRANDON A. BLOCK (SBN 215888)
2  1925 Century Park East, Suite 2300
   Los Angeles, California 90067
3  Telephone: (310) 789-2482
   Facsimile: (310) 496-1420
4  Email: brandon@bblocklaw.com

5  Attorneys Appearing Specially for Defendants
   EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT
6  PROPERTIES OF AMERICA, LLC, and RICHARD B. SIMRING

7                      UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9                             SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, | CASE NO. C07-02795 JW |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, RICHARD B. SIMRING, and DOES 1 through 50, inclusive, | |
| Defendants. | |

| | |
|---|---|
| 1 | STATE OF CALIFORNIA        ) |
|  |                                                     )   Ss |
| 2 | COUNTY OF LOS ANGELES   ) |

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: Law Offices of Brandon A. Block, A Professional Corporation, 1925 Century Park East, Suite 2300, Los Angeles, California 90067.

On November 21, 2007, I served the foregoing document(s) described as:

**(1)  NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR SPECIALLY-APPEARING DEFENDANTS EDWARD H. OKUN, OKUN HOLDINGS, INC. AND INVESTMENT PROPERTIES OF AMERICA, LLC;**

**(2)  DECLARATION OF BRANDON A. BLOCK IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR SPECIALLY-APPEARING DEFENDANTS EDWARD H. OKUN, OKUN HOLDINGS, INC. AND INVESTMENT PROPERTIES OF AMERICA, LLC; and**

**(3)  [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR SPECIALLY-APPEARING DEFENDANTS EDWARD H. OKUN, OKUN HOLDINGS, INC. AND INVESTMENT PROPERTIES OF AMERICA, LLC**

on the following person(s):

> Edward Okun
> 394 South Hibiscus Drive
> Miami Beach, Florida 33139
>
> Richard B. Simring, Esq.
> Jorden Burt LLP
> 777 Brickell Avenue
> Suite 500
> Miami, Florida 33131-2803

☐ **By Personal Service.** I personally delivered the document(s) listed above to the persons at the addresses set forth above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **By US Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses set forth above and:

☐   deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid

☐   placed the envelope for collection and mailing, following our ordinary business

- 1 -
PROOF OF SERVICE—CASE NO. 07-CV-02795-JW

1   practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **By Facsimile.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers set forth above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☒ **By Overnight Delivery (Signature Required).** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses set forth above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **Via Email or Electronic Transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses set forth above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 21, 2007, at Los Angeles, California.

                                   /s/
                             Brandon A. Block