1  LAW OFFICES OF BRANDON A. BLOCK
   A PROFESSIONAL CORPORATION
2  BRANDON A. BLOCK (SBN 215888)
   1925 Century Park East, Suite 2300
3  Los Angeles, California 90067
   Telephone: (310) 789-2482
4  Facsimile: (310) 496-1420
   Email: brandon@bblocklaw.com
5
   Attorneys for Defendants
6  EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT
   PROPERTIES OF AMERICA, LLC, and RICHARD B. SIMRING
7
                        UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10

| ANITA HUNTER, | |
|---|---|
| Plaintiff, | CASE NO. C07-02795 JW |
| vs. | [The Honorable James Ware] |
| EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, RICHARD B. SIMRING, and DOES 1 through 50, inclusive, | **REQUEST TO ADVANCE HEARING ON MOTION TO WITHDRAW AND STAY ALL PRE-TRIAL DEADLINES PENDING RESOLUTION OF MOTION** |
| Defendants. | |

REQUEST TO ADVANCE HEARING ON MOTION TO WITHDRAW, ETC.—CASE NO. 07-CV-02795-JW

# REQUEST TO ADVANCE HEARING ON MOTION TO WITHDRAW AND STAY ALL PRE-TRIAL DEADLINES PENDING RESOLUTION OF MOTION

By this Request, Brandon A. Block, Esq. and Law Offices of Brandon A. Block, A Professional Corporation (together, "Attorneys") respectfully ask the Court to (1) advance the hearing on Attorneys' motion to withdraw (the "Motion") as counsel of record for specially-appearing defendants Okun Holdings, Inc., Investment Properties of America, LLC and Edward H. Okun (collectively, "Specially-Appearing Defendants") to a date and time convenient for the Court, and (2) stay all pre-trial deadlines pending resolution of the Motion. In support of this Request, Attorneys state as follows:

1.     Attorneys filed the Motion on November 21, 2007. (Docket No. 35.) The Motion is made on the grounds that Specially-Appearing Defendants have breached an agreement with or obligation to Attorneys as to expenses and fees, and other conduct by Specially-Appearing Defendants has made it unreasonably difficult for Attorneys to effectively carry out their representation. (See generally id.)

2.     Attorneys noticed the Motion for hearing before the Court on *February 4, 2008*, the first available date. (Declaration of Brandon A. Block ("Block Decl."), ¶ 2.)

3.     Specially-Appearing Defendants were served with copies of the Motion and its supporting papers on November 23, 2007, and they have indicated to Attorneys that they will not remedy the breaches of their agreement with Attorneys as to expenses and fees. (Block Decl., ¶ 3, Ex. A.)

4.     On November 29, 2007, after Attorneys filed their Motion, the Court issued an Order denying Specially-Appearing Defendants' motion to dismiss for lack of personal jurisdiction (the "Order"). (Docket No. 39.) In the Order, the Court also set several case management deadlines *prior to the hearing on the Motion*, including a December 13, 2007 deadline for Specially-Appearing Defendants to answer plaintiff's Complaint and a January 25, 2008 Case Management Conference. (Id., p. 10.)

5.     Attorneys have not made a general appearance in this action. Furthermore, Attorneys promptly filed their Motion so as to avoid any foreseeable prejudice to Specially-

- 1 -

Appearing Defendants. Nevertheless, given the deadlines imposed by the Court in the Order and Specially-Appearing Defendants' continuing breach of their agreement with Attorneys, this action will present an unreasonable and unnecessary financial burden on Attorneys unless the Court advances the hearing on the Motion and stays all pre-trial deadlines pending a ruling on the Motion. (Block Decl., ¶ 4.) Accordingly, Attorneys respectfully ask that this Court grant this Request in its entirety.

Dated: December 4, 2007

Respectfully submitted,

**LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION**

By: _____/s/_____
        Brandon A. Block

Attorneys Appearing Specially for Defendants EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, and RICHARD B. SIMRING