

LAW OFFICES OF BRANDON A. BLOCK
BRANDON A. BLOCK (SBN 215888)
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 789-2482
Facsimile: (310) 496-1420
Email: brandon@bblocklaw.com

Attorneys for Defendants
EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT
PROPERTIES OF AMERICA, LLC, and RICHARD B. SIMRING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER,<br><br>        Plaintiff,<br><br>    vs.<br><br>EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, RICHARD B. SIMRING, and DOES 1 through 50, inclusive,<br><br>      Defendants. | CASE NO. C07-02795 JW<br><br>[The Honorable James Ware]<br><br>**DECLARATION OF BRANDON A. BLOCK IN SUPPORT OF REQUEST TO ADVANCE HEARING ON MOTION TO WITHDRAW AND STAY ALL PRE-TRIAL DEADLINES PENDING RESOLUTION OF MOTION**<br><br>[Request filed concurrently herewith] |

LAW OFFICES OF BRANDON A. BLOCK
1925 CENTURY PARK EAST, SUITE 2300, LOS ANGELES, CALIFORNIA 90067

## DECLARATION OF BRANDON A. BLOCK

I, Brandon A. Block, declare as follows:

1.    I am an attorney licensed to practice law before all the courts of the State of California and the United States District Court for the Northern District of California. My firm, Law Offices of Brandon A. Block, A Professional Corporation, and I (together, "Attorneys") are counsel of record for specially-appearing defendants Okun Holdings, Inc., Investment Properties of America, LLC and Edward H. Okun (collectively, "Specially-Appearing Defendants") in the above-captioned matter. I make this Declaration in support of Attorneys' Request to Advance Hearing on Motion to Withdraw and Stay All Pre-Trial Deadlines Pending Resolution of the Motion (the "Request"). The following facts are true of my own personal knowledge. If called upon to do so, I could and would competently testify to the truth thereof.

2.    Attorneys filed their motion to withdraw as counsel of record for Specially-Appearing Defendants (the "Motion") on November 21, 2007. Prior to filing the Motion, I contacted the Calendar Clerk for the Court and she informed me that February 4, 2008 was the first available hearing date for the Motion. Accordingly, I reserved that date for the hearing on the Motion.

3.    Specially-Appearing Defendants were served with copies of the Motion and its supporting papers on November 23, 2007. Attached hereto as Exhibit A is a true and correct copy of an email that I received from Federal Express confirming delivery (signature required) of the Motion and its supporting papers to Specially-Appearing Defendants. Specially-Appearing Defendants have indicated to me that they will not remedy the breaches of their agreement with Attorneys as to expenses and fees.

///

///

///

- 1 -

4.    Given the deadlines imposed by the Court and Specially-Appearing Defendants' continuing breach of their agreement with Attorneys, this action will present an unreasonable and unnecessary financial burden on Attorneys unless the Court advances the hearing on the Motion and stays all pre-trial deadlines pending a ruling on the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 4, 2007 at Los Angeles, California.


_____/s/_____
Brandon A. Block


## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.


_____/s/_____
Brandon A. Block

LAW OFFICES OF BRANDON A. BLOCK
1925 CENTURY PARK EAST, SUITE 2300, LOS ANGELES, CALIFORNIA 90067

**EXHIBIT  A**

**Brandon Block**

**From:**   TrackingUpdates@fedex.com
**Sent:**   Friday, November 23, 2007 11:32 AM
**To:**    Brandon Block
**Subject:** FedEx Shipment 791803680524 Delivered

---

This tracking update has been requested by:

```
Company Name:          Law Offices of Brandon Block
Name:                  Brandon Block
E-mail:                brandon@bblocklaw.com
```

---

Our records indicate that the following shipment has been delivered:

```
Reference:             O-0001-001
Ship (P/U) date:       Nov 21, 2007
Delivery date:         Nov 23, 2007 2:26 PM
Sign for by:           E.OKUN
Delivered to:          Residence
Service type:          FedEx Standard Overnight
Packaging type:        FedEx Envelope
Number of pieces:      1
Weight:                0.50 lb.
Special handling/Services:   Residential Delivery
                             Adult Signature Required
                             Deliver Weekday


Tracking number:       791803680524
```

```
Shipper Information               Recipient Information
Brandon Block                     Edward Okun
Law Offices of Brandon Block      394 S HIBISCUS DR
1925 Century Park East;Suite 2300 MIAMI BEACH
Los Angeles                       FL
CA                                US
US                                331395134
90067
```

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 1:31 PM CST
on 11/23/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to <u>fedex.com</u>.

Thank you for your business.