LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION
BRANDON A. BLOCK (SBN 215888)
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 789-2482
Facsimile: (310) 496-1420
Email: brandon@bblocklaw.com

Attorneys for Defendants
EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT
PROPERTIES OF AMERICA, LLC, and RICHARD B. SIMRING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER,<br><br>    Plaintiff,<br><br>    vs.<br><br>EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, RICHARD B. SIMRING, and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. C07-02795 JW<br><br>[The Honorable James Ware]<br><br>**SUGGESTION OF BANKRUPTCY** |

**SUGGESTION OF BANKRUPTCY**

Undersigned counsel files this Suggestion of Bankruptcy setting forth that on or about November 15, 2007, defendant Investment Properties of America, LLC ("IPofA") filed a Petition for Relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York, Case No. 07-13621-mg. The undersigned further notifies all parties to this suit that the automatic stay provisions of the Bankruptcy Code are in effect and that no further action may be undertaken by any party against IPofA, without prior written approval of the Bankruptcy Court.

Dated: December 13, 2007

**LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION**

By: _____/s/_____
         Brandon A. Block

Attorneys for Defendants
EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, and RICHARD B. SIMRING