| | |
|---|---|
| 1 | LAW OFFICES OF BRANDON A. BLOCK |
| 2 | A PROFESSIONAL CORPORATION<br>BRANDON A. BLOCK (SBN 215888) |
| 3 | 1925 Century Park East, Suite 2300<br>Los Angeles, California 90067 |
| 4 | Telephone: (310) 789-2482<br>Facsimile: (310) 496-1420 |
| 5 | Email: brandon@bblocklaw.com |
| 6 | Attorneys for Defendants<br>EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT<br>PROPERTIES OF AMERICA, LLC, and RICHARD B. SIMRING |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER,<br><br>       Plaintiff,<br><br>   vs.<br><br>EDWARD H. OKUN, OKUN HOLDINGS,<br>INC., INVESTMENT PROPERTIES OF<br>AMERICA, LLC, RICHARD B. SIMRING,<br>and DOES 1 through 50, inclusive,<br><br>       Defendants. | CASE NO. C07-02795 JW<br><br>[The Honorable James Ware]<br><br>**NOTICE OF ERRATA** |

# NOTICE OF ERRATA

PLEASE TAKE NOTICE that defendant Richard B. Simring hereby submits this Notice of Errata with respect to the Answer he filed on December 13, 2007. Paragraphs 49 through 54 of the Answer are amended to read as follows:

"49. Defendant denies the allegations in paragraph 49 of the Complaint.

50. Defendant denies the allegations in paragraph 50 of the Complaint.

51. Defendant denies the allegations in paragraph 51 of the Complaint.

52. Defendant denies the allegations in paragraph 52 of the Complaint.

53. Defendant denies the allegations in paragraph 53 of the Complaint.

54. Defendant denies the allegations in paragraph 54 of the Complaint."

Dated: December 13, 2007

**LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION**

By: _____/s/_____
    Brandon A. Block

Attorneys Appearing Specially for Defendants
EDWARD H. OKUN, OKUN HOLDINGS, INC.,
INVESTMENT PROPERTIES OF AMERICA,
LLC, and RICHARD B. SIMRING