LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION
BRANDON A. BLOCK (SBN 215888)
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 789-2482
Facsimile: (310) 496-1420
Email: brandon@bblocklaw.com

Attorneys for Defendants
EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, and RICHARD B. SIMRING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, RICHARD B. SIMRING, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. C07-02795 JW<br><br>[The Honorable James Ware]<br><br>**REQUEST TO PARTICIPATE BY TELEPHONE IN CASE MANAGEMENT CONFERENCE**<br><br>Date:　　　　January 14, 2008<br>Time:　　　　10:00 a.m.<br>Courtroom:　8, 4th Floor |

1   Brandon A. Block, Esq. of Law Offices of Brandon A. Block, counsel for defendants in the
2   above-captioned action, respectfully requests permission to participate by telephone in the case
3   management conference scheduled for January 14, 2008 at 10:00 a.m. Mr. Block will be unable to
4   appear in-person at the conference due to scheduling conflicts in other matters.

Dated: January 2, 2008

Respectfully submitted,

**LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION**

By: _____/s/_____
          Brandon A. Block

Attorneys for Defendants
EDWARD H. OKUN, OKUN HOLDINGS, INC.,
INVESTMENT PROPERTIES OF AMERICA,
LLC, and RICHARD B. SIMRING