IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Anita Hunter, | NO. C 07-02795 JW |
| Plaintiff, | **ORDER DENYING DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY** |
| v. | |
| Edward H. Okun, et al., | |
| Defendants. | |

Anita Hunter ("Plaintiff") filed this putative diversity class action against Edward Okun ("Okun"), Okun Holdings, Inc. ("Holdings"), Investment Properties of America, LLC ("IPofA"), and Richard Simring ("Simring") (collectively "Defendants"), alleging *inter alia*, violation of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), fraud, conversion, and breach of contract. On November 29, 2007, the Court denied Defendants' Motion to Dismiss for Lack of Personal Jurisdiction. (Docket Item No. 39.)

Before the Court is Defendant Okun's request for leave to appear telephonically at the Case Management Conference currently scheduled for **February 25, 2008 at 10 a.m.** (See Docket Item No. 48.) This request is DENIED. The Court desires to have the parties present at the Case Management Conference to discuss the issue of representation of individual Defendants and corporate Defendants in light of the Court's Order allowing Defendants' attorney to withdraw as counsel. (Docket Item No. 47.)

Dated: February 15, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kathleen Card kathy@parrlawgroup.com
Natalia Litchev natasol@comcast.net
Shawn Robert Parr shawn@parrlawgroup.com
Sujata Trivedi Reuter sujata@parrlawgroup.com

Edward H Okun
394 S. Hibiscus Drive
Miami Beach, FL 33139

**Dated: February 15, 2008**                    Richard W. Wieking, Clerk

                                                By:  /s/ JW Chambers
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California