UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge: James Ware**  **Courtroom Deputy: Elizabeth Garcia**
**Date:** 2/25/2008  **Court Reporter: Not Reported**
**Case No.: C-07-02795 JW**  **Interpreter: N/A**
**Related Case No.: N/A**

## TITLE

**Anita Hunter v. Edward Okun**

**Attorney(s) for Plaintiff(s)**: Shawn Parr
**Attorney(s) for Defendant(s)**: Brandon Block (Richard Simring), No Appearance made as to Edward H Okun, Okun Holdings, Inc. and Investment Properties of America, LLC

## PROCEEDINGS

Case Management Conference

## ORDER AFTER HEARING

Case Management Conference held. The Court the following scheduling dates:

1. Close of All Discovery set for January 5, 2008

2. Last Date to Hear Dispositive Motion set for March 9, 2008

3. Preliminary Pretrial and Trial Setting Conference set for December 12, 2008

4. Motion for Personal Jurisdiction set for June 2, 2008 at 9:00 AM.

The Court to issue further order re scheduling dates and setting an Order to Show Cause re Sanctions as to Defendants Edward H Okun, Okun Holdings, Inc. and Investment Properties of America, LLC

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: