UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

### CIVIL MINUTES

**Judge:** James Ware
**Date:** 3/17/2008
**Case No.:** C-07-02795 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**Interpreter:** N/A

### TITLE

**Anita Hunter v. Edward Okun et al**

**Attorney(s) for Plaintiff(s):** Shawn Parr
**Attorney(s) for Defendant(s):** No Appearances made

### PROCEEDINGS

Order to Show Cause re Sanctions as to Defendants' Edward Okun and Okun Holdings for Failure to Appear

### ORDER AFTER HEARING

Hearing held. The Court took the matter under submission. The Court to issue further order following hearing.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: