IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Anita Hunter, | No. C 07-02795 JW |
|       Plaintiff, | **RENEWED ORDER TO SHOW CAUSE WHY DEFENDANTS OKUN AND OKUN HOLDINGS SHOULD NOT BE SANCTIONED** |
| v. | |
| Edward H. Okun, et al., | |
|       Defendants. | |

On February 27, 2008, the Court issued a Scheduling Order and Order to Show Cause Why Defendants Okun and Okun Holdings Should Not Be Sanctioned for their failure to appear at the case management conference scheduled for February 25, 2008.  (Docket Item No. 55.)  On March 17, the Court held the Show Cause hearing, and Defendants Okun and Okun Holdings failed to appear.  On the record at the hearing, the Court noted that it intended to strike the Answer to Plaintiff's Complaint filed by Defendants Okun and Okun Holdings because of their repeated failure to appear.  However, after the hearing, the Court became concerned that Defendant Okun may not have received adequate notice of the hearing because he is a *pro per*.  Accordingly, the Court sets a new Show Cause hearing for **Monday, April 28, 2008 at 9 A.M.**

Defendants Okun and Okun Holdings shall appear at the hearing to show cause, if any, by actual appearance in Court, and by certification filed with the Court by **April 18, 2008**, why they should not be sanctioned for failure to attend the case management conference scheduled for

February 25, 2008, and the previous Show Cause hearing set for March 17, 2008. The certificate shall set forth in factual summary the reason no appearances were made and what steps Defendants Okun and Okun Holding are taking to defend the action, their present status, and the expected future course of the litigation.

A failure of Defendants Okun and Okun Holdings to file a certification or to appear at the hearing in accordance with this order will result in sanctions, including but not limited to, their Answer being stricken.

Dated: March 18, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kathleen Card kathy@parrlawgroup.com
Natalia Litchev natasol@comcast.net
Shawn Robert Parr shawn@parrlawgroup.com
Sujata Trivedi Reuter sujata@parrlawgroup.com
Brandon Adam Block, brandon@bblocklaw.com

Edward H Okun
394 S. Hibiscus Drive
Miami Beach, FL 33139

**Dated: March 18, 2008**                    **Richard W. Wieking, Clerk**

                                                  **By:  /s/ JW Chambers**
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California