LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION
BRANDON A. BLOCK (SBN 215888)
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 789-2482
Facsimile: (310) 496-1420
Email: brandon@bblocklaw.com

Attorneys for Defendant
RICHARD B. SIMRING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER,<br><br>    Plaintiff,<br><br> vs.<br><br>EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, RICHARD B. SIMRING, and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. C07-02795 JW<br><br>Hearing:<br>Date:  June 2, 2008<br>Time:  9:00 a.m.<br>Room:  8, 4th Floor<br>Judge:  The Honorable James Ware<br><br>**DECLARATION OF DEFENDANT RICHARD B. SIMRING IN SUPPORT OF HIS RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>[Renewed Motion and [Proposed] Order filed concurrently herewith] |

I, Richard B. Simring, hereby declare:

1. I am a Florida-licensed attorney in good standing and a partner in the law firm of Jorden Burt LLP in Miami, Florida. I submit this declaration in support of my renewed Motion to Dismiss plaintiff Anita Hunter's Complaint for Lack of Personal Jurisdiction. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would testify competently to these facts.

2. I am a resident of Miami-Dade County, State of Florida.

3. I do not have a residence, mailing address, telephone number, bank account, investment account, office, agents or a place of business in California.

4. I do not operate, conduct, engage in or carry on any business in California.

5. I do not own, lease or possess any real property in California.

6. I do not pay income or property taxes to the State of California.

7. I never have commenced a legal action in a court located in California.

8. I was appointed interim CEO of The 1031 Tax Group, LLC ("Tax Group") and 1031 Advance, Inc. ("Advance") for approximately three days in April 2007, solely as a favor to their owner because the previous CEO abruptly resigned. I never have maintained any ownership interest in Tax Group or Advance (or any other privately held exchange company). I never have run any business of any kind, including any type of 1031 exchange or other real estate business. I never was involved in the day-to-day operations of Tax Group or Advance, and was not involved in any manner in the transactions or alleged conduct at issue in this lawsuit. I have never even been to Advance's office in California, and I first learned of its address after Plaintiff filed this lawsuit.

9. I am not a party to the Real Property Exchange Agreement (the "Agreement") or any other agreement with Plaintiff; nor am I a party to any exchange agreement. I never accepted, received, held or deposited any of the proceeds from the sale of Plaintiff's real property (termed by Plaintiff in her Complaint as "exchange proceeds"). I did not have access to any exchange proceeds deposited by Plaintiff in Advance's account, and I did not withdraw or remove any exchange proceeds deposited by Plaintiff in such account for my own or anyone else's benefit.

10.    I never have purposefully directed any activities at residents of California. My only contact with Plaintiff was in my capacity as General Counsel of defendant Okun Holdings, Inc., a position I maintained for only eight months, and only four months before Advance was closed. In particular, my only dealings with Plaintiff were after she signed the Agreement and were by telephone, in response to her phone calls to Advance inquiring about its status.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 23, 2008 at Miami, Florida.

/s/
Richard B. Simring

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

/s/
Brandon Block

- 2 -
SIMRING DECLARATION—CASE NO. 07-CV-02795-JW