1 | LAW OFFICES OF BRANDON A. BLOCK
2 | A PROFESSIONAL CORPORATION
BRANDON A. BLOCK (SBN 215888)
1925 Century Park East, Suite 2300
3 | Los Angeles, California 90067
Telephone: (310) 789-2482
4 | Facsimile: (310) 496-1420
Email: brandon@bblocklaw.com

5

Attorneys for Defendant
6 | RICHARD B. SIMRING

7 | UNITED STATES DISTRICT COURT

8 | NORTHERN DISTRICT OF CALIFORNIA

9 | SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER,<br><br>    Plaintiff,<br><br>    vs.<br><br>EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, RICHARD B. SIMRING, and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. C07-02795 JW<br><br>Hearing:<br>Date:    June 2, 2008<br>Time:    9:00 a.m.<br>Room:    8, 4th Floor<br>Judge:    The Honorable James Ware<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RICHARD B. SIMRING'S RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>[Renewed Motion and Declaration of Richard B. Simring filed concurrently herewith] |

## [PROPOSED] ORDER

The renewed Motion of defendant Richard B. Simring to Dismiss plaintiff Anita Hunter's Complaint (the "Motion") came on for hearing in the above-entitled Court, The Honorable James Ware, presiding. After full consideration of the briefs and arguments presented, and all other matters presented to the Court, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** on the grounds that Mr. Simring does not have sufficient contacts with California—either generally or with respect to the subject matter of the Complaint—to subject him to jurisdiction before this Court. Accordingly, the Complaint is dismissed as to Mr. Simring without leave to amend.

**IT IS SO ORDERED.**

DATED: _____, 2008

_____
JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA