UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware
**Date:** 4/28/2008
**Case No.:** C-07-02795 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Summer Clanton
**Interpreter:** N/A

## TITLE

**Anita Hunter v. Edward Okun et al**

**Attorney(s) for Plaintiff(s):** Shawn Parr
**Attorney(s) for Defendant(s):** No Appearance made by or on behalf of Defendants

## PROCEEDINGS

**Renewed Order to Show Cause re Sanctions as to Defendants Edward Okun and Okun Holdings**

## ORDER AFTER HEARING

Hearing Held. No appearance made by or on behalf of the Defendants. The Court was informed that Edward Okun has been detained in Federal Custody since the issuance of its Renewed Order to Show Cause. The Court took the matter under submission and to issue further order on Order to Show Cause.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: