

## Richard Simring

**From:**    Richard Simring

**Sent:**    Thursday, April 26, 2007 5:45 PM

**To:**      'Anna_Gurno@Countrywide.Com'; Sally_Young@Countrywide.Com;
john_j_murphy@countrywide.com

**Cc:**      David Field; Lara Coleman

**Subject:** Further Wire Instructions

Dear Ana:

Two more wires needed today.  Again, Lara Coleman, the secretary of 1031 Advance, will verify the wire.  Her direct line is 804-419-2183.

Please wire all funds in the following two accounts immediately:

42 3806
42 3822

Our wire instructions are:

Wachovia Bank

ABA # 051400549
Acct # 2000031753272

Sincerely,

Richard Simring
CEO

786 202 6891

Thank you -

4/26/2007

Page   1
4-30-07
423806
COMMERCIAL001

# Countrywide Bank®

COUNTRYWIDE BANK, FSB
COMMERCIAL BANKING
CUSTOMER SERVICE
4200 AMON CARTER BLVD, FWACS-750
FORT WORTH, TX 76155

(866) 227-7999 TOLL-FREE
(866) 236-5321 FAX
WWW.COUNTRYWIDEBANK.COM

1031 ADVANCE INC
ITF ANITA HUNTER
1884 THE ALAMEDA
SAN JOSE, CA 95070

```
42 380 6      COMMERCIAL MONEY MARKET

Previous Balance      4-12-07              .00
+Deposits/Credits         2      1,365,601.30
-Checks/Debits            1      1,365,601.30
-Service Charge                       .00
+Interest Paid                     3,834.49
Current Balance                    3,834.49
```

- - - - - - - - - - - - -INTEREST SUMMARY- - - - - - - - - - - - - -
```
Interest Paid this Year                    4,141.21
Interest Withheld this Year                     .00
```

- - - - - - - - - - - - - -DESCRIPTIVE TRANSACTIONS- - - - - - - - - - - -
| Date | Tracer | Description | Amount |
|------|--------|-------------|--------|
| 4-01 | 987 | TRNS FR 423210 | 1365294.58 |
| 4-13 | 987 | MAR INT SPLIT | 306.72 |
| 4-26 | 8 | 20071160098700 | 1365601.30- |
|  |  | Wire Out;1031 ADVANCE |  |
|  |  | 1031 ADVANCE INC |  |
| 4-30 | 999 | INTEREST PAYMENT | 3834.49 |

- - - - - - - - - - - - - -DAILY BALANCE SUMMARY- - - - - - - - - - - -
| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4-12 | 1365294.58 | 4-13 | 1365601.30 | 4-26 |  |
| 4-30 | 3834.49 |  |  |  |  |

END OF STATEMENT


MEMBER
FDIC


EQUAL HOUSING
LENDER

## Suzette Warren

| | |
|---|---|
| **From:** | Michael P. Denver |
| **Sent:** | Wednesday, May 07, 2008 11:48 AM |
| **To:** | Suzette Warren |
| **Subject:** | FW: Funds Transfer request 3-6-08 |
| **Attachments:** | Funds Transfer request 3-6-08.pdf |

please print the attachment for me

---

**From:** Anita Hunter [mailto:ahunter@apr.com]
**Sent:** Tuesday, May 06, 2008 5:14 PM
**To:** Rusty Brace; Michael P. Denver
**Cc:** Anita Hunter
**Subject:** FW: Funds Transfer request 3-6-08



---

**From:** Sally_Young@Countrywide.Com [mailto:Sally_Young@Countrywide.Com]
**Sent:** Thursday, March 06, 2008 12:11 PM
**To:** Anita Hunter
**Subject:** Fw: Funds Transfer request 3-6-08

Anita, here are copies of the documents on the sub account held by 1031 Advance. Let me know if you need anything else.

