```
From: Richard Simring [mailto:richard.simring@okunholdings.com]
Sent: Tue 5/1/2007 10:14 AM
To: Anita Hunter; richardsimring-blackberry; casalago@bellsouth.com; Richard B. Simring;
Audrey Crumpton
Cc: Lara Coleman; David Field
Subject: RE: I would like my money wired to another exchange today.
```

Anita,

With all respect, nobody is using your money. All files from San Jose have been shipped to Denver and we have processors opening the boxes as we speak.
If you will please allow us two days to get organized, that would be appreciated. There are many customers and we are trying to deal with emergency issues these next two days.
As I told you, this issue was created by the abrupt departure of all senior management and we are trying to regroup and restaff.

Richard

-----Original Message-----
From: Anita Hunter [mailto:ahunter@apr.com]
Sent: Tuesday, May 01, 2007 11:56 AM
To: richardsimring-blackberry; casalago@bellsouth.com; Richard B. Simring; Richard Simring; Audrey Crumpton
Cc: Lara Coleman; David Field
Subject: RE: I would like my money wired to another exchange today.

I am under contract now on a property and I will loose the property if I don't perform. I have no contingencies on it and our market is hot out here. THIS IS PRESSING AND I DEMAND THAT ALL MONEY IS WIRED TODAY. I am the customer, not you. That's my money you're holding and using.


From: rsimring@mycingular.blackberry.net
[mailto:rsimring@mycingular.blackberry.net]
Sent: Tue 5/1/2007 8:04 AM
To: Anita Hunter; casalago@bellsouth.com; Richard B. Simring; richard.simring@ipofa.com
Cc: Lara D. Coleman; David Field
Subject: Re: I would like my money wired to another exchange tomorrow.


Anita,

We are helping clients with more pressing issues today. Your request will be handled next week.

Richard
Sent via BlackBerry from Cingular Wireless

1

```
-----Original Message-----
From: "Anita   Hunter" <ahunter@apr.com>
Date: Mon, 30 Apr 2007 20:20:26
To:<casalago@bellsouth.com>, <rbs@jordenusa.com>, <richard.simring@ipofa.com>
Cc:<lara.coleman@ipofa.com>, <david.field@ipofa.com>
Subject: I would like my money wired to another exchange tomorrow.
```

My name is Anita Hunter and I have $1.375M sitting with your company. Given the circumstances, I would like the funds including interest wired to another exchange company immediately.   My exchange was under my name.   In addition I recommended your company to my clients, Miguel and Anamaria Litvin.   I would also like you to prepare to wire their $60K to them.

Please let me know who will facilitate this request.   Call me immediately.

Anita Hunter
Alain Pinel Realtors
408-930-1265




Richard Simring, President & CEO
The 1031 Tax Group
777 Brickell Avenue, Ste. 500
Miami, FL   33131-2803

305-371-2600
305-347-6814
786-202-6891

His email addresses:
casalago@bellsouth.com
rbs@jordenusa.com
richard.simring@ipofa.com

Lara Coleman
Okun Holdings/IPofA
10800 Midlothian Turnpike, Ste. 309
Richmond, VA 23235

804-594-3550
804-938-2085

lara.coleman@ipofa.com

David Field, COO
Okun Holdings
10800 Midlothian Turnpike, Ste. 300
Richmond, VA 23235

804-594-3550
804-419-2391
804-347-0740

david.field@ipofa.com