Shawn R. Parr, SBN 206616
**THE PARR LAW GROUP**
150 Almaden Blvd., Suite 1380
San Jose, CA 95113
Telephone: (408) 267-4500
Facsimile: (408) 267-4535
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA HUNTER,<br><br>                    Plaintiff,<br><br>vs.<br><br>EDWARD H. OKUN, OKUN HOLDINGS, INC., INVESTMENT PROPERTIES OF AMERICA, LLC, RICHARD B SIMRING, and DOES 1 through DOES 50, inclusive,<br><br>                    Defendants. | Case No. C07-02795 JW<br>[the Honorable James Ware]<br><br>**ASSOCIATION OF COUNSEL AND REQUEST FOR NOTICE** |

The undersigned attorneys hereby consent and request that Robert L. Brace (California Bar No. 122240) and Michael P. Denver (California Bar No. 199279) of Hollister & Brace and Thomas Foley (California Bar No.65812) of Foley, Bezek, Behle & Curtis be associated in as counsel for plaintiff Anita Hunter. All further notices from the Court and parties should also be sent to the following:

Robert L. Brace
Michael P. Denver
Hollister & Brace
1126 Santa Barbara Street
Santa Barbara, Ca. 93101
Telephone: (805) 963-6711
Facsimile: (805) 965-0329
Email: rlbrace@hbsb.com
Email: mpdenver @hbsb.com

Thomas Foley
Foley, Bezek, Behle & Curtis LLP
15 W. Carrillo Street
Santa Barbara, CA 93101
Telephone: (805) 962-9495
Facsimile: (805) 962-0722
Email: tfoley@foleybezek.com

1  Attorney Robert L. Brace was admitted to practice before the Federal District, Northern District
2  of California in March of 2002. Attorney Michael P. Denver, who is admitted to all California
3  state courts and the United States District Court for the Southern and Central Districts of
4  California, is concurrently submitting his application for admission to this court. Attorney
5  Thomas Foley was admitted to practice before the Court on February 10, 1988.

7  I, Shawn R. Parr, Esq. consent to the above association.

8  Dated:  12   , 2008                THE PARR LAW GROUP

10                                    By: _____
                                      Shawn R. Parr, SBN 206616
11                                    150 Almaden Blvd., Suite 1380
                                      San Jose, CA 95113
12                                    Telephone: (408) 267-4500
                                      Facsimile: (408) 267-4535

14  I, Robert L. Brace, Esq. consent to the above association.

16                                    HOLLISTER & BRACE
                                      A Professional Corporation

18  Dated: May 8, 2008                By: _____
                                      Robert L. Brace, Ca. Bar No. 122240
19                                    Michael P. Denver, Ca. Bar No. 199279
                                      1126 Santa Barbara St.
20                                    Santa Barbara, CA 93101
                                      Telephone: (805) 963-6711
21                                    Facsimile: (805) 965-0329

23  I, Thomas Foley, Esq. consent to the above association.

24  Dated: May 12, 2008               FOLEY, BEZEK, BEHLE & CURTIS

25                                    By: _____
                                      Thomas Foley, Ca. Bar No. 65812
26                                    15 W. Carrillo St.
                                      Santa Barbara, CA 93101
27                                    Telephone: (805) 962-9495
                                      Facsimile: (805) 962-0722