**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7             IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       SAN JOSE DIVISION

10   Anita Hunter,                                 NO. C 07-02795 JW

11              Plaintiff,                    **ORDER VACATING JUNE 2, 2008**
        v.                                    **HEARING**

12
     Edward Okun, et al.,

13
                Defendants.

14   _____/

15        Before the Court is Defendant Simring's Renewed Motion to Dismiss for Lack of Personal

16   Jurisdiction.  (hereafter, "Motion," Docket Item No. 58.)  The Court found it appropriate to take the

17   motion under submission without oral argument.  See Civ. L.R. 7-1(b).  Accordingly, the Court

18   VACATES the hearing presently set for June 2, 2008 at 9 a.m.

19

20   Dated:  May 29, 2008                    _____
                                             JAMES WARE
21                                           United States District Judge

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 | Brandon Adam Block brandon@bblocklaw.com
Kathleen  Card kathy@parrlawgroup.com

3 | Natalia  Litchev natasol@comcast.net
Shawn Robert Parr shawn@parrlawgroup.com

4 | Sujata Trivedi Reuter sujata@parrlawgroup.com
Thomas G. Foley tfoley@foleybezek.com

5

6

7

8 | **Dated:  May 29, 2008**                          **Richard W. Wieking, Clerk**

9

10 |                                                    **By:   /s/ JW Chambers**
                                                      **Elizabeth Garcia**
                                                      **Courtroom Deputy**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28