**GRANTED**

*James Ware*
Judge James Ware

1/16/2009

1 CRAIG S. GRANET, State Bar #071020
FELL, MARKING, ABKIN, MONTGOMERY,
2 GRANET & RANEY, LLP
222 East Carrillo Street, Suite 400
3 Santa Barbara, California 93101-2142
(805) 963-0755
4

5 Attorneys for Defendants J. Patrick Dowdall; William A. Hazel; Charles D. Subrt; and James F. Livesey

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA HUNTER, et al., | Case No.: 5:07-CV-02795-JW |
| Plaintiffs, | |
| vs. | STIPULATION EXTENDING TIME TO RESPOND FOR DEFENDANTS J. PATRICK DOWDALL, WILLIAM A. HAZEL, CHARLES D. SUBRT, AND JAMES F. LIVESEY |
| EDWARD H. OKUN, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants J. Patrick Dowdall, William A. Hazel, Charles D. Subrt, and James F. Livesey, by their respective attorneys, that, pursuant to Local Rule 6-1(a) of the Northern District Local Rules, Defendants J. Patrick Dowdall; William A. Hazel; Charles D. Subrt; and James F. Livesey may each have an

///
///
///
///

1

extension of time to and including February 2, 2009, within which to answer or otherwise respond to the First Amended Complaint filed November 24, 2008.

Dated: 12/31/08

ROBERT L. BRACE
MICHAEL P DENVER
HOLLISTER & BRACE

By: _____
Robert L. Brace
Attorneys for Plaintiffs

Dated: 12/31/08

CRAIG S. GRANET
FELL, MARKING, ABKIN, MONTGOMERY,
GRANET & RANEY, LLP

By: _____
Craig S. Granet
Attorneys for Defendants J. Patrick Dowdall, William A. Hazel, Charles D. Subrt, and James F. Livesey

2

STIPULATION EXTENDING TIME TO RESPOND FOR DEFENDANTS J. PATRICK DOWDALL, WILLIAM A. HAZEL, CHARLES D. SUBRT, AND JAMES F. LIVESEY