Robert L. Brace, Ca. Bar No. 122240
Michael P. Denver, Ca. Bar No.199279
**HOLLISTER & BRACE**
P.O Box 630
Santa Barbara, CA 93102
Email: rlbrace@hbsb.com
Email: mpdenver@hbsb.com
Telephone: (805) 963-6711
Facsimile: (805) 965-0329

Thomas G. Foley, Jr., Ca. Bar No. 65812
Robert Curtis, Ca. Bar No. 203870
**FOLEY, BEZEK, BEHLE & CURTIS, LLP**
15 W. Carrillo Street
Santa Barbara, CA 93101
Telephone: (805) 962-9495
Facsimile: (805) 962-0722
Email: tfoley@foleybezek.com
Email: rcurtis@foleybezek.com
*Attorneys for Plaintiffs and the Class*

**GRANTED**
Judge James Ware
1/30/2009

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANITA HUNTER, an individual; 409 SHERMAN AVE., LLC, a California limited liability company; JOHNNA BOZZA, an individual; ROBERT J. BUONO, an individual; CELLTEX SITE SERVICES, LTD., a Texas limited liability company; GRANDE INVESTMENT, LLC, a Colorado limited liability company; and all others similarly situated.

Plaintiffs,
vs.

EDWARD H. OKUN, an individual; RICHARD B. SIMRING, an individual; LARA D. COLEMAN; an individual; ROBERT D. FIELD II, an individual; J. PATRICK DOWDALL, an individual; WILLIAM A. HAZEL, an individual; CHARLES D. SUBRT, an individual; JAMES F. LIVESEY, an individual; TODD R. PAJONAS, an individual; MARGA SHEFMAN, an individual; DAVID SHEFMAN, an individual; WILLIAM D. BENNETT, an individual; DANIEL MCCABE, an individual; SHIRLEY MCCABE, an individual; ANDREW MCCABE, an individual; CHAD GREENBERG, an individual; PETE MCCANN, an individual; JANET DASHIELL, an individual; STEVEN

Case No.: 5:07-CV-02795-JW

**STIPULATION TO EXTEND DEFENDANT CONTINENTAL CASUALTY COMPANY'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

(First Extension)

1

ALLRED, an individual; WACHOVIA BANK, N.A., a North Carolina corporation; CONTINENTAL CASUALTY COMPANY, an Illinois corporation; FEDERAL INSURANCE COMPANY, an Indiana Corporation; SAN FRANCISCO SERIES OF LOCKTON COMPANIES, LLC, a California Limited Liability Company; and TWIN CITY FIRE INSURANCE COMPANY, an Indiana Corporation.

Defendants.

The undersigned parties stipulate that Defendant Continental Casualty Company ("Continental"), by and through their attorneys, Troutman Sanders LLP, shall have an extension to **March 1, 2009** in which to respond to Plaintiffs' First Amended Complaint, which was served on Continental on December 15, 2009.

**IT IS SO STIPULATED.**

DATED: January 19, 2009     By: _____
Robert L. Brace, Esq. Ca. Bar No. 122240
Michael P. Denver, Esq., SBN. 199279
**HOLLISTER & BRACE**
P.O. Box 630
Santa Barbara, CA  93102
Telephone: (805) 963-6711
Facsimile: (805) 965-0329

Thomas G. Foley, Jr., Ca. Bar No. 65812
Robert Curtis Ca. Bar. No. 203870
**FOLEY, BEZEK, BEHLE & CURTIS, LLP**
15 W. Carrillo Street
Santa Barbara, CA  93101
Telephone: (805) 962-9495
Facsimile:  (805) 962-0722
*Attorneys for Plaintiffs and the Class*

DATED: January 20, 2009     By: _____
Becki Kieffer, Esq.
**TROUTMAN SANDERS LLP**
5 Park Plaza, Suite 1200
Irvine, CA  92614
Telephone: (949) 622-2700
Facsimile:  (949) 622-2739
*Local Counsel for Defendant Continental Casualty Company*

2

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that the foregoing document titled **Stipulation to Extend Defendant Continental Casualty Company's Time to Respond to the First Amended Complaint** was filed through the ECF system and was sent electronically to the registered participants as identified on the Court's Notice of Electronic Filing (NEF) on this the **21st** day of **January, 2009.**

_____
Suzette Warren