**GRANTED**
*[signature]* Judge James Ware
1/30/2009

1  MIKE MARGOLIS, ESQ. SBN 087785
   NAKI IRVIN, ESQ. SBN 094120
2  JAMES F. PARVER, ESQ.
   Admitted *Pro Hac Vice*
3  MARGOLIS & TISMAN LLP
   444 S. Flower Street, Suite 2300
4  Los Angeles, CA 90071
   Telephone:  (213) 683-0300
5  Facsimile:   (213) 683-0303
   Email: margolis@winlaw.com
6  Email: nakim@winlaw.com
   Email: jparver@winlaw.com
7
8  Attorneys for Defendant San Francisco Series of Lockton Companies, LLC

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA HUNTER, an individual, et al.,<br><br>                    Plaintiffs,<br>vs.<br><br>EDWARD H. OKUN, et al.,<br><br>                    Defendants. | Case No.: 5:07-CV-02795-JW<br><br>**STIPULATION TO EXTEND THE TIME OF DEFENDANT LOCKTON TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>**(First Extension)** |

It is hereby stipulated and agreed by and between the undersigned attorneys for their respective parties that the time for Defendant San Francisco Series of Lockton Companies, LLC to answer, move or otherwise respond to the First Amended Complaint is hereby extended from

---

ARMSTRONG TEASDALE LLP
ATTORNEYS AT LAW
50 West Liberty
Suite 950
Reno, Nevada 89501

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT

February 2, 2009 to and including March 4, 2009.

DATED: January 26, 2009.

HOLLISTER & BRACE

By: _____
Robert L. Brace, Esq. Ca. Bar No. 122240
Michael P. Denver, Esq., SBN. 199279
P.O. Box 630
Santa Barbara, CA 93102
Telephone: (805) 963-6711
Facsimile: (805) 965-0329

FOLEY, BEZEK, BEHLE & CURTIS, LLP
Thomas G. Foley, Jr., Ca. Bar No. 65812
Robert Curtis, Ca. Bar No. 203870
15 W. Carrillo Street
Santa Barbara, CA 93101
Telephone: (805) 962-9495
Facsimile: (805) 962-0722

Attorneys for Plaintiffs and the Class

DATED: January 26, 2009.

MARGOLIS & TISMAN LLP

By: _____
Mike Margolis
Naki Irvin
444 S. Flower Street, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 683-0300
Facsimile: (213) 683-0303

Attorneys for Defendant San Francisco Series of Lockton Companies, LLC

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT

2

F:\MATTER\WK3\7316.001 - (OKUN HOLDINGS)\Pleadings\Stipulations\Stip Lockton Extend Answer Time_90122.doc