Jack R. Nelson (SBN 111863)
Christine Morgan (SBN 169350)
R. Euna Kim (SBN 222141)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Email: jnelson@reedsmith.com
Email: cmorgan@reedsmith.com
Email: ekim@reedsmith.com

Attorneys for Defendant
WACHOVIA BANK, N.A.

*GRANTED*
*Judge James Ware*
1/30/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA HUNTER, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>EDWARD H. OKUN, et al.,<br><br>　　　　　Defendants. | No.: C 07-02795 JW RS<br><br>**STIPULATION TO EXTEND THE TIME OF DEFENDANT WACHOVIA BANK, N.A. TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Compl. Filed:   May 30, 2007<br><br>Honorable James Ware |

1   It is hereby stipulated and agreed by and between the undersigned attorneys for their
2   respective parties that the time for Defendant Wachovia Bank, N.A. to answer, move or otherwise
3   respond to the First Amended Complaint is hereby extended from February 2, 2009 to and including
4   March 11, 2009.

DATED: January 28, 2009.

REED SMITH LLP

By _____
Jack R. Nelson
Christine Morgan
Rosalie Euna Kim
Attorneys for Defendant
WACHOVIA BANK, N.A.

DATED: January 27, 2009.

HOLLISTER & BRACE

By _____
Robert L. Brace
Michael P. Denver
Attorneys for Plaintiffs