1   CRAIG S. GRANET, State Bar #071020
2   FELL, MARKING, ABKIN, MONTGOMERY, GRANET & RANEY, LLP
3   222 East Carrillo Street, Suite 400
    Santa Barbara, California 93101-2142
4   (805) 963-0755

5   Attorneys for Defendants J. Patrick Dowdall; William A. Hazel; Charles D. Subrt; and James F. Livesey

**GRANTED**

*James Ware*

Judge James Ware

1/30/2009

8   **UNITED STATES DISTRICT COURT**

9   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANITA HUNTER, et al.,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>EDWARD H. OKUN, et al.,<br><br>                    Defendants. | **Case No.: 5:07-CV-02795-JW**<br><br>**STIPULATION EXTENDING TIME TO RESPOND FOR DEFENDANTS J. PATRICK DOWDALL, WILLIAM A. HAZEL, CHARLES D. SUBRT, AND JAMES F. LIVESEY** |

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants J. Patrick Dowdall, William A. Hazel, Charles D. Subrt, and James F. Livesey, by their respective attorneys, that, pursuant to Local Rule 6-1(a) of the Northern District Local Rules, Defendants J. Patrick Dowdall; William A. Hazel; Charles D. Subrt; and James F. Livesey may each have an additional extension of time to and including March 4, 2009, within which to answer or otherwise respond to the First Amended Complaint filed November 24, 2008.

These Defendants are also the subject of claims which may be brought against them by the Trustee in the bankruptcy proceeding now pending in the United States Bankruptcy

1

STIPULATION EXTENDING TIME TO RESPOND FOR DEFENDANTS J. PATRICK DOWDALL, WILLIAM A. HAZEL, CHARLES D. SUBRT, AND JAMES F. LIVESEY
CASE NO.: 5:07-CV-02795-JW

Court for the Southern District of New York, entitled In Re The 1031 Tax Group, LLC, et al.,
Debtors (Case No. 07-11448(MG)). These Defendants and the Trustee in bankruptcy have been
engaged in settlement negotiations which would resolve those claims against some if not all of
these Defendants. In that regard, a draft Settlement Agreement is being circulated. As part of
any such settlement, the claims beings asserted against Defendants by Plaintiffs herein will also
be resolved. Accordingly, it is the best interests of all concerned that neither Plaintiffs nor these
Defendants be forced to incur additional litigation expenses while those settlement discussions
continue in good faith. Therefore, the parties are stipulating to this additional 30-day extension
of time for Defendants to respond to the First Amended Complaint. Within this 30-day period,
the parties anticipate that they will be in a position to advise the Court whether a settlement has
been reached or whether the litigation will need to proceed against these Defendants.

ROBERT L. BRACE
MICHAEL P. DENVER
HOLLISTER & BRACE

Dated: 1/27/09

By: _____
Michael P. Denver
Attorneys for Plaintiffs


CRAIG S. GRANET
FELL, MARKING, ABKIN, MONTGOMERY,
GRANET & RANEY, LLP

Dated: 1/28/09

By: _____
Craig S. Granet
Attorneys for Defendants J. Patrick
Dowdall, William A. Hazel, Charles D.
Subrt, and James F. Livesey

---

STIPULATION EXTENDING TIME TO RESPOND FOR DEFENDANTS J. PATRICK DOWDALL,
WILLIAM A. HAZEL, CHARLES D. SUBRT, AND JAMES F. LIVESEY
CASE NO.: 5:07-CV-02795-JW