Andrew B. Downs, SBN 111435
E-Mail: andy.downs@bullivant.com
Sunita Koneru, SBN 227032
E-Mail: sunita.koneru@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendant Twin City Fire
Insurance Company

**GRANTED**
/s/ James Ware
Judge James Ware
1/30/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, et al., | Case No.: 5:07-cv-02795 JW |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| EDWARD H. OKUN, et al., | |
| Defendants. | |

Plaintiffs Anita Hunter, et al. and defendant Twin City Fire Insurance Company stipulate pursuant to Civil Local Rule 6-1(a) that Twin City may have a 30 day extension of time within which to respond to the complaint on file, to and including March 4, 2009. This stipulation does not affect any deadline set by the Court.

1  DATED: January 28, 2009

        BULLIVANT HOUSER BAILEY PC

        By _____
           Andrew B. Downs, SBN 111435
           Sunita Koneru, SBN 227032

Attorneys for Defendant Twin City Fire Insurance Company

DATED: 1/28/09

HOLLISTER & BRACE

By _____
   Robert L. Brace, SBN 122240
   Michael P. Denver, SBN 199279

Attorneys for Plaintiffs Anita Hunter, et al.

11081256.1

— 2 —
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT Case No.: 5:07-CV-02795 JW