Robert L. Brace, Ca. Bar No.122240
Michael P. Denver, Ca. Bar No.199279
**HOLLISTER & BRACE**
P.O Box 630
Santa Barbara, CA 93102
Email: rlbrace@hbsb.com
Email: mpdenver@hbsb.com
Telephone: (805) 963-6711
Facsimile: (805) 965-0329

Thomas G. Foley, Jr., Ca. Bar No. 65812
Robert Curtis, Ca. Bar No. 203870
**FOLEY, BEZEK, BEHLE & CURTIS, LLP**
15 W. Carrillo Street
Santa Barbara, CA 93101
Telephone: (805) 962-9495
Facsimile: (805) 962-0722
Email: tfoley@foleybezek.com
Email: rcurtis@foleybezek.com

*Attorneys for Plaintiffs and the Class*

GRANTED
Judge James Ware
1/30/2009

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA HUNTER, an individual; 409 SHERMAN AVE., LLC, a California limited liability company; JOHNNA BOZZA, an individual; ROBERT J. BUONO, an individual; CELLTEX SITE SERVICES, LTD., a Texas limited liability company; GRANDE INVESTMENT, LLC, a Colorado limited liability company; and all others similarly situated.<br><br>        Plaintiffs,<br>vs.<br><br>EDWARD H. OKUN, an individual; RICHARD B. SIMRING, an individual; LARA D. COLEMAN; an individual; ROBERT D. FIELD II, an individual; J. PATRICK DOWDALL, an individual; WILLIAM A. HAZEL, an individual; CHARLES D. SUBRT, an individual; JAMES F. LIVESEY, an individual; TODD R. PAJONAS, an individual; MARGA SHEFMAN, an individual; DAVID SHEFMAN, an individual; WILLIAM D. BENNETT, an individual; DANIEL MCCABE, an individual; SHIRLEY MCCABE, an individual; ANDREW MCCABE, an individual; CHAD GREENBERG, an individual; PETE MCCANN, an individual; JANET DASHIELL, an individual; STEVEN | Case No.: 5:07-CV-02795-JW<br><br>**STIPULATION TO EXTEND DEFENDANT JANET DASHIELL'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(First Extension)** |

ALLRED, an individual; WACHOVIA BANK, N.A., a North Carolina corporation; CONTINENTAL CASUALTY COMPANY, an Illinois corporation; FEDERAL INSURANCE COMPANY, an Indiana Corporation; SAN FRANCISCO SERIES OF LOCKTON COMPANIES, LLC, a California Limited Liability Company; and TWIN CITY FIRE INSURANCE COMPANY, an Indiana Corporation.

Defendants.

The undersigned parties stipulate that Defendant Janet Dashiell ("Dashiell"), by and through her attorneys, Swanson McNamara & Haller LLP, shall have an extension to and including **March 4, 2009** in which to respond to Plaintiffs' First Amended Complaint, which was served on Dashiell on December 2, 2008.

**IT IS SO STIPULATED.**

DATED: January 28, 2009        By: _____
                                Robert L. Brace, Esq. Ca. Bar No. 122240
                                Michael P. Denver, Esq., SBN. 199279
                                **HOLLISTER & BRACE**
                                P.O. Box 630
                                Santa Barbara, CA 93102
                                Telephone: (805) 963-6711
                                Facsimile: (805) 965-0329

                                Thomas G. Foley, Jr., Ca. Bar No. 65812
                                Robert Curtis Ca. Bar. No. 203870
                                **FOLEY, BEZEK, BEHLE & CURTIS, LLP**
                                15 W. Carrillo Street
                                Santa Barbara, CA 93101
                                Telephone: (805) 962-9495
                                Facsimile: (805) 962-0722
                                *Attorneys for Plaintiffs and the Class*

DATED: January 29, 2009        By: _____
                                Mary McNamara, Esq.
                                **SWANSON MCNAMARA & HALLER LLP**
                                300 Montgomery Street, Suite 1100
                                San Francisco, CA 94104
                                Telephone: (415) 477-3800
                                Facsimile: (415) 477-9010
                                Email: mmcnamara@smhlegal.com
                                *Attorney for Defendant Janet Dashiell*