Robert L. Brace, Ca. Bar No.122240
Michael P. Denver, Ca. Bar No.199279
**HOLLISTER & BRACE**
P.O Box 630
Santa Barbara, CA  93102
Email: rlbrace@hbsb.com
Email: mpdenver@hbsb.com
Telephone: (805) 963-6711
Facsimile: (805) 965-0329

Thomas G. Foley, Jr., Ca. Bar No. 65812
Robert Curtis, Ca. Bar No. 203870
**FOLEY, BEZEK, BEHLE & CURTIS, LLP**
15 W. Carrillo Street
Santa Barbara, CA  93101
Telephone: (805) 962-9495
Facsimile:  (805) 962-0722
Email: tfoley@foleybezek.com
Email: rcurtis@foleybezek.com
*Attorneys for Plaintiffs and the Class*

GRANTED
Judge James Ware
1/30/2009

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA HUNTER, an individual; 409 SHERMAN AVE., LLC, a California limited liability company; JOHNNA BOZZA, an individual; ROBERT J. BUONO, an individual; CELLTEX SITE SERVICES, LTD., a Texas limited liability company; GRANDE INVESTMENT, LLC, a Colorado limited liability company; and all others similarly situated.<br><br>Plaintiffs,<br>vs.<br><br>EDWARD H. OKUN, an individual; RICHARD B. SIMRING, an individual; LARA D. COLEMAN; an individual; ROBERT D. FIELD II, an individual; J. PATRICK DOWDALL, an individual; WILLIAM A. HAZEL, an individual; CHARLES D. SUBRT, an individual; JAMES F. LIVESEY, an individual; TODD R. PAJONAS, an individual; MARGA SHEFMAN, an individual; DAVID SHEFMAN, an individual; WILLIAM D. BENNETT, an individual; DANIEL MCCABE, an individual; SHIRLEY MCCABE, an individual; ANDREW MCCABE, an individual; CHAD GREENBERG, an individual; PETE MCCANN, an individual; JANET DASHIELL, an individual; STEVEN | Case No.: 5:07-CV-02795-JW<br><br>**STIPULATION TO EXTEND DEFENDANT STEVEN ALLRED'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>(First Extension) |

1

ALLRED, an individual; WACHOVIA BANK, N.A., a North Carolina corporation; CONTINENTAL CASUALTY COMPANY, an Illinois corporation; FEDERAL INSURANCE COMPANY, an Indiana Corporation; SAN FRANCISCO SERIES OF LOCKTON COMPANIES, LLC, a California Limited Liability Company; and TWIN CITY FIRE INSURANCE COMPANY, an Indiana Corporation.

Defendants.

The undersigned parties stipulate that Defendant Steven Allred ("Allred"), by and through his attorneys, Stevens & O'Connell, shall have an extension to and including **March 2, 2009** in which to respond to Plaintiffs' First Amended Complaint, which was served on Allred on December 3, 2008.

**IT IS SO STIPULATED.**

DATED: January 28, 2009            By: _____
                                       Robert L. Brace, Esq. Ca. Bar No. 122240
                                       Michael P. Denver, Esq., SBN. 199279
                                       **HOLLISTER & BRACE**
                                       P.O. Box 630
                                       Santa Barbara, CA 93102
                                       Telephone: (805) 963-6711
                                       Facsimile: (805) 965-0329

                                       Thomas G. Foley, Jr., Ca. Bar No. 65812
                                       Robert Curtis Ca. Bar. No. 203870
                                       **FOLEY, BEZEK, BEHLE & CURTIS, LLP**
                                       15 W. Carrillo Street
                                       Santa Barbara, CA 93101
                                       Telephone: (805) 962-9495
                                       Facsimile: (805) 962-0722
                                       *Attorneys for Plaintiffs and the Class*

DATED: January 29, 2009            By: _____
                                       Steven S. Kimball, Esq.
                                       **STEVENS & O'CONNELL LLP**
                                       400 Capitol Mall, Suite 1400
                                       Sacramento, CA 95814
                                       Telephone (916) 329-9111
                                       Facsimile (916) 329-9110
                                       Email: ssk@stevensandoconnell.com
                                       *Attorney for Defendant Steven Allred*