1  Robert L. Brace, SBN. 122240
   E-Mail: rlbrace@hbsb.com
2  Michael P. Denver, SBN 199279
   E-Mail: mpdenver@hbsb.com
3  HOLLISTER & BRACE
   P.O. Box 630
4  Santa Barbara, CA  93102
5  Tel: 805.963.6711
   Fax: 805.965.0329
6

7  Thomas Foley, SBN. 65812
   E-Mail: tfoley@foleybezek.com
8  FOLEY, BEZEK, BEHLE & CURTIS, LLP
   15 W. Carrillo Street
9  Santa Barbara, CA  93101
   Telephone: 805.962.9495
10 Facsimile: 805.962.0722
   Attorneys for Plaintiffs, and all others
11 similarly situated

12
   Jack R. Nelson, SBN 111863
13 E-Mail: jnelson@reedsmith.com
   REED SMITH LLP
14 1510 Page Mill Road, Suite 110
   Palo Alto, California  94304
15 Telephone:  650.352.0500
   Facsimile:  650.352.0699
16

17 Attorneys for Defendant Wachovia Bank, N.A.

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
2/20/2009

18

19
                  UNITED STATES DISTRICT COURT
20
                 NORTHERN DISTRICT OF CALIFORNIA
21
                         SAN JOSE DIVISION
22

23 | ANITA HUNTER, et al., | Case No.: 5:07-cv-02795 JW |

24 |         Plaintiffs,    | **SIPULATION AND PROPOSED ORDER RE FILING OF PLAINTIFF'S OPPOSITION AND WACHOVIA'S REPLY RE WACHOVIA'S MOTION TO TRANSFER** |

25 |    vs.                 |

26 | EDWARD H. OKUN, et al., |

27 |         Defendants.    | Date:  March 9, 2009
                              Time:  10:00 a.m.
28

– 1 –

STIPULATION AND PROPOSED ORDER RE FILING OF PLAINTIFF'S OPPOSITION AND WACHOVIA'S
REPLY RE WACHOVIA'S MOTION TO TRANSFER
Case No.: 5:07-cv-02795 JW

WHEREAS, on February 13, 2009, Wachovia filed its Motion to Transfer Pursuant to 28 U.S.C. Sections 1412 and/or 1404(a) ("Motion"), set to be heard on March 30, 2009,

WHEREAS on February 18, 2009, 21 days before Plaintiffs' Opposition was due to be filed, the Court *sua sponte* advanced the hearing date on the Motion, by 21 days, moving it to March 9, 2009,

WHEREAS, by advancing the hearing date, Plaintiffs' entire statutory opposition filing time was eliminated,

WHEREAS, the Court's order was silent as to new filing dates for Oppositions and a Reply,

WHEREAS, in light of the Court's *sua sponte* Order and the elimination of the statutory filing deadlines, Plaintiffs and Wachovia have agreed to the following briefing schedule for Plaintiffs' Opposition and Wachovia's Reply:

Plaintiffs' Opposition to be filed on Thursday, February 26, 2009; and

Wachovia's Reply to be filed on Monday, March 2, 2009.

SO STIPULATED.

Date: February 20, 2009          HOLLISTER & BRACE
                                 FOLEY BEZEK BEHLE & CURTIS, LLP

                                 By:_____/s/_____
                                 Robert L. Brace, counsel for Plaintiffs

Date: February 20, 2009          REED SMITH, LLP

                                 By:_____/s/_____
                                 Jack R. Nelson, counsel for Defendant Wachovia
                                 Bank, N.A.

ORDER

IT IS SO ORDERED.    The Stipulation is found as MOOT. The Hearing on Defendant Wachovia Bank, N.A.'s Motion to Transfer has been continued back toto the original hearing date of March 30, 2009. Briefing should follow in accordance with the Civil Local Rules.

DATE: February 20, 2009          *James Ware*
                                 UNITED STATES DISTRICT JUDGE