Robert L. Brace, SBN. 122240
E-Mail: rlbrace@hbsb.com
Michael P. Denver, SBN 199279
E-Mail: mpdenver@hbsb.com
HOLLISTER & BRACE
P.O. Box 630
Santa Barbara, CA 93102
Tel: 805.963.6711
Fax: 805.965.0329

Thomas Foley, SBN. 65812
E-Mail: tfoley@foleybezek.com
FOLEY, BEZEK, BEHLE & CURTIS, LLP
15 W. Carrillo Street
Santa Barbara, CA 93101
Telephone: 805.962.9495
Facsimile: 805.962.0722
Attorneys for Plaintiffs, and all others
similarly situated

Jack R. Nelson, SBN 111863
E-Mail: jnelson@reedsmith.com
REED SMITH LLP
1510 Page Mill Road, Suite 110
Palo Alto, California 94304
Telephone: 650.352.0500
Facsimile: 650.352.0699

Attorneys for Defendant Wachovia Bank, N.A.

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, et al., | Case No.: 5:07-cv-02795 JW |
| Plaintiffs, | **ORDER STAYING CASE PENDING MDL PANEL'S HEARING ON MOTION TO TRANSFER** |
| vs. | |
| EDWARD H. OKUN, et al., | Date: March 30, 2009 |
| Defendants. | Time: 10:00 a.m. |

1    WHEREAS, on January 20, 2009, Plaintiffs filed a Motion for Transfer and
2 Consolidation of Related Actions to the Northern District of California or the District of Nevada
3 Under 28 U.S.C. § 1407 ("Plaintiff's MDL Transfer Motion"), before the Judicial Panel on
4 Multidistrict Litigation ("MDL Panel") with a hearing date to be set by the MDL Panel,

5    WHEREAS on February 13, 2009, Wachovia filed its Motion to Transfer Pursuant to 28
6 U.S.C. Sections 1412 and/or 1404(a) ("Wachovia's N.D. Cal. Transfer Motion") in this Court,
7 set to be heard on March 30, 2009,

8    WHEREAS, the MDL Panel recently set a hearing date for Plaintiff's MDL Transfer
9 Motion to be heard on March 26, 2009,

10    WHEREAS, Plaintiffs believe that this Court's determination on Wachovia's N.D. Cal.
11 Transfer Motion should be postponed until, at the earliest, sometime after the MDL Panel has
12 ruled on Plaintiff's MDL Transfer Motion,

13    WHEREAS, Wachovia believes that this Court should rule on Wachovia's N.D. Cal.
14 Transfer Motion irrespective of the MDL Panel's consideration of, or ruling on, Plaintiffs' MDL
15 Transfer Motion,

16    WHEREAS, there is another hearing currently set before this Court for Monday, March
17 9, 2009, at which point counsel for the parties intend to seek the Court's determination
18 concerning the timing of the briefing and hearing on Wachovia's N.D. Cal. Transfer Motion,

19    WHEREAS, to avoid any party's having to brief an issue that the Court may postpone
20 determination of (the substance of Wachovia's N.D. Cal. Transfer Motion), the parties have
21 agreed to a proposed revised briefing schedule for Plaintiffs' Opposition to Wachovia's N.D.
22 Cal. Transfer Motion that will allow the parties to receive the Court's comments concerning the
23 timing issue while also allowing any interested party sufficient time to prepare their Opposition
24 or other response, and Wachovia' its Reply, in the event the Court decides not to postpone the
25 matter,

26    WHEREAS, the parties, by and through their counsel of record have agreed that:

27    **Plaintiffs' Opposition (and any other party's opposition or response) is to be filed**
28 **on Monday, March 16, 2009**

1 **Wachovia's Reply is to be filed on Monday, March 23, 2009**

2 WHEREAS, this briefing schedule is applicable to all parties who would oppose or respond to Wachovia's N.D. Cal. Transfer Motion,

4 WHEREAS, the parties' stipulation to this briefing schedule is independent of whether or not the Court ultimately enters an Order hereon, such that in the event the Court declines to enter such an Order, Wachovia waives its right to argue that Plaintiffs' Opposition (or any other party's opposition or response) is late, provided it is filed within the time set forth in this stipulation, and Plaintiffs and any other party signing below waive their right to argue that Wachovia's Reply is late, provided it is filed within the time set forth in this stipulation.

SO STIPULATED.

Date: February 24, 2009            HOLLISTER & BRACE
                                   FOLEY BEZEK BEHLE & CURTIS, LLP


                                   By:_____/s/_____
                                   Thomas G. Foley, Jr.,
                                   Rusty Brace,
                                   counsel for Plaintiffs

Date: February 24, 2009            REED SMITH, LLP


                                   By:_____/s/_____
                                   Jack R. Nelson, counsel for Defendant Wachovia
                                   Bank, N.A.

Date: February 24, 2009            MARGOLIS & TISMAN LLP



                                   By:_____/s/_____
                                   Mike Margolis, counsel for Defendant San
                                   Francisco Series of Lockton Companies, LLC

**ORDER**

In light of the pending Motion to Transfer before the MDL Panel set to be heard on March 26, 2009, the Court finds good cause to STAY this case pending the Panel's decision. Accordingly, all pending Motions currently set for hearing on March 9, 2009 and March 30, 2009 (Docket Item Nos. 112, 116, 139, 164) are ordered off calendar. All deadlines are VACATED, including the Case Management Conference currently scheduled for March 9, 2009.

Within ten (10) days of the Panel's decision, the parties shall file a Joint Status Statement. The Statement shall include, among other things, the parties' request to lift the stay and a proposed schedule to address the pending motions.

Dated:  February 26, 2009

_____
JAMES WARE
United States District Judge