IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Anita Hunter, | No. C 07-02795 JW |
|        Plaintiff, | **ORDER LIFTING STAY; SETTING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Edward H. Okun, et al., | |
|        Defendants. | |

Pursuant to the Court's February 26, 2009 Order staying this case pending a hearing by the Multi-District Litigation Panel ("Panel"), the parties have filed Joint Status Reports following the Panel's determination to transfer an action pending in the District of Massachusetts to this district. In light of the Panel's Order and the parties' Joint Status Reports, the Court lifts the stay in this case.

Accordingly, all parties are ordered to appear for a Case Management Conference on **June 22, 2009 at 10 a.m.** The parties shall submit a Joint Global Case Management Statement on or before **June 12, 2009**. The Statement shall update the Court on, among other things, a proposed schedule for anticipated motions for preliminary approval of class settlements and the parties' plan for proceeding with any remaining Defendants or claims in this putative consolidated class action. To the extent the District of Massachusetts litigation is in the process of being transferred and has not arrived to this Court, the parties in this action shall provide notice to the parties in the

Massachusetts action of the June 22, 2009 Conference and those parties shall participate in the preparing of the Joint Global Statement.

A temporary stay on all responsive pleadings shall remain in place until and up to June 22, 2009. The Court will set an appropriate date for filing responsive pleadings following the June 22, 2009 Conference. Accordingly, all Stipulations regarding extended time to file Responsive pleadings are moot.

This Order moots Defendants' Motions to Transfer and consolidate the Massachusetts action. (See Docket Items No. 112, 139, 164.) In addition, the Court DENIES Plaintiff's Motion to Designate Interim Class Counsel as premature. The Court DENIES Defendant Okun's Motion to Appoint Counsel and to "Remand." (See Docket Item No. 185.)

Dated: May 22, 2009

JAMES WARE
United States District Judge

**United States District Court**
**For the Northern District of California**

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew B. Downs andy.downs@bullivant.com
Brandon Adam Block brandon@bblocklaw.com
Craig Stuart Granet Cgranet@fmam.com
Jack R. Nelson jnelson@reedsmith.com
John Lauchlan Kortum jkortum@archernorris.com
Kathleen Card kathy@parrlawgroup.com
Michael P. Denver mpdenver@hbsb.com
Natalia Litchev natasol@comcast.net
Robert Louis Brace rlbrace@hbsb.com
Shawn Robert Parr shawn@parrlawgroup.com
Sujata Trivedi Reuter sujata@parrlawgroup.com
Thomas G. Foley tfoley@foleybezek.com

Edward H Okun
Northern Neck Regional Jail (NNRJ)
3908 Richmond Rd.
P. O. Box 1060
Warsaw, VA 22572

**Dated: May 22, 2009**                     **Richard W. Wieking, Clerk**

                                            **By:  /s/ JW Chambers**
                                                 **Elizabeth Garcia**
                                                 **Courtroom Deputy**