*GRANTED*
*[signature] Judge James Ware*
6/22/2009

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anita Hunter<br><br>PLAINTIFF(S)<br>v.<br><br>Edward Okun, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br>5:07-cv-2795   JW<br><br>NOTICE OF CHANGE OF<br>ATTORNEY INFORMATION |

**The following information must be provided:**

I, __Carleton R. Burch__, __130701__, __crb@amclaw.com__,
    *Name*                               *CA Bar ID Number*                  *E-mail Address*

[X] am counsel of record or [ ] out-of-state attorney in the above-entitled cause of action for the following party(s) __Defendant, Federal Insurance Company__

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
>
> I [X] consent [ ] do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

## SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:

[ ] **TO UPDATE NAME OR FIRM INFORMATION:**

    [ ] I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

        PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

[X] **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX

    [X] I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on __May 15, 2009__

    [ ] This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF

ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name __Carleton R. Burch__  CA State Bar Number __130701__
Firm/Government Agency Name __Anderson, McPharlin & Conners LLP__
Address: __444 South Flower Street, 31st Floor, Los Angeles, CA  90071__
Telephone Number __(213) 688-0080__  Facsimile Number __(213) 622-7954__
New E-mail address __crb@amclaw.com__

☐ TO BE REMOVED FROM THE CASE: **
  ☐ I am  ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

  ☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____.

  ☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

  ☐ I am  ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

** This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01 ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: __June 17, 2009__

*Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to General Order 08-02, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**