*E-Filed 7/24/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: EDWARD H. OKUN INTERNAL REVENUE SERVICE § 1031 TAX DEFERRED EXCHANGE LITIGATION | No. 5:07 CV 2795 JW (RS) |
| MDL No. 2078 | **ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SHORTEN TIME** |
| ANITA HUNTER, et al. v. EDWARD H. OKUN, et al. N.D., California, C.A. No. 5:07-2795-JW | |
| QUIRK INFINITI, INC. v. WACHOVIA BANK, N.A. D. Massachusetts, C.A. No. 1:08-12060 | |

_____/

THIS MATTER is before the Court on an unopposed motion to shorten time filed by defendant Continental Casualty Company ("CNA"). The motion to shorten time pertains to a motion for protective order to be filed by July 24, 2009. The parties have stipulated that an opposition will be filed by July 28, 2009. CNA requests a hearing on July 29, 2009.

The Court adopts the stipulated briefing schedule. The requested hearing, however, will be held on August 5, 2009, at 9:30 a.m. The depositions at issue may proceed, if at all, only upon the disposition of the pending motion for protective order.

1  IT IS SO ORDERED.

3  Dated: 7/24/09

_____
RICHARD SEEBORG
United States Magistrate Judge