*E-Filed 7/27/09*

MIKE MARGOLIS, ESQ. SBN 087785
JAMES F. PARVER, ESQ.
Admitted *Pro Hac Vice*
MARGOLIS & TISMAN LLP
444 S. Flower Street, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 683-0300
Facsimile: (213) 683-0303
Email: margolis@winlaw.com
Email: jparver@winlaw.com

Attorneys for Defendant San Francisco Series of Lockton Companies, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **IN RE: EDWARD H. OKUN INTERNAL REVENUE SERVICE § 1031 TAX DEFERRED EXCHANGE LITIGATION**<br><br>**MDL No. 2078**<br><br>ANITA HUNTER, et al. v. EDWARD H. OKUN, et al. N.D., California, C.A. No. 5:07-2795-JW<br><br>QUIRK INFINITI, INC. v. WACHOVIA BANK, N.A. D. Massachusetts, C.A. No. 1:08-12060 | **Case No.: 5:07-cv-02795-JW**<br><br>**Assigned to the Hon. James Ware**<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT LOCKTON'S TIME TO OPPOSE CONTINENTAL CASUALTY COMPANY'S MOTION FOR A PROTECTIVE ORDER** |

It is hereby stipulated and agreed by and between the undersigned attorneys for their respective parties that the time for Defendant San Francisco Series of Lockton Companies, LLC ("Lockton") to file and serve its opposition to Continental Casualty Company's Motion for a Protective Order is extended from July 28, 2009 to July 30, 2009.

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
444 SOUTH FLOWER STREET
SUITE 2300
LOS ANGELES
CALIFORNIA 90071

**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT LOCKTON'S TIME TO OPPOSE CONTINENTAL CASUALTY COMPANY'S MOTION FOR A PROTECTIVE ORDER**

1  DATED: July 27, 2009

2                                        TROUTMAN SANDERS LLP

3

4                                        By: /s/ Becki F. Kieffer
                                             Becki F. Kieffer (SBN 197773)
5                                            5 Park Plaza, Suite 1200
                                             Irvine, CA 92614-8592
6                                            Telephone: (949) 622-2700
                                             Facsimile:  (949) 622-2739
7

8                                        Attorneys for Continental Casualty Company

9

10 DATED: July 27, 2009

11                                       MARGOLIS & TISMAN LLP

12

13                                       By: /s/ James F. Parver
                                             Mike Margolis
14                                           James F. Parver Admitted *Pro Hac Vice*
                                             444 S. Flower Street, Suite 2300
15                                           Los Angeles, CA 90071
                                             Telephone: (213) 683-0300
16                                           Facsimile:  (213) 683-0303
17

18                                       Attorneys for Defendant San Francisco Series
                                         of Lockton Companies, LLC
19

20

21                                         ORDER

22 PURSUANT TO STIPULATION,

23      IT IS SO ORDERED.

24

25  7/27/09
    _____                 _____
26 DATE:                                  RICHARD SEEBORG,
                                          UNITED STATES MAGISTRATE JUDGE
27

28

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
444 SOUTH FLOWER STREET
SUITE 2300
LOS ANGELES
CALIFORNIA 90071

**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT LOCKTON'S TIME TO OPPOSE CONTINENTAL CASUALTY COMPANY'S MOTION FOR A PROTECTIVE ORDER**

2