CRAIG S. GRANET, State Bar #071020
FELL, MARKING, ABKIN, MONTGOMERY,
GRANET & RANEY, LLP
222 East Carrillo Street, Suite 400
Santa Barbara, California 93101-2142
(805) 963-0755

Attorneys for Defendants J. Patrick Dowdall; William A.
Hazel; Charles D. Subrt; and James F. Livesey

*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA HUNTER, et al., | Case No.: 5:07-CV-02795-JW |
| Plaintiffs, | |
| vs. | STIPULATION FOR STAY OF PROCEEDING AS TO DEFENDANTS J. PATRICK DOWDALL, WILLIAM A. HAZEL, CHARLES D. SUBRT, AND JAMES F. LIVESEY; ORDER THEREON |
| EDWARD H. OKUN, et al., | |
| Defendants. | |

　　　　IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants J. Patrick Dowdall, William A. Hazel, Charles D. Subrt, and James F. Livesey (hereinafter referred to as "Defendants"), by their respective attorneys, as follows:

　　　　1.　　Following the Hearing on Plaintiffs' Motion for Preliminary Approval of the Wave I Settlement Agreements, on June 22, 2009, the Court issued an Order Granting Preliminary Approval of those Settlements, including the settlement with said Defendants. The Hearing on Final Approval of those Settlements is set for October 7, 2009.

　　　　2.　　On that same date, June 22, 2009, at the Case Management Conference, said Defendants requested that, in light of that settlement and in light of the fact that they are

1

STIPULATION FOR STAY OF PROCEEDING AS TO DEFENDANTS J. PATRICK DOWDALL,
WILLIAM A. HAZEL, CHARLES D. SUBRT, AND JAMES F. LIVESEY; ORDER THEREON
CASE NO.: 5:07-CV-02795-JW

1 individual Defendants for whom continued participation in this action would present a hardship,
2 the Court stay this proceeding as to said Defendants pending Final Approval of their settlement
3 with Plaintiffs. The Court indicated that, if Plaintiffs were willing to so stipulate, the Court
4 would approve such a stay.

5     3. Accordingly, Plaintiffs and said Defendants hereby stipulate that this
6 proceeding shall be stayed as to said Defendants pending Final Approval of said Defendants'
7 settlement with Plaintiffs, such that said Defendants need not file any responsive pleadings, need
8 not participate in any pretrial or trial matters, and need not make any further Court appearances.
9 In the event that Final Approval is not for some reason granted to the settlement involving said
10 Defendants, then said stay may be terminated upon 20-days written notice by Plaintiffs to said
11 Defendants or upon further Order of the Court.

Dated: 7/21/09

ROBERT L. BRACE
MICHAEL P. DENVER
HOLLISTER & BRACE

By: _____
Michael P. Denver
Attorneys for Plaintiffs

Dated: 7/22/09

CRAIG S. GRANET
FELL, MARKING, ABKIN, MONTGOMERY,
GRANET & RANEY, LLP

By: _____
Craig S. Granet
Attorneys for Defendants J. Patrick
Dowdall, William A. Hazel, Charles D.
Subrt, and James F. Livesey

///
///
///
///
///

2

STIPULATION FOR STAY OF PROCEEDING AS TO DEFENDANTS J. PATRICK DOWDALL,
WILLIAM A. HAZEL, CHARLES D. SUBRT, AND JAMES F. LIVESEY; ORDER THEREON
CASE NO.: 5:07-CV-02795-JW

## ORDER

Based upon the foregoing Stipulation, and

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED THAT this proceeding shall be stayed as to Defendants J. Patrick Dowdall, William A. Hazel, Charles D. Subrt, and James F. Livesey, such that said Defendants need not file any responsive pleadings, need not participate in any pretrial or trial matters, and need not make any further Court appearances pending Final Approval of their settlement with Plaintiffs.

Dated: July 29, 2009

_____
UNITED STATES DISTRICT JUDGE

3

STIPULATION FOR STAY OF PROCEEDING AS TO DEFENDANTS J. PATRICK DOWDALL, WILLIAM A. HAZEL, CHARLES D. SUBRT, AND JAMES F. LIVESEY; ORDER THEREON
CASE NO.: 5:07-CV-02795-JW