IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Anita Hunter, et al | NO. C 07-02795 JW |
| | NO. C 09-02079 JW |
| Plaintiff(s), | |
| v. | **ORDER DIRECTING THE PARTIES TO SET UP TELEPHONIC CONFERENCE LINE FOR HEARING** |
| Edward H. Okun et al, | |
| / | |
| Citibank, N.A. et al | |
| Defendant(s). | |
| / | |

The parties are scheduled for a coordinated hearing in the above matters and a related Bankruptcy Matter from the Southern District of New York before Hon. Martin Glenn. The Court has coordinated this matter to have appearances by video and by telephone on **October 7, 2009 at 8:00 AM** in the Ceremonial Courtroom on the 19th Floor in the San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. The parties appearing by telephone shall coordinate a call conference line for the Court to use for the hearing. On or before **October 1, 2009,** the parties shall contact Ms. Elizabeth Garcia, Courtroom Deputy for Judge James Ware to provide her with the call in number and an email list of all those who will be making appearances by telephone.

Dated: September 24, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew B. Downs andy.downs@bullivant.com
Becki F. Kieffer courtir@troutmansanders.com
Carleton R. Burch crb@amclaw.com
Christine Marie Morgan cmorgan@reedsmith.com
Craig Stuart Granet Cgranet@fmam.com
Daniel Sean Velarde svelarde@bfw-law.com
Jack R. Nelson jnelson@reedsmith.com
James F. Parver jparver@winlaw.com
Jennifer Michelle Osgood josgood@bfw-law.com
John Lauchlan Kortum jkortum@archernorris.com
Jose Ruben Hinojosa jhinojosa@obht.com
Kathleen Card kathy@parrlawgroup.com
Mark Joseph Krone mk@amclaw.com
Michael Jeffrey Norton mnorton@bfw-law.com
Michael P. Denver mpdenver@hbsb.com
Naki Margolis Irvin nakim@winlaw.com
Natalia Litchev natasol@comcast.net
Peter Wells McGaw pmcgaw@archernorris.com
Robert Louis Brace rlbrace@hbsb.com
Shawn Robert Parr shawn@parrlawgroup.com
Steven Scott Kimball ssk@sojllp.com
Sujata Trivedi Reuter sujata@parrlawgroup.com
Thomas G. Foley tfoley@foleybezek.com

Dated:  September 24, 2009                             **Richard W. Wieking, Clerk**

                                                       **By:     /s/ JW Chambers**
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California