Robert L. Brace, Esq., SBN 122240
Email: rlbrace@hbsb.com
Peter L. Candy, Esq., SBN 149976
Email: pcandy@hbsb.com
Michael P. Denver, Esq., SBN 199279
Email: mpdenver@hbsb.com
**HOLLISTER & BRACE**
P.O. Box 630
Santa Barbara, CA 93102
Telephone: 805.963.6711
Facsimile: 805.965.0329

Thomas G. Foley, Jr., Esq., SBN 65812
Email: tfoley@foleybezek.com
**FOLEY, BEZEK, BEHLE
 & CURTIS, LLP**
15 W. Carrillo Street
Santa Barbara, CA 93101
Telephone: 805.962.9495
Facsimile: 805.962.0722
*Attorneys for the Hunter Plaintiffs and the Class*

Anthony R. Zelle, Esq., Mass. SBN 548141
Email: tzelle@zelmcd.com
Brian McDonough, Esq., Mass. SBN 637999
Email: bmcdonough@zelmcd.com
Thomas Evans, Esq., SBN 552820
Email: tevans@zelmcd.com
**ZELLE MCDONOUGH & COHEN LLP**
101 Federal Street, 14th Floor
Boston, MA 02110
Telephone: 617.742.6520 x219
Facsimile: 617.742.1393
 (Appearing *Pro hac vice*)
*Attorneys for Plaintiff Quirk Infiniti, Inc. and the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: EDWARD H. OKUN INTERNAL REVENUE SERVICE § 1031 TAX DEFERRED EXCHANGE LITIGATION<br><br>MDL No. 2028<br><br>Anita Hunter, et al. v. Edward H. Okun, et al.<br>N.D., California, C.A. No. 5:07-2795-JW<br><br>Quirk Infiniti, Inc. v. Wachovia Bank, N.A.<br>D. Massachusetts, C.A. No. 1:08-12060 | Case No. 07-cv-2795 JW<br><br>Assigned to the Hon. James Ware<br><br>Chapter 11<br>Case No. 07-11448 (mg)<br>Jointly Administered<br><br>[PROPOSED] ORDER<br>REGARDING CELL PHONE USE<br>AT THE OCTOBER 7, 2009 HEARING |

THE COURT HEREBY ORDERS THAT, with respect to the October 7, 2009 Wave I Final Fairness Hearing, which will occur at 8:00 a.m. in the San Francisco District Court, Ceremonial Courtroom, 19th Floor, 450 Golden Gate Avenue, in San Francisco, California, which is being coordinated with a Hearing set to occur at the same time before Bankruptcy Judge Martin Glenn in New York in the action styled *In Re: The 1031 Tax Group, LLC*, Case

1

No. 07-11448 (MG) (the "Bankruptcy Proceedings"), Mr. Michael Devorkin, of Golenbock, Eiseman, Assor, Bell & Peskoe LLP, Mr. Michael Denver, of Hollister & Brace, and, D. Sean Velarde, of Burns, Figa & Will, may use cellular telephones to communicate off the record with participants in the Bankruptcy Proceedings, as needed.

**IT IS SO ORDERED.**

Dated: October 5, 2009

                                              JAMES WARE
                                   UNITED STATES DISTRICT JUDGE