| | |
|---|---|
| Robert L. Brace, SBN. 122240<br>Email: rlbrace@hbsb.com<br>Michael P. Denver, SBN 199279<br>Email: mpdenver@hbsb.com<br>**HOLLISTER & BRACE**<br>P.O. Box 630<br>Santa Barbara, CA 93102<br>Telephone: 805.963.6711<br>Facsimile: 805.965.0329<br><br>Thomas G. Foley, Jr. SBN. 65812<br>Email: tfoley@foleybezek.com<br>**FOLEY, BEZEK, BEHLE<br>& CURTIS, LLP**<br>15 W. Carrillo Street<br>Santa Barbara, CA 93101<br>Telephone: 805.962.9495<br>Facsimile: 805.962.0722<br>Attorneys for Plaintiffs, and all others<br>similarly situated | Anthony R. Zelle, Esq., SBN 548141<br>Email: tzelle@zelmcd.com<br>Brian McDonough, Esq., SBN 637999<br>Email: bmcdonough@zelmcd.com<br>Thomas Evans, Esq., SBN 552820<br>Email: tevans@zelmcd.com<br>**ZELLE MCDONOUGH & COHEN LLP**<br>101 Federal Street, 14th Floor<br>Boston, MA 02110<br>Telephone:<br>Facsimile:<br>(Appearing *pro hac vice*)<br>Attorneys for Plaintiffs, and<br>the Class |

*DENIED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: EDWARD H. OKUN INTERNAL REVENUE SERVICE § 1031 TAX DEFERRED EXCHANGE LITIGATION<br><br>MDL No. 2028<br><br>Anita Hunter, et al. v. Edward H. Okun, et al.<br>N.D., California, C.A. No. 5:07-2795-JW<br><br>Quirk Infiniti, Inc. v. Wachovia Bank, N.A.<br>D. Massachusetts, C.A. No. 1:08-12060 | Case No. 07-2795 JW<br><br>**STIPULATION AND ORDER FOR STAY OF PROCEEDINGS AS TO DEFENDANT SAN FRANCISCO SERIES OF LOCKTON COMPANIES, LLC, EXCEPT FOR MATTERS RELATING TO APPROVAL OF THE LOCKTON SETTLEMENT** |

WHEREAS, at the October 7, 2009 Wave I Final Fairness Hearing, the Court granted Plaintiffs' Motion for final approval of the Wave I Settlements, totaling over $88 million (Docket No. 304);

WHEREAS, at the October 7 hearing, the Court was informed that Wave II Settlements are being negotiated and will be presented to the Court in the near future;

WHEREAS, Plaintiffs have negotiated a Wave II Settlement with Defendant San

– 1 –

Francisco Series of Lockton Companies, LLC ("Lockton"), and that settlement has been executed;

WHEREAS, the Lockton Settlement requires that the Court be requested to stay the litigation against Lockton (except for matters relating to the settlement approval process), pending the Court's decision on whether or not to approve the Lockton Settlement;

NOW THEREFORE, Plaintiffs, on the one hand and Lockton, on the other, hereby AGREE and STIPULATE that (i) with respect to Lockton and only Lockton, and, except for matters relating to the court approval process of the Wave II Lockton Settlement, the above-captioned litigation should be stayed, such that Lockton need not participate in discovery, pre-trial or trial matters, and need not make any further court appearances, other than those related to the Lockton Settlement approval process; and (ii) in the event the Court does not approve the Lockton Settlement, or, upon written notice to the Court that Plaintiffs or Lockton wish the stay to be lifted, the stay should be lifted.

DATED: October 14, 2009

By: /s/ Michael P. Denver
Robert L. Brace, SBN. 122240
Email: rlbrace@hbsb.com
Michael P. Denver, SBN 199279
Email: mpdenver@hbsb.com
**HOLLISTER & BRACE**
P.O. Box 630
Santa Barbara, CA 93102
Telephone: (805)963.6711
Facsimile: (805) 965.0329
*Attorneys for Hunter Plaintiffs and the Class*

DATED: October 14, 2009

By: /s/ Mike Margolis
Mike Margolis, Esq.
Naki Irvin, Esq.
**MARGOLIS & TISMAN LLP**
444 S Flower St Suite 2300
Los Angeles, CA 90071
Telephone: (213) 416-8889
Facsimile: (213) 683-0303
*Attorneys for Defendant San Francisco Series of Lockton Companies, LLC*

**\*\*\* ORDER \*\*\***

The parties' Stipulation for a Stay is improper and therefore DENIED. Rather, the Court simply orders that because Defendant San Francisco Series of Lockton Companies, LLC is one of the participants in the Wave II settlement, Defendant need not Answer or participate in discovery at this time.

Dated: October 15, 2009

_____
JAMES WARE
United States District Judge