**EXHIBIT 2**

# HOLLISTER & BRACE

A PROFESSIONAL CORPORATION
ATTORNEYS at LAW

ESTABLISHED 1966
1126 SANTA BARBARA STREET
SANTA BARBARA, CALIFORNIA 93101
(805) 963-6711

MAILING ADDRESS
P.O. BOX 630
SANTA BARBARA
CALIFORNIA 93102
FAX: (805) 965-0329
FED. TAX I.D. NO.: 95-2801948

April 08, 2010
Client: 007316
Matter: 000002
Invoice #: 10277641
Resp. Atty: RLB
Page: 1

RE: Hunter v. Okun
Settlement Processing re: Trustee Settlements with
Schedule A Defendants

For Professional Services Rendered Through July 31, 2009

## SERVICES

| Date | Person | Description of Services | Hours |
|---|---|---|---|
| 11/06/2008 | CAJ | Prepare Settlement files and Settlement exhibits of Trustee and Cordell Funding. | 2.20 |
| 12/12/2008 | MPD | Review materials from Devorkin regarding settlement processing. Review proposed agreement. Communicate with RLB regarding same. | 1.00 |
| 12/18/2008 | RLB | Telephone call with Dave DiBiase re: Settlement with Federal in Okun; Review email form Mary Mcnamara. | 0.25 |
| 12/30/2008 | PLC | Reviewed case background and pleadings for purposes of processing settlements. | 2.00 |
| 01/07/2009 | PLC | Reviewed pleadings filed in class action against Okun and related entities; developed information necessary to support court approval of insurer settlements, including reasonableness of settled amounts and general fairness; prepared notes to file. | 3.50 |
| 01/08/2009 | PLC | Reviewed terms of draft cooperation agreement between bankruptcy trustee and class pertaining to allocation of resourses and court approval of settlements; interoffice attorney conference with Rusty Brace regarding same; developed information necessary to seek court approval of settlements. | 4.25 |
| 01/08/2009 | RLB | Open new matter report; Email team regarding bill to .002 for settlement processing. | 0.50 |
| 01/09/2009 | RLB | Review CNA Settlement Agreement. | 0.50 |
| 01/15/2009 | PLC | Receipt and review of draft CNA settlement agreement; conference with Rusty Brace regarding settlement terms. | 1.50 |
| 01/20/2009 | RLB | Meet with Candy; Candy to process settlements under .02 file. | 0.50 |

April 08, 2010
Client: 007316
Matter: 000002
Invoice #: 10277641
Resp. Atty: RLB
Page: 2

## SERVICES

| Date | Person | Description of Services | Hours |
|---|---|---|---|
| 01/21/2009 | RLB | Email class representative regarding settlements; Set up conference call. | 0.50 |
| 01/23/2009 | MPD | Review Trustee Agreement materials. Review settlement materials. Conduct legal research. | 1.50 |
| 02/03/2009 | RLB | Review settlement agreements for approval by class court. | 0.50 |
| 02/21/2009 | PLC | Researched and developed motion to approve Sharing Agreement between Bankruptcy Trustee and class representatives; attempted to locate case law supporting same. | 4.00 |
| 02/23/2009 | PLC | Researched and developed motion to approve Sharing Agreement; worked with paralegal to locate case law supporting same. | 5.00 |
| 02/24/2009 | PLC | Developed motion for approval of Sharing Agreement. | 6.75 |
| 02/25/2009 | PLC | Developed motion for approval of Sharing Agreement; worked with paralegal on notice to class; developed Declaration of Robert L. Brace. | 6.50 |
| 02/26/2009 | PLC | Developed motion for approval of Sharing Agreement. | 3.00 |
| 03/02/2009 | RLB | Review settlements to process through class action; Conference with Candy re: settlements; Email Huber. | 0.75 |
| 03/26/2009 | PLC | Reviewed terms of completed "Schedule A" settlements for purposes of seeking court approval. | 3.00 |
| 03/30/2009 | PLC | Worked on motion for preliminary approval of Sharing Agreement and Schedule A settlements. | 3.50 |
| 03/31/2009 | PLC | Worked on motion for preliminary approval of Sharing Agreement and Schedule A settlements. | 2.00 |
| 04/07/2009 | PLC | Developed motion for approval of Cooperation Agreement. | 2.00 |
| 04/07/2009 | PLC | Reviewed Schedule A settlements; prepared summary of terms. | 1.00 |
| 04/08/2009 | PLC | Reviewed Schedule A settlements; prepared summary of terms. | 2.00 |
| 04/09/2009 | PLC | Reviewed Schedule A settlements; prepared summary of terms; teleconference with Rusty Brace and Mike Denver regarding Wachovia settlement. | 3.00 |
| 04/21/2009 | PLC | Developed motion for preliminary approval of Cooperation Agreement and Schedule A Settlements; notice to class and declaration of Robert Brace. | 2.00 |
| 04/23/2009 | PLC | Developed motion for preliminary approval of Cooperation Agreement and Schedule A settlements; notice to class and declaration of Robert Brace. | 2.00 |
| 04/24/2009 | PLC | Developed motion for preliminary approval of Wachovia settlement; worked on amended complaint and summaries of Schedule A settlements. | 3.25 |

