| | |
|---|---|
| Robert L. Brace, Esq., SBN 122240<br>Email: rlbrace@hbsb.com<br>Peter L. Candy, Esq., SBN 149976<br>Email: pcandy@hbsb.com<br>Michael P. Denver, Esq., SBN 199279<br>Email: mpdenver@hbsb.com<br>**HOLLISTER & BRACE**<br>P.O. Box 630<br>Santa Barbara, CA  93102<br>Telephone: 805.963.6711<br>Facsimile: 805.965.0329<br><br>Thomas G. Foley, Jr., Esq., SBN 65812<br>Email:   tfoley@foleybezek.com<br>**FOLEY, BEZEK, BEHLE<br>  & CURTIS, LLP**<br>15 W. Carrillo Street<br>Santa Barbara, CA  93101<br>Telephone: 805.962.9495<br>Facsimile:  805.962.0722<br>*Attorneys for the Hunter Plaintiffs and the Class* | Anthony R. Zelle, Esq., Mass. SBN 548141<br>Email: tzelle@zelmcd.com<br>Brian McDonough, Esq., Mass. SBN 637999<br>Email: bmcdonough@zelmcd.com<br>Thomas Evans, Esq., SBN 552820<br>Email: tevans@zelmcd.com<br>**ZELLE MCDONOUGH  & COHEN LLP**<br>101 Federal Street, 14th Floor<br>Boston, MA 02110<br>Telephone: 617.742.6520 x219<br>Facsimile: 617.742.1393<br>(Appearing *Pro hac vice*)<br>*Attorneys for Plaintiff Quirk Infiniti, Inc. and the Class* |

*[Court seal: IT IS SO ORDERED AS MODIFIED, Judge James Ware, 10/20/2010]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, et al.<br>         Plaintiffs<br>    v.<br>EDWARD OKUN, et al.<br>         Defendants | Case No. 07-cv-2795-JW<br>(Hunter I) |
| ANITA HUNTER, et al.<br>         Plaintiffs<br>CITIBANK, N.A., et al.<br>         Defendants. | Case No.:   09-cv-02079-JW<br>(Hunter II)<br><br>**Assigned to Hon. James Ware**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: WAVE III PRELIMINARY APPROVAL HEARING DATE** |

WHEREAS, the Hunter Plaintiffs have agreed to settle in Wave III with: (i) Defendant Citibank N.A.; and (ii) Defendants Kutak Rock LLP and Joseph A. Kavan;

WHEREAS, the settling parties have agreed that the terms of their respective settlements are to remain confidential until the Motion for Preliminary Approval is filed;

WHEREAS, Plaintiffs are participating in several mediations over the next 30 days which may result in additional settlements, and if so, the additional settlements should be included in Wave III;

WHEREAS, according to the Court's website, the first available hearing date for the Wave III Preliminary Approval hearing is January 31, 2011;

WHEREAS, the settling parties wish to have their Wave III Preliminary Approval hearing on January 31, 2011;

NOW, THEREFORE, the Hunter Plaintiffs and Defendants Citibank N.A., Kutak Rock LLP and Joseph A. Kavan AGREE AND HEREBY STIPULATE THAT, the Wave III Preliminary Approval hearing should occur on January 31, 2011.

Dated: October 15, 2010

HOLLISTER & BRACE
FOLEY BEZEK BEHLE & CURTIS LLP
ZELLE MCDONOUGH & COHEN

By: /s/ Michael P. Denver
ROBERT L. BRACE
MICHAEL P. DENVER

THOMAS G. FOLEY, JR.
*Attorneys for Plaintiff Anita Hunter and the Class*

ANTHONY ZELLE
BRIAN MCDONOUGH
*Attorneys for Plaintiff Quirk Infiniti and the Class*

Dated: October 15, 2010

GIBSON, DUNN & CRUTCHER

By: /s/ Brad Lingo
BRAD LINGO
ETHAN DETTMER
F. JOSEPH WARIN
*Attorneys for Defendant Kutak Rock, LLP*

Dated: October 15, 2010

SIDLEY AUSTIN LLP

By: /s/ Kevin Fee
KEVIN FEE
CAROL LYNN THOMPSON
*Attorneys for Defendant Citibank, N.A.*

IT IS SO ORDERED AS MODIFIED:

The hearing for the Wave III Preliminary Approval of Settlement is set for **February 7, 2011 at 9:00 AM.** All supporting Motions and Proposed Orders shall be filed on or before **January 21, 2011.**

Dated: October 20, 2010

/s/ James Ware
United States District Judge

I, Michael P. Denver am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER RE: WAVE III PRELIMINARY APPROVAL HEARING DATE.** In compliance with General Order 45, X.B., I hereby attest that the counsel whose e-signature appears on the foregoing signature pages has concurred in this filing.

/s/
Michael P. Denver