*E-FILED on 4/24/13*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HUNTER,

    Plaintiffs,

  v.

OKUN, et al.,

    Defendant.

Case No. C-07-02795-RMW

ORDER DISMISSING CASE

**[Re Docket No. 412]**

On March 29, 2013, plaintiffs filed a notice that case has settled and request to close the file. Pursuant to plaintiffs' request, the court dismisses the case. The Clerk shall close the file.

DATED:    4/24/13

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DISMISSING CASE—Case No. C-07-02795-RMW

**Notice of this document has been electronically sent to counsel of record:**

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 4/24/13

/s/ JG
**Chambers of Judge Whyte**