**Countrywide Bank·**

<u>Sally Jean Young</u>
SVP, Commercial Banking Customer Service

817-864-2220 Office   4200 Amon Carter Blvd
92-516-2220 Internal  Mail Stop: FWACS-750
323-854-7440 Cell     Fort Worth, TX 76155
866-236-5321 Fax

Sally_Young@countrywide.com

5/7/2008

----- Forwarded by Sally Young/Bank/CF/CCI on 03/06/2008 02:10 PM -----

Donna Diaz/Bank/CF/CCI

03/06/2008 01:56 PM

To Sally Young/Bank/CF/CCI@Countrywide

cc

Subject Funds Transfer request 3-6-08

 **Countrywide Bank**

**Donna Diaz**
Processor
CB239-Comml Bkng-Customer Svc
817-864-5877
Countrywide Bank, FSB

4200 Amon Carter Blvd
Fort Worth, TX 76155

Donna_Diaz@countrywide.com

========================================================================

Confidentiality Notice: The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of Countrywide Financial Corporation or its affiliates and subsidiaries. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.

========================================================================

5/7/2008

689

**COUNTRYWIDE BANK**
**FUNDS TRANSFER REQUEST**
DATE:    4/26/2007

| | | |
|---|---|---|
| Wire Amount | $    1,365,601.30 | |
| Wire Charge | | |
| Total Debit | 1,365,601.30 | |
| Account charged | | |

*Method of Payment:* *Instructions Received By:*

☐ Check Received    ☐ Letter
☒ Acct charge    ☒ Fax
☐    ☐ In Person / E-mail

| | Sending Bank | Receiving Bank | |
|---|---|---|---|
| Bank Name: | Countrywide Bank | WACHOVIA BANK | BBK |
| Bank City/State: | Alexandria, VA | 051400549 | ABA |
| Bank ABA: | 056009110 | 1031 ADVANCE | BNF |
| F/C Bank Name: | | ACCT #: 2000031753272 | FC |
| F/C Bank Acct: | | | OBI |
| Customer Name: | 1031 ADVANCE | | |
| Customer Acct: | 423806 | | |
| Customer Address: | | | |

:RMS AND CONDITIONS:  COUNTRYWIDE BANK SHALL NOT BE RESPONSIBLE FOR ERRORS, DELAYS OR DEFAULTS IN THE
ISMISSION OR DELIVERY OF MESSAGES IN EXECUTION OF THIS ORDER, NOR SHALL IT BE RESPONSIBLE FOR ANY LOSS OR
MAGE IN CONSEQUENCES OF ANY CAUSE BEYOND ITS CONTROL, ALL OF WHICH RISKS ARE ASSUMED BY THE CUSTOMER
I HAVE READ AND AGREE TO THE ABOVE TERMS AND CONDITIONS.

AUTHORIZED SIGNATURE OF CUSTOMER:                    ON FILE

************************* F O R   B A N K   U S E   O N L Y *************************

Called back: _Lara Coleman_    Time: _4:47_    By: _Ethan Jann_

Prepared By:    SHARLA STAPLETON    Approved By: _Christina W. Norris_

**BALANCE:    $1,365,601.30**

************************* F O R   W I R E  OPS   U S E   O N L Y *************************

Wire REF #: _____

GFX Wired By: _____    GFX Verified By: _____
Time: _____    Date: _____    Time: _____    Date: _____

P. 1

x  x  x  COMMUNICATION RESULT REPORT ( APR. 26. 2007  4:53PM ) x  x  x

FAX HEADER 1:
FAX HEADER 2:

| TRANSMITTED/STORED | : APR. 26. 2007  4:52PM | | | |
|---|---|---|---|---|
| FILE MODE | OPTION | ADDRESS | RESULT | PAGE |
| 7785 MEMORY TX | | G3-2 :9918172306899 | OK | 2/2 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL                              E-2) BUSY
E-3) NO ANSWER                                         E-4) NO FACSIMILE CONNECTION