April 08, 2010
Client: 007316
Matter: 000002
Invoice #: 10277641
Resp. Atty: RLB
Page: 3

## SERVICES

| Date | Person | Description of Services | Hours |
|---|---|---|---|
| 04/24/2009 | PLC | Developed motion for preliminary approval of Cooperation Agreement and Schedule A settlements; notice to class and declaration of Robert Brace. | 3.25 |
| 04/25/2009 | PLC | Developed motion for preliminary approval of Wachovia Settlement; worked on amended complaint and summaries of Schedule A settlements. | 2.00 |
| 04/25/2009 | PLC | Developed motion for preliminary approval of Cooerpation Agreement and Schedule A settlements; notice to class and declaration of Robert Brace. | 2.00 |
| 04/27/2009 | PLC | Developed motion for preliminary approval of Cooperation Agreement and Schedule A settlements; notice to class and declaration of Robert Brace. | 2.50 |
| 04/28/2009 | PLC | Developed motion for preliminary approval of Wachovia setttlement; notice to class and declaration of Robert Brace. | 5.00 |
| 04/28/2009 | PLC | Developed motion for preliminary approval of Cooperation Agreement and Schedule A settlements; notice to class and declaration of Robert Brace. | 3.00 |
| 04/29/2009 | PLC | Completed draft motion for preliminary approval of Cooperation Agreement and Schedule A settlements; conference with Robert Brace; distributed to affected parties. | 3.00 |
| 05/01/2009 | PLC | Developed notice to class and declaration of Robert Brace in support of preliminary approval; drafted proposed order and schedule of events; meeting with Mr. Brace. | 4.00 |
| 05/01/2009 | PLC | Developed notice to class; drafted proposed order and schedule of events supporting preliminary approval of WAVE. | 2.00 |
| 05/01/2009 | MPD | Review proposed carrier settlements to be filed in class action. Work on same. | 6.50 |
| 05/04/2009 | PLC | Developed motion for preliminary approval of Wave I. | 2.00 |
| 05/08/2009 | PLC | Developed motion for preliminary approval of Wave I. | 4.50 |
| 05/08/2009 | PLC | Developed motion for preliminary approval of Wave I. | 2.00 |
| 05/11/2009 | SBW | Obtain signatures for 4th amend. to Trustee Agreement and email Devorkin; Email representative plaintiffs copy of draft asking for their review and comment. | 1.00 |
| 05/12/2009 | PLC | Developed declaration of Robert Brace in support of motion for preliminary approval of Cooperation Agreement and Schedule "A" settlements. | 1.25 |
| 05/12/2009 | MPD | Review Twin City's revised settlement. Exchange emails with Downs regarding necessary revisions to same. | 2.00 |
| 05/13/2009 | PLC | Developed motion for preliminary approval of Wave I; worked on declaration of Robert Brace in support of motion to approve Wachovia settlement. | 2.00 |

April 08, 2010
Client: 007316
Matter: 000002
Invoice #: 10277641
Resp. Atty: RLB
Page: 4

## SERVICES

| Date | Person | Description of Services | Hours |
|---|---|---|---|
| 05/13/2009 | PLC | Developed motion for preliminary approval of Wave I; worked on declaration of Robert Brace in support of motion to approve Class/Trustee Agreement and Schedule "A" settlements. | 1.00 |
| 05/22/2009 | PLC | Interoffice attorney conference with Rusty Brace regarding strategy for getting Wave I preliminary approval motion finalized and filed; worked on same. | 4.50 |
| 05/22/2009 | SBW | Call Judge Ware's chambers to find earliest date to hear Motion to Approve Settlements and for Order shortening time. | 0.50 |
| 05/24/2009 | RLB | Work on motion to approve settlements. | 2.00 |
| 05/25/2009 | PLC | Worked on finalizing motion for preliminary approval of Wave I; developed summary of Wave I settlements for filing with court. | 3.00 |
| 05/25/2009 | PLC | Worked on finalizing motion for preliminary approval of Wave I; developed summary of Wave I settlements for filing with court. | 1.00 |
| 05/26/2009 | PLC | Multiple meetings and e-mail exchanges with Mike Denver to finalize motion for preliminary approval of Wave I; worked on defining class and incorporating class definition into motion papers to be filed with the court. | 3.00 |
| 05/26/2009 | PLC | Multiple meetings and e-mail exchanges with Mike Denver to finalize motion for preliminary approval of Wave I; worked on defining class and incorporating class definition into motion papers to be filed with the court. | 1.00 |
| 05/26/2009 | MPD | Review materials from A. Downs. Several lengthy telephone calls with A. Downs. Email exchanges with Downs. Work on class definition and settlement issues. Email exchange with Trustee's counsel regarding settlement class definition. Work on Twin City agreement with the Class. | 3.50 |
| 05/26/2009 | MPD | Communicate with Plaintiffs' team members regarding Class. Review local rules. Prepare motion for order shortening time. Review settlements. Work on preliminary approval papers. | 3.50 |
| 05/26/2009 | VM | Worked on report for Robert Brace for class action notice to be mailed with settlement name, loss amount, settlement amount, net amount, QI, date of deposit and the state of deposit during transaction. | 7.00 |
| 05/27/2009 | PLC | Multiple e-mail exchanges regarding effort to finalize motion for preliminary approval of Wave I; receipt and review of comments on draft motion from attorneys Devorkin and Flaxer; revised draft to incorporate the same. | 4.00 |
| 05/27/2009 | PLC | Multiple e-mail exchanges regarding effort to finalize motion for preliminary approval of Wave I; receipt and review of comments on draft motion from attorneys Devorkin and Flaxer; revised draft to incorporate the same. | 2.00 |
| 05/27/2009 | SBW | Revise Motion for Wave I Settlement Approval; Calendar CMC dates. | 0.50 |