689

## COUNTRYWIDE BANK
## FUNDS TRANSFER REQUEST
DATE:    4/26/2007

| | | Method of Payment: | Instructions Received By: |
|---|---|---|---|
| Wire Amount | $     1,365,601.30 | ☐ Check Received | ☐ Letter |
| Wire Charge | | ☒ Acct charge | ☒ Fax |
| Total Debit | 1,365,601.30 | | ☐ In Person / E-mail |
| Account charged | | | |

| | Sending Bank | Receiving Bank | |
|---|---|---|---|
| Bank Name: | Countrywide Bank | WACHOVIA BANK | BBK |
| Bank City/State: | Alexandria, VA | 051400549 | ABA |
| Bank ABA: | 056009110 | 1031 ADVANCE | BNF |
| F/C Bank Name: | | ACCT #: 2000031753272 | FC |
| F/C Bank Acct: | | | OBI |
| Customer Name: | 1031 ADVANCE | | |
| Customer Acct: | 423806 | | |
| Customer Address: | | | |

TERMS AND CONDITIONS:  COUNTRYWIDE BANK SHALL NOT BE RESPONSIBLE FOR ERRORS, DELAYS OR DEFAULTS IN THE TISMISSION OR DELIVERY OF MESSAGES IN EXECUTION OF THIS ORDER, NOR SHALL IT BE RESPONSIBLE FOR ANY LOSS OR MAGE IN CONSEQUENCES OF ANY CAUSE BEYOND ITS CONTROL, ALL OF WHICH RISKS ARE ASSUMED BY THE CUSTOMER I HAVE READ AND AGREE TO THE ABOVE TERMS AND CONDITIONS.

AUTHORIZED SIGNATURE OF CUSTOMER:                                ON FILE

*************************** F OR  B A N K  U S E  O N L Y ********************************

Called back: _Lara Coleman_                'Time: _4:47_                By: _Ethan Jam_    _Christina W. Norris_

Prepared By:        SHARLA STAPLETON          Approved By:

**BALANCE:    $1,365,601.30**

******************** F OR  WIRE OPS  U S E  O N L Y ********************

Wire REF #: _____

GFX Wired By: _____              GFX Verified By: _____
Time: _____      Date: _____           Time: _____    Date: _____

```
IFTS Message Print - Message Inquiry Display Dialog Box

User: Ethan      Bank: Treasury Bank      Date: 03/04/08 09:52:45

Message Status: PNRM
Seq Num: 20070880096100      Related Seq Num:
Pay Method: FED Input      Message ID: FTR811
Date Recvd: 03/29/2007 14:07:17      Value Date: 03/29/2007

Sender:  122241255
Amount:  $1,365,294.58
Debit info --
     Account: 056009110
     Name:    FIRST AMERICAN TRUST, FSB
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Credit info --
     Account: 423210
     Name:    1031 ADVANCE INC
     Addr1:   1884 THE ALAMEDA
     Addr2:   SAN JOSE CA 95126
     Addr3:
     Addr4:

Advice:              Dept:    DEPT1     Trancode:
Category:            Linesheet:         Create Template:

Message Text:
                XFT811
     Msg Disp    {1100}02P N
     Acc Time    {1110}03291709FT01
     OMAD        {1120}20070329E6B74E1C00036003291709FT01
     Msg Type    {1510}1000
     IMAD        {1520}20070329K3QF390C003176
     Amount      {2000}000136529458
     Sender DI   {3100}122241255FST AM TR CO*
     Sndr Ref    {3320}0222700088IT*
     Rcvr DI     {3400}056009110COUNTRYWIDE BKFSB*
     Bus Func    {3600}CTR    *
     BNF         {4200}D423210*
                 1031 ADVANCE, INC.*
     RFB         {4320}MSGS OF 07/03/29*
     ORG         {5000}D2000012201*
                 FIRST AMERICAN TITLE COMPANY*
                 UNION: SANTA CLARA*
                 2401 SHADELANDS, STE 130*
                 WALNUT CREEK CA 94598*
     OBI         {6000}ATTN: ALMA RAMIREZ FURTHER CREDIT*
                 TO ANITA HUNTER 01-0701349;SENDER:*
                 JENNY FIRST AMERICAN 408-867-9915*
     BNF Info    {6400}BEGIN,3401,489,410,828614,2524*
                 321,END*
```