April 08, 2010
Client: 007316
Matter: 000002
Invoice #: 10277641
Resp. Atty: RLB
Page: 5

## SERVICES

| Date | Person | Description of Services | Hours |
|---|---|---|---|
| 05/28/2009 | PLC | Multiple e-mail exchanges in effort to finalize motion for preliminary approval of Wave I; receipt and review of comments from attorney Andy Downs; conference call with attorneys Devorkin and Downs to resolve issue of separate agreements with Schedule "A" Parties; worked on finalizing documents and exhibits for filing. | 6.50 |
| 05/28/2009 | PLC | Multiple e-mail exchanges in effort to finalize motion for preliminary approval of Wave I; receipt and review of comments from attorney Andy Downs; conference call with attorneys Devorkin and Downs to resolve issue of separate agreements with Schedule "A" Parties; worked on finalizing documents and exhibits for filing. | 3.50 |
| 05/28/2009 | MPD | Work on class definition and settlement approval papers. | 3.00 |
| 05/28/2009 | SBW | Final Revisions to Wave I Prelim. Approval docs for efiling; Coordinate with PLC, CR and MPD; Set up conf. call with Devorkin, MPD, Shore and Downs. | 5.00 |
| 05/28/2009 | VM | Entered exchangers data information to exchangers contact list. | 8.00 |
| 05/29/2009 | PLC | Receipt and review of additional comments; incorporated the same; finalized and filed motion for preliminary approval of Wave I. | 5.00 |
| 05/29/2009 | PLC | Receipt and review of additional comments; incorporated the same; finalized and filed motion for preliminary approval of Wave I. | 3.00 |
| 05/29/2009 | MPD | Multiple email exchanges and telephone calls with Devorkin, Downs, Siev, Nelson and other team members regarding preliminary approval issues. Finalize and file motion for Wave I preliminary approval. | 9.00 |
| 05/29/2009 | SBW | Prepare Wave I Prelim. Approval docs for efiling; Check L.Rules re: format; Coordinate with PLC, CR and MPD; Set up conf. call with Devorkin, MPD, Shore and Downs; Efile; Organize files. | 5.50 |
| 06/01/2009 | MPD | Lengthy call from Devorkin and Eiseman. Work on preliminary approval issues. | 5.50 |
| 06/02/2009 | RLB | Telephone call with Devorkin; Email Lara Coleman; Work on RLB Declaration; Prepare Motion to Preliminarily Approve $88 million in settlements; Email Jackie Veit; Email Devorkin; Work on CMO; Review email from Andy; Review email from Candace Graham. | 2.00 |
| 06/02/2009 | MPD | Review settlement materials. Prepare for preliminary approval hearing. Several communications with Devorkin regarding same. Review draft Twin City agreement with Class. Work on class definition issues. | 7.00 |
| 06/03/2009 | RLB | Work on class definition issues; Review email from Denver; Review emails from Devorkin; Review revisions to Pajonas settlement; Review email from Jordan Siev re: CAFA Notice; Review emails from Foley re: CAFA; Research CAFA; Email Margolis re: Lockton. | 2.50 |

April 08, 2010
Client:       007316
Matter:       000002
Invoice #:    10277641
Resp. Atty:   RLB
Page:         6

## SERVICES

| Date | Person | Description of Services | Hours |
|---|---|---|---|
| 06/03/2009 | MPD | Review Wave I materials. Work on Wave I preliminary approval issues. Revise draft Class settlement with Twin City. Lengthy telephone call with Devorkin regarding same. Teleconference with Eiseman, Flaxler, Devorkin and Shore regarding same. Work on class definition. Email same to Devorkin. Exchange calls with J. Siev. Conduct legal research regarding CAFA. Work on ensuring compliance with same in Wave I approval process. | 7.00 |
| 06/04/2009 | MPD | Review claims data and victims files. Numerous email exchanges with D. Albough, M. Devorkin and J. Flaxler regarding claimants and loss amounts. Work on updating database with V. Munoz. Review Downs' revisions to class settlement. Exchange communications with Downs and Devorkin regarding same. Telephone call with D. Albaugh. Meet with V. Munoz regarding same. | 5.00 |
| 06/09/2009 | MPD | Revise Twin City and Class Settlement. Exchange correspondence with Devorkin regarding Twin City and Class Settlement. Communicate with Foley regarding case status. Review files. Exchange emails with Downs. | 4.00 |
| 06/10/2009 | PLC | Developed proposed draft agreement between class and schedule A settling parties; conference with Mike Denver regarding same; receipt and review of Pajonas Settlement Agreement. | 3.00 |
| 06/10/2009 | RLB | Work on Wave I Settlements; Emails exchanged with Deovrkin; Review fidelity bond issues; Email Zelle; Email Perkins; Review materials sent by Brian McDonough; Review Twin City agreement; Prepare for San Jose hearing re: Wave I prelim. approval. | 4.00 |
| 06/10/2009 | MPD | Work on Twin City and Class Settlement. Communicate with Devorkin regarding same. Review docsuments supporting law firm claims. Supply Devorkin with same. Telephone call with Allison Alert regarding Kutak Rock. Numerous communications with Downs. Review files. | 2.00 |
| 06/12/2009 | MPD | Exchange communications with Downs, Devorkin and others regarding Class Settlements. Work on same. Communicate with Plaintiffs' team regarding settlement status. | 3.75 |
| 06/15/2009 | MPD | Communicate with Plaintiffs' and Trustee team members regarding settlement conference schedule and related issues. Review and work on Class Settlements. Discuss same with Plaintiffs' team. Exchange emails and phone calls with Devorkin regarding various case/settlement issues. Conduct legal research regarding class and CAFA notices. Work on notice issues. | 4.50 |

April 08, 2010
Client:      007316
Matter:      000002
Invoice #:   10277641
Resp. Atty:       RLB
Page:               7

**SERVICES**

| Date | Person | Description of Services | Hours |
|---|---|---|---|
| 06/17/2009 | MPD | Numerous communications with Allyson Albert regarding class agreements with schedule "A" defendants and "amendment one" to the trustee agreements. Review Twin City CAFA Notice. Meeting with M. Kramarck regarding CAFA Notices. Conduct legal research related to same. Prepare draft CAFA Notice for the Shefmans. Email to Shefmans. Call to M. Shefman. Review Schwerin subpoena information. Telephone call with Andy Olsson. Telephone call with Mike Glass. Email exchanges with Glass, Olsson and Devorkin regarding Kucera litigation. Teleconference with trustee's counsel. Review and work on Wave I Settlement materials. Work on overheads for 6/22 hearing. Prepare for hearing. | 8.50 |
| 06/17/2009 | MK | Lexis research re CAFA notice requirements; review multiple emails from Mike Denver; search CAFA notice Southwest, obtain list of settling defendants and counsel, conf. w MPD. | 1.30 |
| 06/17/2009 | MK | Conf w/ MPD, prepare Notice to All Atty's General, United States Atty, Fla Div of Real Estate, prepare Notice to Court of Section 1715 compliance, conf w/MPD, conf w/ SW, revise documents; locate contact list ; file and docket search for Exhibits to attach to Notice, Lexis research 28 USC section 1332(d); email to MPD, review Emails from MPD, edit Notice. | 3.50 |
| 06/18/2009 | RLB | Review class action settlement agreement with CNA and approve; Telephone call with Hampton Ward; Send out for signature; Work on Federal Settlement; Review Margolis Declaration and Lockton Opposition to class settleemnt; Work on Twin City settlement; Work on Bennett settlement agreement; Emails with Devorkin re: Lockton's opposition to settlement with Schedule A crime insurers. | 5.00 |
| 06/18/2009 | MPD | Review communications from CNA counsel Craig Cummings. Email to Glass and Olsson regarding CNA's position re: Kucera subpoena. Call to Cummings. Review executed Rosen trustee settlement. Review CNA's executed class settlement and amendment one to trustee settlement. File same. Call to Rob Klein counsel for Rosen. Call to M. McNAmara. Call to P. Dowdell. Email Hazel and Ring. Email exchange with Burch. Email exchange with Downs. Email S. Kimball. Call to S. Kimball. Email Hinojosa. Exchange emails with M. Shefman. Review Lockton response to Motion for Pre-App. Communicate with Downs, Shore and Devorkin regarding same. Numerous communications with Allyson Albert. Review and revise draft Shefman CAFA Notice. Meeting with M. Kramarck regarding CAFA Notices. Email exchange with M. Shefman. | 11.50 |
| 06/18/2009 | SBW | Obtain Settlement Agreements to be submitted as Exhibit with Notice; Distribute to parties for signature; Organize trustee S.A.s and keep separate from Class S.A.'s; Revise Elmo presentation for RLB for Wave I hearing. | 4.00 |
| 06/18/2009 | VM | E-mailed Marsha list of all claimants/state, printed Pacer creditor list, claims register list to compare to database. | 2.75 |

April 08, 2010
Client:       007316
Matter:       000002
Invoice #:    10277641
Resp. Atty:        RLB
Page:                8

## SERVICES

| Date | Person | Description of Services | Hours |
|---|---|---|---|
| 06/18/2009 | MK | Cross reference Claimants Spreadsheet by state of reside: prepare and type distribution list for 33 states and United States Attorney for CAFA Notices. | 3.20 |
| 06/18/2009 | MK | Revise CAFA Notices, Reformat CAFA Claimant Distribution List, Memo to MPD, Conf w/ MPD; Revise and edit Shefman Notice; conf w/ SB, conf w/ CJ, Revise CAFA Distribution List for current incumbents. | 3.30 |
| 06/19/2009 | RLB | Work on Lockton opposition to settlement issues; Prepare for Monday's hearing in San Jose re: Wave I preliminary approval; Review Allred and Kluger settlement agreements; Review bankruptcy filings; Work on CAFA Notice issues; Study Margolis settlement rpoposal; File Proposed Order; Work on Dashiell issues. | 4.00 |
| 06/19/2009 | MPD | Numerous communications with Trustee counsel regarding Settlement Amendments and Class Agreements. Prepare and file notice of class agreements. Prepare and file revised Proposed Order Re: Wave I. Call from Dashiell. Email to Dashiell. Exchange emails with Devorkin. Work on overheads. Prepare for Hearing. | 10.50 |
| 06/19/2009 | SBW | Reformat CAFA notice for Marsha; make Elmo presentation for Wave I Hearing; Emails exchanged with parties signing settlement agreements; Organize Wave I settlement files. | 7.00 |
| 06/19/2009 | MK | Edit and Revise Notice of Compliance and CAFA Notice to Regulators; conf w/ MPD; TC to Steve Kimball, Esq, Joe Hinajosa, Esq; Mary McNamara, Esq; Debbie Corbishley, Esq; Jennifer Osgood, Esq.; Robert Klein, Esq; prepare Notice of Compliance and CAFA Notice for Allred: Compose email to R. Klein; Compose email to S. Kimball; conf w/ SW; email to SW; review SW emails; strategy conf w/ MPD. | 3.60 |
| 06/19/2009 | MK | File reconciliation; conf w/ CR; TC from Robin Cross/Burns Figa for info relating to CAFA notices; prepare and send email with details and Distribution List. | 1.20 |
| 06/19/2009 | MK | TC from Mary McNamara: tc to McNamara, counsel for Dashiell; email to M McNamara re CAFA notice req'mts and strategy; email to MD; file reconciliation. | 1.50 |
| 06/21/2009 | RLB | Travel to San Jose; Review docuemnts for hearing; Meet with Mike Hellman. | 5.00 |
| 06/22/2009 | RLB | Attend Wave I Preliminary Approval hearing; Revise Order; Meet with Anita Hunter and Devorkin; Meet with Devorkin re: Lockton; Travel from San Jose to Santa Barbara. | 10.00 |
| 06/22/2009 | MK | Review District Court Docket; review C. Granet Filings; locate Agreements and Exhibits for CAFA distribution; review emails of filings from CJ; TC from Ilyse Home re CAFA; TC to Jonathan Flaxer; memo to MPD; conf w/ SW re Exhibits. | 2.00 |

April 08, 2010  
Client: 007316  
Matter: 000002  
Invoice #: 10277641  
Resp. Atty: RLB  
Page: 9

## SERVICES

| Date | Person | Description of Services | Hours |
|---|---|---|---|
| 06/23/2009 | SBW | Update email to class reps. re: settlement agreements and hearing Order; Email Doug Anderson to post Order on Website; Revise service list to include attorneys in bk matter; Email to MK to include with CAFA notice; Prepare Letter to Class Re Wave I Settlement Notice. | 4.00 |
| 06/23/2009 | MK | Conf w/ MPD; email to I Homer, TC I Homer, email to I Homer w/ attachments, search Pacer for Executed Order; conf w/ MPD; revise Shefman Court Notice and Shefman Regulators Notice, conf w/ SW; email to SW; add C Burch to contacts list; revise CAFA Distribution List; search Okun Pleadings for documents for CAFA attachments; email to SW; conf w/ MPD. | 2.90 |
| 06/23/2009 | MK | Conf w/ MPD; Revise CAFA Regulatory Notice and CAFA Compliance Notice for Shefman; Conform Regulatory Notices and Compliance Notices for Defendants Shefman, Allred, KPKB,Dashiell, Bennett, McCabe, Rosen, IPofA; compose emails with Regulatory and Compliance Notices to Robert Klein, Jennifer Osgood, Ilyse Homer, Mary McNamara, Joe Hinojosa, Steven Kimball, attach Exhibits: Ware Order 6-22-09, Excel Spreadsheet for all Claimants, Notice to the Class; TC Homer, conf w/ MPD; email to Carmen Cruz, email to Joe Hinojosa with Revised Parties list; email to Carlton Burch with CAFA distiribution list and Okun Claimants Excel Spreadsheet; TC Joe Hinajosa. | 4.40 |
| 06/24/2009 | SBW | Meet with MK re: CAFA notices. | 0.25 |
| 06/24/2009 | VM | Preparing for Wave I settlement agreement mailing, created query and report for labels and list of exchangers, attorneys, service list and assignee and added additonal service list to databse. | 6.50 |
| 06/24/2009 | MK | Revise CAFA Compliance Notice and Regulatory notice for KPKB, including attachments for Excel spreadsheet, signed Ware Order approving Wave I, CAFA distribution list , email Carmen Cruz, teleconference with Ilyse Homer/MPD; email to Homer; email to Cruz; email to Homer; review emails from Homer and Cruz, conf w/ MPD; locate Shefman contacts, revise Shefman CAFA Regulatory Notice and Compliance Notice. | 1.30 |
| 06/24/2009 | MK | Email Marga Shefman, receive signature pages by email, Email to David Shefman; receive signature pages by fax , email Marga Shefman confirming doc revisions for address; conf w/ MPD, conf w/ SW, emails to M. McNamara, S.Kimball, J. Osgood , J Hinojosa, I Homer, R Klein to confirm receipt of email w/ docs and attachments; conf w/ MPD, obtain signature of H&B on Shefman Compliance notice; conf w/ VM re corrections to Notice list; conf w/ SW re efiling. | 1.90 |
| 06/24/2009 | MK | Review emails from A Martin, reply to Emails, Convert PDF to word docs; conf w/ SW; email to A Martin for J Hinojosa; resend documents in Word and PDF format, locate Bennett CAFA notice and Bennett Regulator Notice; tc A Martin x 2. | 1.00 |
| 06/24/2009 | MK | Conform further CAFA notices. | 3.40 |

April 08, 2010
Client: 007316
Matter: 000002
Invoice #: 10277641
Resp. Atty: RLB
Page: 10

## SERVICES

| Date | Person | Description of Services | Hours |
|---|---|---|---|
| 06/25/2009 | SBW | Prepare Wave I notice documents; Combine service lists for mailing labels; meeting with VM re same; Meet with MK re CAFA notices to be sent; Prepare Proof of service. | 5.00 |
| 06/25/2009 | VM | Preparing for Wave I settlement agreement mailing, printed labels and made copies of notices for Wave I mailing (651). | 7.50 |
| 06/25/2009 | MK | Receive and Review email of CAFA Notices for filing on behalf of KPKB; email to C Cruz; conf w/ SW; email from A Martin; reply to Martin and Cruz; TC SW; conf. w/ VM re time record edits; email from A Martin; obtain Service list distribution status and labels; conf w/ MPD x 2. | 2.60 |
| 06/25/2009 | MK | Email SW; email VM re mailing labels for distribution list. ; review email Carmen Cruz, email from VM and reply; Email to MPD/RB re Kimball request for statutory interp; review emails from SW and from VM; Email SW re Service on Banks, Email from M. McNamara; email to McNamara re need signatures from Dashiell tomorrow; Memo to MPD/RLB; create memo to file of actions to secure CAFA Notice compliance from settling Defendants; Memo to SW re Citibank offer to waive service; receive label efile from C Cruz; forward Service List to A Martin for Bennett; fiel reconciliation. | 2.80 |
| 06/26/2009 | VM | Preparing for Wave I settlement agreement mailing, copied notice, sorted and stapled. | 4.25 |
| 06/26/2009 | MK | Emails to S. Kimball, A Martin, R Cross, R Klein, re CAFA Notice Service; email from Hinojosa; email from Kimball re: legal implications of wrong Regulator served; email Claimants list to B Cummings; email from M Denver, email to SW, conf w/ Susan, conf w/ MPD; conf w/ Rusty; email to S Kimball; email from J Hinososa ; email from J Osgood vis R Cross re filing ; TC A Martin re filing issues, schedules and exhibits; Email from S Kimball. | 2.10 |
| 06/26/2009 | MK | Complete CAFA filings for Shefman, KPKB, Dashiell; emails to Kimball, Klein, McNamara, Osgood , Hinojosa for status and update later; conf w/ SW to coordinate filings and mailings; email GL re Okun time edits for review; Review and edit new draft to completion; conf w/ SW; email to SW; Revise CAFA Distribution list to add CA DiV of Real Estate for Dashiell and KPKB; email C Cruz to obtain Proof of Service for Mailings to Regulators. | 3.80 |
| 06/28/2009 | MK | Reveiw emails from C Cruz (KPKB) re Proof of Mailing for the CAFA distribution list; email to Suzette re OKUN time records; Email SW re add Florida Bar to CAFA notice for KPKB: review edited time records in Okun, except final few pages with GL. | 3.00 |
| 06/29/2009 | VM | Preparing for Wave I settlement agreement mailing, labled, worked on query and report, printed labels and sorted by zip code. | 5.00 |
| 07/01/2009 | SBW | Answer calls re: Wave I Notice; Remind counsel to file CAFA notices; Email Allyson Albert CNA agreement with signatures; Organize Wave I file. | 4.00 |

April 08, 2010
Client: 007316
Matter: 000002
Invoice #: 10277641
Resp. Atty: RLB
Page: 11

## SERVICES

| Date | Person | Description of Services | Hours |
|---|---|---|---|
| 07/02/2009 | MPD | Communicate with Plaintiffs' team. Work on CAFA and Class notice issues. Telephone call with Dallas. Telephone call with J. McHale. Review Wave I materials. Work on supplemental CAFA materials. | 6.50 |
| 07/02/2009 | SBW | Answer calls re: Wave I Notice; Emails exchanged with Klein's office re: CAFA Notice for Rosen; Efile CAFA Notice for Rosen; Obtain RLB and Foley's signatures to Sharing Agreement; Make Travel plans for RLB trip to NYC for Lockton Mediation; Answer claimant questions re: Wave I; Create call log re: same; Prepare, serve and file CAFA Notice for Lloyds; Meeting re: status; Email Flaxer service lists for Wave I Mailing. | 6.00 |
| 07/02/2009 | VM | Compared list, prepared labels for Marsha's mailing and labeled envelopes. | 7.00 |
| 07/06/2009 | MPD | Review communications from Lisa Pashkoff in NY representing attorney Larry Winters. Communicate with D. Albaugh. Work on CAFA Notice issues. | 4.50 |
| 07/06/2009 | SBW | Prepare Supplemental CAFA Notice; Scan Class/Defendant Agreements and burn CDs with copies of Agreements per MPD; Take calls re: Wave I Notice. | 5.00 |
| 07/07/2009 | MPD | Communicate with Lisa Pashkoff in NY representing attorney Larry Winters. Review victims' claim information and formulate estimate of Wave I Class payments to victims. Review prior CAFA notices. Work on additional CAFA notice issues. Work on Wave I issues. | 4.00 |
| 07/07/2009 | CAJ | Review documents for CAFA notices; Get document copies; Prepare records. | 2.00 |
| 07/07/2009 | SBW | Take calls from claimants re: Wave I notice (Nadine Kelly, re: ASM buyout offer; Robert Colti ); Create tracking list for calls/issues; Obtain transcript from 6/22/09 hearing and forward to Ricardo; Reproduce copies for Supp. CAFA Notice with CDs; Reproduce CDs and attach prior notices; Take call from Hains Capital, claim buyer re: claim amts. | 6.00 |
| 07/09/2009 | MPD | Review communications from L. Pashkoff. Respond to same. Complete issuance of supplemental CAFA notices and file same. Review Lockton materials. Discussion with R. Brace regarding Lockton settlement. Discussion with A. Downs regarding Lockton. | 6.00 |
| 07/09/2009 | SBW | Take calls re: Wave I Notice; Complete Supplemental CAFA Notice Mailing. | 3.00 |
| 07/10/2009 | MPD | Review Wave I file. Calls with Andy Olsson regarding Wave I. Communicate with L. Pashkoff. Communicate with various counsel regarding supplemental CAFA notices. Communicate with victims and counsel regarding Wave I. | 8.00 |
| 07/14/2009 | MK | Review emails from SW, counsel re CAFA notices. | 0.50 |

April 08, 2010
Client: 007316
Matter: 000002
Invoice #: 10277641
Resp. Atty: RLB
Page: 12

## SERVICES

| Date | Person | Description of Services | Hours |
|---|---|---|---|
| 07/15/2009 | MPD | Calls with D. Eiseman. Review McCabe and Alvarez settlements. Work on Wave I issues. Teleconference with Eiseman and Boshee of Cohen firm regarding Wave I approval issues. Work on Class Release issues with Eiseman. Email exchange with Eiseman regarding same. Review Preliminary Approval Order and prepare Memo to file regarding items to be included in Final Approval Order. Review claims database to identify discrepancies between Class and Trustee figures. | 9.00 |
| 07/16/2009 | MPD | Call to Trustee's counsel regarding Wave I opt-out issues. Communicate with Foley regarding Wave I. Review Wave I settlements and Notice. Meeting with R. Brace regarding same. | 7.50 |
| 07/16/2009 | MPD | Work on Wave I issues. Address questions posed by victims concerning Wave I. | 2.00 |
| 07/21/2009 | SBW | Prepare Proof of Issuance of Wave I mailing; Gather exhibits for same; Meet with VM for Opt-out list; Assist VM with locating current addresses on returned mailings; Enter changes in database and Outlook. | 4.00 |
| 07/22/2009 | MPD | Work on Wave I issues. Address questions posed by victims concerning Wave I. | 1.00 |
| 07/22/2009 | VM | Worked on returned Wave I Notices, searched for forwarding addresses, updated database and Outlook and re-mailed Notice. | 4.00 |
| 07/22/2009 | MK | Review returned CAFA notice from Colorado Division of Real Estate; conf w/ SW; TC CO Division of Regulatory Agencies; Email to CO Real Estate Division; conf w/ SW. | 0.40 |
| 07/23/2009 | MPD | Review Wave I materials. Communicate with P. Ricardo regarding Wave I. Communicate with Plaintiffs' team regarding Wave I. Work on Wave I issues. | 2.00 |
| 07/24/2009 | SBW | Take calls from claimants re: Wave I Notice. | 1.00 |
| 07/27/2009 | MPD | Review victim claim issues. Work on Wave I issues. Address questions posed by victims concerning Wave I. | 3.50 |
| 07/29/2009 | VM | Searched for forwarding addresses online and in Lexis program; updated database and Outlook; re-mailed Notice. Answered e-mails from MK. | 2.00 |
| 07/30/2009 | MPD | Telephone call from victim in New York regarding case status. Review returned Class Notices and log of efforts to resend same. Review information received from Trustee concerning Assigned or sold claims. Update database to reflect same. | 3.50 |

Total Professional Services  503.65  $224,525.00

## PERSON RECAP

| Person | | Hours | Amount |
|---|---|---|---|
| RLB | Robert L. Brace | 38.00 | $24,700.00 |

April 08, 2010
Client: 007316
Matter: 000002
Invoice #: 10277641
Resp. Atty: RLB
Page: 13

## PERSON RECAP

| Person | | | Hours | Amount |
|---|---|---|---|---|
| PLC | Peter L. Candy | | 139.25 | $90,512.50 |
| MPD | Michael P. Denver | | 156.75 | $70,412.50 |
| CAJ | Cheryl Johnson | | 4.20 | $840.00 |
| VM | V. Munoz | | 54.00 | $10,800.00 |
| SBW | Suzette Warren | | 61.75 | $12,350.00 |
| MK | Marsha Kramarck | | 49.70 | $14,910.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 01/31/2009 | Telecopy Expense | $46.00 |
| 03/01/2009 | LexisNexis - Computerized Legal Research - February '09; | $300.65 |
| 04/01/2009 | LexisNexis - Computerized Legal Research - March 2009; | $17.34 |
| 04/10/2009 | Robert L. Brace - Travel Expense- Travel to N.Y. re: Settlement; | $260.50 |
| 05/08/2009 | Travel Expense - RLB Air Travel on 5/5/09; | $174.00 |
| 05/17/2009 | Travel Expense - RLB Air Travel to NYC on 5/17/09; | $658.00 |
| 05/18/2009 | Robert L. Brace - Travel Expense - New York Travel re Hearing on 1031 Tax Group travel expenses on 5/18/09; | $801.67 |
| 06/01/2009 | OnTrac - Delivery Service - Delivery to Hon. James Ware - 05/29/09; | $23.05 |
| 06/19/2009 | Premiere Global Services - Telephone Expense - Conference Call on May 28, 2009 | $107.07 |
| 06/21/2009 | Travel Expense - R.L. Brace and M.P. Denver travel to San Jose; | $948.40 |
| 06/30/2009 | Robert L. Brace - Travel Expense - RLB Travel expense for Hearing in San Jose, CA; | $380.99 |
| 07/01/2009 | Travel Expense - RLB Travel to NYC on 7/8/09; | $444.20 |
| 07/01/2009 | PACER Service Center - Computerized Legal Research - Access to Federal Court records from 04/01/09 - 06/30/09; | $10.08 |
| 07/09/2009 | Robert L. Brace - Travel Expense - Travel to N.Y. re: Settlement conference; | $1,608.90 |
| 07/31/2009 | Postage Expense | $152.08 |
| 07/31/2009 | Telephone Expense | $1.19 |

| | | |
|---|---|---|
| | Total Disbursements | $5,934.12 |
| | Total Current Charges | $230,459.12 |
| | **PAY THIS AMOUNT** | **$230,459.12** |